**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179 |

**NOTICE OF ERRATA**

Defendants hereby file this errata to make the following corrections:

**Schedule of Related Actions**

- Added missing Plaintiffs for Case Nos. 1:25-cv-01252 (E.D. Wis.) and 1:25-cv-01543 (E.D. Wis.).

**Exhibit B**

- Resubmitted with an updated docket sheet for Case No. 1:25-cv-01543 (E.D. Wis.) reflecting the case caption "City of Augusta v Oshkosh Corporation et al."

Dated: January 23, 2026                 Respectfully submitted,


/s/ *Reid Schar*                              /s/ *Arthur J. Burke*
Reid Schar                                        Arthur J. Burke
JENNER & BLOCK LLP                     DAVIS POLK & WARDWELL LLP
525 Market Street, 29th Floor            450 Lexington Ave
San Francisco, CA 94105                   New York, NY 10017
(628) 267-6800                                   (212) 450-4000
rschar@jenner.com                            arthur.burke@davispolk.com

Douglas E. Litvack                            Mari Grace
Jariel A. Rendell                               Sean Stefanik
JENNER & BLOCK LLP                     DAVIS POLK & WARDWELL LLP
1099 New York Avenue, NW, Suite 900    1050 17th Street, NW
Washington, DC 20001                       Washington, DC 20036
(202) 637-6357                                   (202) 962-7000
dlitvack@jenner.com                          mari.grace@davispolk.com
jrendell@jenner.com                          sean.stefanik@davispolk.com

Jacob P. Wentzel
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350
jwentzel@jenner.com

*Counsel for Defendants Oshkosh Corporation and Pierce Manufacturing, Inc.*

/s/ *Marcella S. Spoto*
John P. Loringer
Andrew Scarpace
Marcella S. Spoto
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
555 East Wells Street, Suite 1730
Milwaukee, WI 53202
(414) 292-3019
john.loringer@wilsonelser.com
andrew.scarpace@wilsonelser.com
marcella.spoto@wilsonelser.com

*Counsel for Defendant Fire Apparatus Manufacturers' Association*

*Counsel for Defendants REV Group, Inc., E-One, Inc., Ferrara Fire Apparatus, Inc., Kovatch Mobile Equipment Corp., Spartan Fire, LLC, Smeal SFA, LLC, and Smeal LTC, LLC*

/s/ *Ashley B. Eickhof*
Ashley B. Eickhof
Creighton J. Macy
Stephen T. Loertscher
BAKER & MCKENZIE LLP
815 Connecticut Ave NW
Washington, DC 20006
(202) 452-7000
ashley.eickhof@bakermckenzie.com
creighton.macy@bakermckenzie.com
stephen.loertscher@bakermckenzie.com

*Counsel for Defendants Rosenbauer America, LLC, Rosenbauer South Dakota, LLC, and Rosenbauer Minnesota, LLC*

/s/ *Paul C. Cuomo*
Paul C. Cuomo
Ed Duffy
Alexander Kraszewski
BAKER BOTTS LLP
700 K Street NW
Washington, DC 20001
(202) 639-7700
paul.cuomo@bakerbotts.com
ed.duffy@bakerbotts.com
alexander.kraszewski@bakerbotts.com

*Counsel for Defendants AIP, LLC, American Industrial Partners Capital Fund IV, LP, American Industrial Partners Capital Fund IV (Parallel), LP, and AIP/CHC Holdings, LLC*