**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179 |

**SCHEDULE OF RELATED ACTIONS**

| Exhibit | Parties | Court | Case No. | Judge |
|---|---|---|---|---|
| A | **Plaintiffs:** City of La Crosse, City of Onalaska, City of Ann Arbor, City of Arcadia, Commack Fire District<br><br>**Defendants:** Oshkosh Corporation, Pierce Manufacturing, Inc., REV Group, Inc., Rosenbauer America LLC, Fire Apparatus Manufacturers' Association | E.D. Wis. | 1:25-cv-01252-BBC | Hon. Byron B. Conway |
| B | **Plaintiffs:** City of Augusta, City of Philadelphia, City of Arcadia, The Newstead Fire Co., Inc., City of Liberty<br><br>**Defendants:** Oshkosh Corporation, Pierce Manufacturing, Inc., REV Group, Inc., Rosenbauer America LLC, Fire Apparatus Manufacturers' Association | E.D. Wis. | 1:25-cv-01543-BBC | Hon. Byron B. Conway |

| Exhibit | Parties | Court | Case No. | Judge |
|---|---|---|---|---|
| C | **Plaintiff:** The Newstead Fire Co., Inc.<br><br>**Defendants:** Oshkosh Corporation, Pierce Manufacturing, Inc., REV Group, Inc., Rosenbauer America LLC, Fire Apparatus Manufacturers' Association | E.D. Wis. | 1:25-cv-01693-BBC | Hon. Byron B. Conway |
| D | **Plaintiff:** City of Onalaska<br><br>**Defendants:** Oshkosh Corporation, REV Group, Inc., Rosenbauer America LLC, Fire Apparatus Manufacturers' Association | E.D. Wis. | 1:25-cv-01717-BBC | Hon. Byron B. Conway |
| E | **Plaintiff:** City of Philadelphia<br><br>**Defendants:** Oshkosh Corporation, Pierce Manufacturing, Inc., REV Group, Inc., Rosenbauer America LLC, Fire Apparatus Manufacturers' Association | E.D. Wis. | 1:25-cv-01801-BBC | Hon. Byron B. Conway |
| F | **Plaintiff:** City of Revere<br><br>**Defendants:** AIP, LLC, American Industrial Partners Capital Fund IV, LP, American Industrial Partners Capital Fund IV (Parallel), LP, AIP/CHC Holdings, LLC, Oshkosh Corporation, Pierce Manufacturing, Inc., REV Group, Inc., Rosenbauer America LLC, Fire Apparatus Manufacturers' Association | D. Mass. | 1:25-cv-13462-AK | Hon. Angel Kelley |

2

| Exhibit | Parties | Court | Case No. | Judge |
|---|---|---|---|---|
| G | **Plaintiff:** City of Chelsea<br><br>**Defendants:** Fire Apparatus Manufacturers' Association, Oshkosh Corporation, Pierce Manufacturing, Inc., REV Group, Inc., E-One, Inc., Ferrara Fire Apparatus, Inc., Kovatch Mobile Equipment Corp., Spartan Fire, LLC, Smeal SFA, LLC, Smeal LTC, LLC, Rosenbauer America, LLC, Rosenbauer South Dakota, LLC, Rosenbauer Minnesota, LLC | D. Mass. | 1:25-cv-13643-AK | Hon. Angel Kelley |
| H | **Plaintiff:** Borough of Roseland<br><br>**Defendants:** Fire Apparatus Manufacturers' Association, Oshkosh Corporation, Pierce Manufacturing, Inc., REV Group, Inc., E-One, Inc., Ferrara Fire Apparatus, Inc., Kovatch Mobile Equipment Corp., Spartan Fire, LLC, Smeal SFA, LLC, Smeal LTC, LLC, Rosenbauer America LLC, Rosenbauer South Dakota, LLC, Rosenbauer Minnesota, LLC | D.N.J | 2:25-cv-18312-MEF-CF | Hon. Michael E. Farbiarz |
| I | **Plaintiff:** City of Ann Arbor<br><br>**Defendants:** Oshkosh Corporation, Pierce Manufacturing, Inc., REV Group, Inc., Rosenbauer America LLC, Fire Apparatus Manufacturers' Association | E.D. Wis. | 1:25-cv-01973-BBC | Hon. Byron B. Conway |

| Exhibit | Parties | Court | Case No. | Judge |
|---|---|---|---|---|
| J | **Plaintiff:** City of Liberty<br><br>**Defendants:** Oshkosh Corporation, Pierce Manufacturing, Inc., REV Group, Inc., Rosenbauer America LLC, Fire Apparatus Manufacturers' Association | E.D. Wis. | 1:25-cv-02002-BBC | Hon. Byron B. Conway |
| K | **Plaintiff:** City of Arcadia<br><br>**Defendants:** American Industrial Partners, LLC, American Industrial Partners Capital Fund IV, LP, American Industrial Partners Capital Fund IV (Parallel), LP, AIP/CHC Holdings, LLC, Oshkosh Corporation, REV Group, Inc., Rosenbauer America LLC, Fire Apparatus Manufacturers' Association | E.D. Wis. | 1:25-cv-02005-BBC | Hon. Byron B. Conway |
| L | **Plaintiff:** Commack Fire District<br><br>**Defendants:** Oshkosh Corporation, REV Group, Inc., Rosenbauer America LLC, Fire Apparatus Manufacturers' Association | E.D. Wis. | 1:25-cv-02013-BBC | Hon. Byron B. Conway |

4