**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179 |

## <u>CERTIFICATE OF SERVICE</u>

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel hereby certifies that a copy of the foregoing Notice of Appearance, and this Certificate of Service were electronically filed with the Clerk of the Judicial Panel on Multidistrict Litigation through the CM/ECF system and served on all parties in the manner set forth in the service list below, with courtesy copies to the clerks of each District Court where an affected action is pending and the Clerk of the Judicial Panel on Multidistrict Litigation.

Dated: January 23, 2026

Respectfully Submitted,

By: */s/ Steve W. Berman*
      Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Email: steve@hbsslaw.com

*Attorney for Plaintiff City of La Crosse and the Putative Indirect Purchaser Class, Case No. 1:25-cv-01252 (E.D. Wis.)*

011328-11/3443667 V1
011328-11/3443667 V1

## LIST OF PARTIES

| COURTESY COPIES VIA UPS | |
|---|---|
| United States District Court<br>Eastern District of Wisconsin (Green Bay)<br>Clerk of the Court<br>Jefferson Court Building<br>125 S. Jefferson Street, Room 201<br>Green Bay, WI 54301<br><br>*Case Nos. 1:25-cv-01252, 1:25-cv-01543, 1:25-cv-01693, 1 :25-cv-0171 7, 1:25-cv-01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1:25-cv-02013* | United States District Court<br>District of Massachusetts, Boston Division<br>Clerk of the Court<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 2300<br>Boston, Massachusetts 02210<br><br>*Case Nos. 1:25-cv-13462, 1:25-cv-13643* |
| United States District Court<br>District of New Jersey, Newark Division<br>Clerk of the Court<br>Martin Luther King Building & U.S. Courthouse<br>50 Walnut Street Room 4015<br>Newark, NJ 07101<br><br>*Case No. 2:25-cv-18312* | Clerk of the Panel<br>United States Judicial Panel on Multidistrict Litigation<br>Thurgood Marshall Federal Judiciary Building<br>One Columbus Circle, NE, Room G-255, No1ih Lobby<br>Washington, DC 20544-0005 |

| VIA ELECTRONIC MAIL | |
|---|---|
| Steve W. Berman<br>Moses Jehng<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>Email: steve@hbsslaw.com<br>Email: moses.jehng@hbsslaw.com<br><br>Erin Dickinson<br>Charles Crueger<br>**CRUEGER DICKINSON LLC**<br>4532 North Oakland Avenue<br>Milwaukee, WI 53211<br>Telephone: (414) 210-3868<br>Email: ekd@cruegerdickinson.com<br>Email: cjc@cruegerdickinson.com<br><br>*Attorneys for Plaintiff City of La Crosse and the Putative Indirect Purchaser Class, Case No. 1:25-cv-01252 (E.D. Wis.)* | Daniel E. Gustafson<br>Daniel C. Hedlund<br>Joshua J. Rissman<br>Gabrielle M. Kolb<br>**GUSTAFSON GLUEK PLLC**<br>Canadian Pacific Plaza<br>120 S Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>Facsimile: (612) 339-6622<br>Email: dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>jrissman@gustafsongluek.com<br>gkolb@gustafsongluek.com<br><br>Brian G. Weber<br>**JOHNS, FLAHERTY & COLLINS, S.C.**<br>Exchange Building<br>205 Fifth Avenue South, Suite 600<br>La Crosse, WI 54602<br>Telephone: (608) 784-5678<br>brian@johnsflaherty.com<br><br>*Counsel for Plaintiff City of Onalaska and the Putative Indirect Purchaser Class, Case Nos. 1:25-cv-01252, 1:25-cv-01717 (E.D. Wis.)* |

- 1 -

011328-11/3443668 V1<br>011328-11/3443668 V1

| VIA ELECTRONIC MAIL | |
|---|---|
| Beth Kushner<br>beth.kushner@vonbriesen.com<br>Christopher E. Avallone<br>christopher.avallone@vonbriesen.com<br>**VON BRIESEN & ROPER, S.C.**<br>411 East Wisconsin Avenue, Suite 1000<br>Milwaukee, WI 53202<br>414-276-1122<br><br>Grego1y P. Hansel<br>ghansel@preti.com<br>Michael S. Smith<br>msmith@preti.com<br>Elizabeth F. Quinby<br>equinby@preti.com<br>Michael D. Hanify<br>mhanify@preti.com<br>**PRETI FLAHERTY BELIVEAU &**<br>**PACHIOS, LLP**<br>One City Center<br>P.O. Box 9546<br>Portland, ME 04112<br>207-791-3000<br><br>Joseph C. Kohn<br>jkohn@kohnswift.com<br>William E. Hoese<br>whoese@kohnswift.com<br>Zahra R. Dean<br>zdean@kohnswift.com<br>**KOHN SWIFT & GRAF, P.C.**<br>1600 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>215-238-1700<br><br>William G. Caldes<br>BCaldes@srkattomeys.com<br>Jeffrey L. Spector<br>JSpector@srkattomeys.com<br>**SPECTOR ROSEMAN & KODROFF,**<br>**P.C.**<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>215-496-0300<br><br>*Counsel for Plaintiff City of Augusta,*<br>*Case Nos. 1:25-cv-01252, 1:25-cv-01543*<br>*(E.D. Wis.)* | Shawn M. Raiter<br>sraiter@larsonking.com<br>Matthew B. Bolt<br>mbolt@larsonking.com<br>**LARSON KING, LLP**<br>30 East Seventh Street, Suite 2800<br>St. Paul, MN 55101<br>651 -312-6518<br><br>Michael J. Flannery<br>mflannery@cuneolaw.com<br>**CUNEO GILBERT & LADUCA, LLP**<br>2 City Place Drive, Second Floor<br>St. Louis, MO 63141<br>314-226-1015<br><br>Evelyn Riley<br>evelyn@cuneolaw.com<br>Cody McCracken<br>cmccracken@cuneolaw.com<br>**CUNEO GILBERT & LADUCA, LLP**<br>2445 M Street NW, Suite 740<br>Washington, DC 2003 7<br>202-789-3960<br><br>Marco Cercone<br>cercone@ruppfalzgraf.com<br>**RUPP PFALZGRAF LLC**<br>1600 Liberty Building<br>Buffalo, NY 14202<br>716-854-3400<br><br>Don Banett<br>donbarrettpa@gmail.com<br>Sterling Aldridge<br>saldridge@barrettlawgroup.com<br>**BARRETT LAW GROUP, P.A.**<br>404 Comi Square No1ih<br>Lexington, MS 39095-0927<br>662-834-9168<br><br>Richard R. Banett<br>rrb@rrblawfnm.net<br>**LAW OFFICES OF RICHARD R.**<br>**BARRETT, PLLC**<br>2086 Old Taylor Road, Suite 1011<br>Oxford, MS 38655<br>662-380-5018<br><br>Patrick W. Pendley<br>pwpendley@pbclawfirm.com<br>Christopher L. Coffin |

- 2 -

011328-11/3443668 V1<br>011328-11/3443668 V1

| VIA ELECTRONIC MAIL | |
|---|---|
| | ccoffin@pbclawfirm.com<br>**PENDLEY BAUDIN COFFIN**<br>24110 Eden Street<br>Plaquemine, LA 70765<br>225-687-6396<br><br>*Counsel for Plaintiff The Newstead Fire Co., Inc., Case Nos. 1:25-cv-01252, 1:25-cv-01693 (E.D. Wis.)* |
| Stephen R. Basser<br>sbasser@barrack.com<br>Samuel M. Ward<br>sward@barrack.com<br>**BARRACK. RODOS & BACINE**<br>600 West Broadway, Suite 900<br>San Diego, CA 92101<br>619-230-0800<br><br>Jeffrey A. Barrack<br>jbarrack@barrack.com<br>Danielle M. Weiss<br>dweiss@barrack.com<br>**BARRACK, RODOS & BACINE**<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>215-963-0600<br><br>William J. Ban<br>wban@barrack.com<br>**BARRACK. RODOS & BACINE**<br>Eleven Tunes Square<br>640 8th Avenue, 10th Floor<br>New York, NY 10036<br>212-688-0782<br><br>*Counsel for Plaintiff City of Philadelphia, Case Nos. 1:25-cv-01252, 1:25-cv-01801 (E.D. Wis.)* | John D. Blythin<br>jblythin@ademilaw.com<br>**ADEMI & FRUCHTER LLP**<br>3620 E. Layton Avenue<br>Cudahy, WI 53110<br>414-482-8000<br><br>Paul F. Novak<br>pnovak@weitzlux.com<br>Milena Lai<br>mlai@weitzlux.com<br>Casey Thal Verville<br>cverville@weitzlux.com<br>**WEITZ & LUXENBERG P.C.**<br>Fisher Building<br>3011 West Grand Blvd., 24th Floor<br>Detroit, MI 48202<br>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<br><br>*Counsel for Plaintiff City of Ann Arbor, Case Nos. 1:25-cv-01252, 1:25-cv-01973 (E.D. Wis.)* |
| David H. Weber<br>dhw@lcojlaw.com<br>**LAW FIRM OF CONWAY, OLEJNICZAK & JERRY S.C.**<br>231 South Adams Street<br>P. 0. Box 23200<br>Green Bay, WI 54305-3200<br>920-437-0476<br><br>Michael A. Williams<br>mwilliams@williamsdirks.com | Brian G. Weber<br>brian@johnsflaherty.com<br>**JOHNS, FLAHERTY & COLLINS, S.C.**<br>Exchange Building<br>205 Fifth Avenue South, Suite 600<br>La Crosse, WI 54602<br>608-784-5678<br><br>Kevin Landau<br>klandau@tcllaw.com<br>Brett Cebulash |

- 3 -

011328-11/3443668 V1<br>011328-11/3443668 V1

| **VIA ELECTRONIC MAIL** | |
|---|---|
| Matthew L. Dameron<br>matt@williamsdirks.com<br>Claire M. Terrebonne<br>cterrebonne@williamsdirks.com<br>**WILLIAMS DIRKS DAMERON LLC**<br>1100 Main Street, Suite 2600<br>Kansas City, MO 64105<br>816-945-7110<br><br>*Counsel for Plaintiff City of Liberty,*<br>*Case Nos. 1:25-cv-01252, 1:25-cv-02002*<br>*(E.D. Wis.)* | bcebulash@tcllaw.com<br>Miles Greaves<br>mgreaves@tcllaw.com<br>**TAUS, CEBULASH & LANDAU, LLP**<br>123 William Street, Suite 1900A<br>New York, NY 10038<br>212-931-0704<br><br>*Counsel for Plaintiff Commack Fire District,*<br>*Case Nos. 1:25-cv-01252, 1 :25-cv-02013*<br>*(E.D. Wis.)* |
| Alex Phillips<br>aphillips@straussborrelli.com<br>Brittany Resch<br>bresch@straussborrelli.com<br>Sam Strauss<br>sam@straussborrelli.com<br>Raina Borrelli<br>raina@straussborrelli.com<br>**STRAUSS BORRELLI PLLC**<br>One Magnificent Mile<br>980 Michigan Avenue, Suite 1610<br>Chicago, IL 60611<br>872-263-1100<br><br>Adam J. Zapala<br>azapala@cpmlegal.com<br>Elizabeth T. Castillo<br>ecastillo@cpmlegal.com<br>Christopher F. Jeu<br>cjeu@cpmlegal.com<br>Christian S. Ruano<br>cmano@cpmlegal.com<br>Lauren A. Devens<br>ldevens@cpmlegal.com<br>**COTCHETI, PITRE & MCCARTHY LLP**<br>840 Malcolm Road<br>Burlingame, CA 94010<br>650-697-6000<br><br>*Counsel for Plaintiff City of Arcadia, Case*<br>*Nos. 1:25-cv-01252, 1:25-cv-02005 (E.D.*<br>*Wis.)* | Michael B. Homer<br>mhomer@dynamisllp.com<br>Brooke C. Watson<br>bwatson@dynamisllp.com<br>**DYNAMIS LLP**<br>175 Federal Street, Suite 1200<br>Boston, MA 02 110<br>617-693-9732<br><br>Joseph J. DePalma<br>jdepalma@litedepalma.com<br>**LITE DEPALMA GREENBERG &**<br>**AFANADOR, LLC**<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>973-623-3000<br><br>Laura K. Mummert<br>lmummert@litedepalma.com<br>Steven J. Greenfogel<br>sgreenfogel@litedepalma.com<br>**LITE DEPALMA GREENBERG &**<br>**AFANADOR, LLC**<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102<br>267-314-7980<br><br>*Counsel for Plaintiff City of Chelsea,*<br>*Case No., 1:25-cv-13643 (D. Mass.)* |
| Christian Uehlein<br>cuehlein@tenlaw.com<br>David C. Strouss<br>dstrouss@tenlaw.com<br>Michael A. Lesser<br>mlesser@tenlaw.com | Victor A. Afanador<br>vafanador@litedepalma.com<br>Joseph J. DePalma<br>jdepalma@litedepalma.com<br>**LITE DEPALMA GREENBERG &**<br>**AFANADOR, LLC** |

- 4 -

011328-11/3443668 V1<br>011328-11/3443668 V1

| VIA ELECTRONIC MAIL | |
|---|---|
| Brian J. Freer<br>bfreer@tenlaw.com<br>**THORNTON LAW FIRM LLP**<br>84 State Street, 4th Floor<br>Boston, MA 02109<br>617-720-1333<br><br>Joseph R. Saveri<br>jsaveri@saverilawfirm.com<br>David Seidel<br>dseidel@saverilawfirm.com<br>Cadio Zirpoli<br>cziipoli@saverilawfirm.com<br>Ronnie Spiegel<br>rspiegel@saverilawfirm.com<br>**JOSEPH SAVERI LAW FIRM, LLP**<br>601 California Street, Suite 1505<br>San Francisco, CA 94108<br>415-500-6800<br><br>Benjamin J. Widlanski<br>bwidlanski@kttlaw.com<br>Gail A. McQuilkin<br>gam@kttlaw.com<br>Brandon Sadowsky<br>bsadowsky@kttlaw.com<br>**KOZYAK TROPIN &<br>THROCKMORTON LLP**<br>2525 Ponce de Leon Boulevard, 9th Floor<br>Miami, FL 33134<br>305-372-1800<br><br>Jeffrey K. Brown, Esq<br>jbrown@leedsbrownlaw.com<br>Michael A. Tompkins, Esq.<br>mtompkins@leedsbrownlaw.com<br>Brett R. Cohen, Esq.<br>bcohen@leedsbrownlaw.com<br>Anthony Alesandro<br>aalesandro@leedsbrownlaw.com<br>**LEEDS BROWN LAW, P.C.**<br>1 Old Country Road, Suite 347<br>Carle Place, NY 11514<br>516-873-9550<br><br>*Counsel for Plaintiff City of Revere,<br>Case No. 1:25-cv-13462 (D. Mass.)* | 570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>973-623-3000<br><br>Laura K. Mummert<br>lmummert@litedepalma.com<br>Steven J. Greenfogel<br>sgreenfogel@litedepalma.com<br>**LITE DEPALMA GREENBERG &<br>AFANADOR, LLC**<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102<br>267-314-7980<br><br>*Counsel for Plaintiff Borough of Roseland,<br>Case No. 2:25-CV-18312 (D.NJ.)* |
| Daniel T. Flaherty<br>dflaherty@gklaw.com<br>**GOODFREY & KAHN SC**<br>100 W Lawrence Street | Ashley B. Eickhof<br>ashley.eickhof@bakermckenzie.com<br>Creighton J. Macy<br>creighton.macy@bakermckenzie.com |

- 5 -

011328-11/3443668 V1<br>011328-11/3443668 V1

| VIA ELECTRONIC MAIL | |
|---|---|
| PO Box 2728<br>Appleton, WI 54913-2728<br>920-830-3530<br><br>Allison W Reimann<br>areimann@gklaw.com<br>**GODFREY & KAHN SC**<br>1 E Main Street, Suite 500<br>PO Box 2719<br>Madison, WI 53701-2719<br>608-257-0609<br><br>Reid J Schar<br>rschar@jenner.com<br>**JENNER & BLOCK LLP**<br>525 Market Street, 29th Floor<br>San Francisco, CA 94105<br>(628) 267-6800<br><br>Douglas E. Litvack<br>dlitvack@jenner.com<br>Jariel A Rendell<br>jrendell@jenner.com<br>**JENNER & BLOCK LLP**<br>1099 New York Ave NW, Suite 900<br>Washington, DC 20001<br>202-637-6357<br><br>Shoba Pillay<br>spillay@jenner.com<br>Jacob Wentzel<br>jwentzel@jenner.com<br>**JENNER & BLOCK LLP**<br>353 North Clark Street<br>Chicago, IL 60654<br>312-222-9350<br><br>Christina M. Isnardi<br>cisnardi@jenner.com<br>**JENNER & BLOCK LLP**<br>1155 Avenue of the Americas<br>New York, NY 10036<br>(212) 891-1600<br><br>*Counsel for Defendants Oshkosh Corporation and Pierce Manufacturing, Inc., Case Nos. 1 :25-cv-01252, 1 :25-cv-01543, 1 :25-cv-01693, 1 :25-cv-0171 7, 1 :25-cv-01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1 :25-cv-02013 (E.D. Wis); Case Nos.1:25-cv-13462, 1:25-cv-13643 (D. Mass .); Case No. 2:25-cv-18312 (D.NJ. )* | Stephen T. Loertscher<br>stephen.loertscher@bakermckenzie.com<br>**BAKER MCKENZIE LLP**<br>815 Connecticut Ave NW<br>Washington, DC 20006<br>202-923-6870<br><br>Joshua Scott Wolkoff<br>joshua.wolkoff@bakermckenzie.com<br>**BAKER MCKENZIE LLP**<br>452 Fifth Avenue<br>New York, NY 10018<br>212-310-0010<br><br>David J. Turek<br>turek@gassturek.com<br>Joshua S. Greenberg<br>greenberg@gassturek.com<br>**GASS TUREK LLC**<br>241 N. Broadway, Suite 300<br>Milwaukee, WI 53202<br>414-224-3445<br><br>Joshua L. Solomon<br>jsolomon@psdfirm.com<br>**POLLACK SOLOMON DUFFY LLP**<br>31 St. James Avenue, Suite 940<br>Boston, MA 02 116<br>617-439-9800<br><br>*Counsel for Defendants Rosenbauer America, LLC, Rosenbauer South Dakota, LLC, and Rosenbauer Minnesota, LLC, Case Nos. 1 :25-cv-01252, 1 :25-cv-01543, 1 :25-cv-01693, 1 :25-cv-0171 7, 1 :25-cv-01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1 :25-cv-02013 (E.D. Wis.), Case No. 1 :25-cv-13643, 1 :25-cv-13462 (D. Mass .); Case No. 2:25-cv-18312 (D.NJ. )* |

- 6 -

| **VIA ELECTRONIC MAIL** | |
|---|---|
| Arthur J Burke<br>arthur.burke@davispolk.com<br>Edmund Polubinski, III<br>edmund.polubinski@davispolk.com<br>Lara Samet Buchwald<br>lara.buchwald@davispolk.com<br>**DAVIS POLK & WARDWELL LLP**<br>450 Lexington Ave<br>New York, NY 10017<br>212-450-4352<br><br>Mari Grace<br>mari.grace@davispolk.com<br>Sean Stefanik<br>sean.stefanik@davispolk.com<br>**DAVIS POLK & WARDWELL LLP**<br>1050 17th Street NW<br>Washington, DC 20036<br>202-962-7000<br><br>Austin A. Wesner<br>austin.wesner@michaelbest.com<br>Daniel J. Vaccaro<br>djvaccaro@michaelbest.com<br>Ena M. Allen<br>ena.allen@michaelbest.com<br>Joseph L. Olson<br>jlolson@michaelbest.com<br>**MICHAEL BEST & FRIEDRICH LLP**<br>790 N. Water Street, Suite 2500<br>Milwaukee, WI 53202<br>41 4-277-0656<br><br>*Counsel for Defendants REV Group, Inc., E-One, Inc., Ferrara Fire Apparatus, Inc., Kovatch Mobile Equipment Corp., Spartan Fire, LLC, Smeal SFA, LLC, and Smeal LTC, LLC, Case Nos. 1:25-cv-01252, 1 :25-cv-01543, 1 :25-cv-01693, 1 :25-cv-0171 7, 1 :25-cv- 01801, 1:25-cv-01973, 1:25-cv-02002, 1:25- cv-02005, 1:25-cv-02013 (E.D. Wis.); Case Nos. 1 :25-cv-13462, 1 :25-cv-13643 (D. Mass.); Case No. 2:25-cv-18312 (D.NJ.)* | Andrew M. Scarpace<br>andrew.scarpace@wilsonelser.com<br>John P. Loringer<br>john.loringer@wilsonelser.com<br>Marcella Spoto<br>marcella.spoto@wilsonelser.com<br>**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**<br>555 E. Wells Street, Suite 1730<br>Milwaukee, WI 53202<br>414-292-3014<br><br>Roy W Bjorlin, III<br>roy.bjorlin@wilsonelser.com<br>**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**<br>260 Franklin Street, Suite 14th Floor<br>Boston, MA 02110-3112<br>617-422-5347<br><br>Mark Robert Vespole<br>mark.vespole@wilsonelser.com<br>**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**<br>7 Giralda Fa1ms, Suites 100/110<br>Madison, NJ 07940<br>973-624-0800<br><br>*Counsel for Defendant Fire Apparatus Manufacturers' Association, Case Nos. 1:25-cv-01252, 1 :25-cv-01543, 1:25-cv-01693, 1:25-cv-0171 7, 1:25-cv- 01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1:25-cv-02013 (E.D. Wis .); Case Nos. 1 :25-cv-13462, 1 :25-cv-13643 (D. Mass.); Case No. 2:25-cv-18312 (D.NJ. )* |
| Edward William Duffy<br>ed.duffy@bakerbotts.com<br>Paul Christopher Cuomo<br>Paul.cuomo@bakerbotts.com<br>Alexander Kraszewski<br>alexander.kraszewski@bakerbotts.com<br>**BAKER BOTTS LLP** | |

- 7 -

011328-11/3443668 V1<br>011328-11/3443668 V1

- 8 -

| **VIA ELECTRONIC MAIL** | |
|---|---|
| 700 K Street, NW<br>Washington, DC 20001<br>707-628-0439<br><br>Daniel V. McCaughey<br>daniel.mccaughey@ropesgray.com<br>Jane E. Willis<br>jane.willis@ropesgray.com<br>Kathlyn E. Caldwell<br>kathlyn.caldwell@ropesgray.com<br>**ROPES & GRAY - MA**<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>617-915-7681<br><br>*Counsel for Defendants AIP, LLC, American Industrial Partners Capital Fund IV, LP, American Industrial Partners Capital Fund IV (Parallel), LP, and AIPICHC Holdings, LLC, Case No. 1:25-cv-02005 (E.D. Wis.) and Case No. 1:25-cv-13462 (D. Mass.)* | |

011328-11/3443668 V1
011328-11/3443668 V1