**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL. No. 3179 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance and Proof of Service were served on all parties in the following cases electronically via ECF, and as indicated below, on January 26, 2026.

**Courtesy Copies Served via U.S. Mail**

| | |
|---|---|
| United States District Court<br>Eastern District of Wisconsin (Green Bay)<br>Clerk of the Court<br>Jefferson Court Building<br>125 S. Jefferson Street, Room 201<br>Green Bay, WI 54301<br><br>Case Nos. 1:25-cv-01252, 1:25-cv-01543, 1:25-cv-01693, 1:25-cv-01717, 1:25-cv-01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1:25-cv-02013 | United States District Court<br>District of Massachusetts, Boston Division<br>Clerk of the Court<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 2300<br>Boston, Massachusetts 02210<br><br>Case Nos. 1:25-cv-13462, 1:25-cv-13643 |
| United States District Court<br>District of New Jersey, Newark Division<br>Clerk of the Court<br>Martin Luther King Building & U.S. Courthouse<br>50 Walnut Street Room 4015<br>Newark, NJ 07101<br><br>Case No. 2:25-cv-18312 | Clerk of the Panel<br>United States Judicial Panel on Multidistrict Litigation<br>Thurgood Marshall Federal Judiciary Building<br>One Columbus Circle, NE, Room G-255, Nolih Lobby<br>Washington, DC 20544-0005 |

**Plaintiffs' Counsel Served Via Electronic Mail**

| | |
|---|---|
| Erin Dickinson<br>ekd@cruegerdickinson.com<br>Charles Grueger<br>cjc@cruegerdickinson.com<br>GRUEGER DICKINSON LLC<br>4532 North Oakland Avenue<br>Milwaukee, WI 53211<br>Telephone: (414) 210-3868<br><br>Steven W. Berman<br>steve@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br><br>*Counsel for Plaintiff City of La, Crosse*<br>Case No. 1:25-cv-01252 (E.D. Wis.) | Beth Kushner<br>beth.kushner@vonbriesen.com<br>Christopher E. Avallone<br>Christopher.avallone@vonbriesen.com<br>VON BRIESEN & ROPER, S.C.<br>411 East Wisconsin Avenue, Suite 1000<br>Milwaukee, WI 53202<br>Telephone: (414) 276-1122<br><br>Gregory P. Hansel<br>ghansel@preti.com<br>Michael S. Smith<br>msmith@preti.com<br>Elizabeth F. Quinby<br>equinby@preti.com<br>Michael D. Hanify<br>mhanify@preti.com<br>PRETI FLAHERTY BELIVEAU & PACHIOS, LLP<br>One City Center<br>P.O. Box 9546<br>Portland, ME 04112<br>Telephone: (207) 791-3000<br><br>Joseph C. Kohn<br>jkohn@kohnswift.com<br>William E. Hoese<br>whoese@kohnswift.com<br>Zahra R. Dean<br>zdean@kohnswift.com<br>KOHN SWIFT & GRAF, P.C.<br>1600 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Telephone: (215) 238-1700<br><br>William G. Caldes<br>BCaldes@srkattorneys.com<br>Jeffrey L. Spector<br>JSpector@srkattorneys.com<br>SPECTOR ROSEMAN & KODROFF, P.C.<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300 |

|  | *Counsel for Plaintiff City of Augusta*<br>Case No. 1:25-cv-01543 (E.D. Wis.) |
|---|---|
| Shawn M. Raiter<br>sraiter@larsonking.com<br>Matthew B. Bolt<br>mbolt@larsonking.com<br>LARSON KING, LLP<br>30 East Seventh Street, Suite 2800<br>St. Paul, MN 55101<br>Telephone: (651) 312-6518<br><br>Michael J. Flannery<br>mflannery@cuneolaw.com<br>CUNEO GILBERT & LADUCA, LLP<br>2 City Place Drive, Second Floor<br>St. Louis, MO 63141<br>Telephone: (314) 226-1015<br><br>Evelyn Riley<br>evelyn@cuneolaw.com<br>Cody McCracken<br>cmccracken@cuneolaw.com<br>CUNEO GILBERT LADUCA, LLP<br>2445 M Street NW, Suite 740<br>Washington, DC 20037<br>Telephone: (202) 789-3960<br><br>Marco Cercone<br>cercone@mpppfalzgraf.com<br>RUPP PFALZGRAF LLC<br>1600 Liberty Building<br>Buffalo, NY 14202<br>Telephone: (716) 854-3400<br><br>Don Banett<br>donbarrettpa@gmail.com<br>Sterling Aldridge<br>saldridge@banettlawgroup.com<br>BARRETT LAW GROUP, P.A.<br>404 Comi Square No1ih<br>Lexington, MS 39095-0927<br>Telephone: (662) 834-9168<br><br>Richard R. Banett | Brian G. Weber<br>brian@johnsflaherty.com<br>JOHNS, FLAHERTY & COLLINS, S.C.<br>Exchange Building<br>205 Fifth Avenue South, Suite 600<br>La Crosse, WI 54601<br>Telephone: (608 784-5678<br><br>Daniel E. Gustafson<br>dgustafson@gustafsongluek.com<br>Daniel C. Hedlund<br>dhedlund@gustafsongluek.com<br>Joshua J. Rissman<br>jrissman@gustafsongluek.com<br>Gabrielle M. Kolb<br>gkolb@gustafsongluek.com<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>120 S. Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br><br><br>*Counsel for Plaintiff City of Onalaska*<br>Case No. 1:25-cv-01717 (E.D. Wis.) |

4

rrb@rrblawfirm.net
LAW OFFICES OF RICHARD R.
BARRETT, PLLC
2086 Old Taylor Road, Suite 1011
Oxford, MS 38655
662-380-5018

Patrick W. Pendley
pwpendley@pbclawfinn.com
Christopher L. Coffin
ccoffin@pbclawfinn.com
PENDLEY BAUDIN COFFIN
24110 Eden Street
Plaquemine, LA 70765
Telephone: (225) 687-6396

*Counsel for Plaintiff The Newstead
Fire Co., Inc.*
Case No. 1:25-cv-01693 (E.D. Wis.)

| | |
|---|---|
| Stephen R. Basser<br>sbasser@barrack.com<br>Samuel M. Ward<br>sward@barrack.com<br>BARRACK. RODOS & BACINE<br>600 West Broadway, Suite 900<br>San Diego, CA 92101<br>Telephone: (619) 230-0800<br><br>Jeffrey A. Ba1rnck<br>jbarrack@barrack.com<br>Danielle M. Weiss<br>dweiss@barrack.com<br>BARRACK, RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 963-0600<br><br>William J. Ban<br>wban@barrack.com<br>BARRACK, RODOS & BACINE<br>Eleven Tunes Square<br>640 8th Avenue, 10th Floor<br>New York, NY 10036<br>Telephone: (212) 688-0782 | Christian Uehlein<br>cuehlein@tenlaw.com<br>David C. Strouss<br>dstrouss@tenlaw.com<br>Michael A. Lesser<br>mlesser@tenlaw.com<br>Brian J. Freer<br>bfreer@tenlaw.com<br>THORNTON LAW FIRM LLP<br>84 State Street, 4th Floor<br>Boston, MA 02109<br>Telephone: (617) 720-1333<br><br>Joseph R. Saveri<br>jsaveri@saverilawfinn.com<br>David Seidel<br>dseidel@saverilawfnm.com<br>Cadio Zirpoli<br>cziipoli@saverilawfnm.com<br>Ronnie Spiegel<br>rspiegel@saverilawfnm.com<br>JOSEPH SAVERI LAW FIRM, LLP<br>601 California Street, Suite 1505<br>San Francisco, CA 94108<br>Telephone: (415) 500-6800<br><br>Benjamin J. Widlanski |

5

| | |
|---|---|
| *Counsel for Plaintiff City of Philadelphia*<br>Case No. 1:25-cv-01801 (E.D. Wis.) | bwidlanski@kttlaw.com<br>Gail A. McQuilkin<br>gam@kttlaw.com<br>Brandon Sadowsky<br>bsadowsky@kttlaw.com<br>KOZYAK TROPIN & THROCKMORTON LLP<br>2525 Ponce de Leon Boulevard, 9th Floor<br>Miami, FL 33134<br>Telephone: (305) 372-1800<br><br>Jeffrey K. Brown, Esq<br>jbrown@leedsbrownlaw.com<br>Michael A. Tompkins, Esq.<br>mtompkins@leedsbrownlaw.com<br>Brett R. Cohen, Esq.<br>bcohen@leedsbrownlaw.com<br>Anthony Alesandro<br>aalesandro@leedsbrownlaw.com<br>LEEDS BROWN LAW, P.C.<br>1 Old Country Road, Suite 347<br>Carle Place, NY 11514<br>Telephone: (516) 873-9550<br><br><br>*Counsel for Plaintiff City of Revere*<br>Case No. 1:25-cv-13462 (D. Mass.) |
| Michael B. Homer<br>mhomer@dynamisllp.com<br>Brooke C. Watson<br>bwatson@dynamisllp.com<br>DYNAMIS LLP<br>175 Federal Street, Suite 1200<br>Boston, MA 02110<br>Telephone: (617) 693-9732<br><br>Joseph J. DePalma<br>jdepalma@litedepalma.com<br>LITE DEPALMA GREENBERG & AFANADOR, LLC<br>570 Broad Street, Suite 1201<br>Newark, NJ 7102<br>Telephone: (973) 623-3000<br><br>Laura K. Mummert<br>lmummert@litedepalma.com<br>Steven J. Greenfogel | Victor A. Afanador<br>vafanador@litedepalma.com<br>Joseph J. DePalma<br>jdepalma@litedepalma.com<br>LITE DEPALMA GREENBERG AFANADOR, LLC<br>570 Broad Street, Suite 1201<br>Newark, NJ 7102<br>Telephone: (973) 623-3000<br><br>Laura K. Mummert<br>lmummert@litedepalma.com<br>Steven J. Greenfogel<br>sgreenfogel@litedepalma.com<br>LITE DEPALMA GREENBERG & AFANADOR, LLC<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102<br>Telephone: (267) 314-7980 |

| | |
|---|---|
| sgreenfogel@litedepalma.com<br>LITE DEPALMA GREENBERG &<br>AFANADOR, LLC<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102<br>Telephone: (267) 314-7980<br><br>*Counsel for Plaintiff City of Chelsea*<br>Case No. 1:25-cv-13643 (D. Mass.) | *Counsel for Plaintiff Borough of Roseland*<br>Case No. 2:25-cv-18312 (D.N.J.) |
| Guri Ademi<br>gademi@ademilaw.com<br>Shpetim Ademi<br>sademi@ademilaw.com<br>John D. Blythin<br>jblythin@ademilaw.com<br>ADEMI & FRUCHTER LLP<br>3620 E. Layton Avenue<br>Cudahy, WI 53110<br>Telephone: (414) 482-8000<br><br>Paul F. Novak<br>pnovak@weitzlux.com<br>Milena Lai<br>mlai@weitzlux.com<br>Casey Thal Verville<br>cverville@weitzlux.com<br>WEITZ & LUXENBERG P.C.<br>Fisher Building<br>3011 West Grand Blvd., 24th Floor<br>Detroit, MI 48202<br>Telephone: (313) 800-4170<br><br>*Counsel for Plaintiff City of Ann Arbor*<br>Case No. 1:25-cv-01973 (E.D. Wis.) | David H. Weber<br>dhw@lcojlaw.com<br>LAW FIRM OF CONWAY,<br>OLEJNICZAK & JERRY S.C.<br>231 South Adams Street<br>P.O. Box 23200<br>Green Bay, WI 54305-3200<br>Telephone: (920) 437-0476<br><br>Michael A. Williams<br>mwilliams@williamsdirks.com<br>Matthew L. Dameron<br>matt@williamsdirks.com<br>Claire M. Terrebonne<br>Cterrebonne@williamsdirks.com<br>WILLIAMS DIRKS DAMERON LLC<br>1100 Main Street, Suite 2600<br>Kansas City, MO 64105<br>Telephone: (816) 945-7110<br><br>*Counsel for Plaintiff City of Liberty*<br>Case No. 1:25-cv-02002 (E.D. Wis.) |
| Alex Phillips<br>aphillips@straussborrelli.com<br>Brittany Resch<br>bresch@straussborrelli.com<br>Sam Strauss<br>sam@straussborrelli.com<br>Raina Borrelli<br>raina@straussborrelli.com<br>STRAUSS BORRELLI PLLC<br>One Magnificent Mile<br>980 Michigan Avenue, Suite 1610<br>Chicago, IL 60611 | Brian G. Weber<br>brian@johnsflaherty.com<br>JOHNS, FLAHERTY & COLLINS, S.C.<br>Exchange Building<br>205 Fifth Avenue South, Suite 600<br>La Crosse, WI 54602<br>Telephone: (602) 784-5678<br><br>Kevin Landau<br>klandau@tcllaw.com<br>Brett Cebulash<br>bcebulash@tcllaw.com |

| | |
|---|---|
| Telephone: (872) 263-1100<br><br>Adam J. Zapala<br>azapala@cpmlegal.com<br>Elizabeth T. Castillo<br>ecastillo@cpmlegal.com<br>Christopher F. Jeu<br>cjeu@cpmlegal.com<br>Christian S. Ruano<br>cruano@cpmlegal.com<br>Lauren A. Devens<br>ldevens@cpmlegal.com<br>COTCHETT, PITRE & McCARTHY LLP<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Telephone; (650) 697-6000<br><br><br>*Counsel for Plaintiff City of Arcadia*<br>Case No. 1:25-cv-02005 (E.D. Wis.) | Miles Greaves<br>mgreaves@tcllaw.com<br>TAUS, CEBULASH & LANDAU, LLP<br>123 William Street, Suite 1900A<br>New York, NY 10038<br>Telephone: (212) 931-0704<br><br><br>*Counsel for Plaintiff Commack Fire District*<br>Case No. 1:25-cv-02013 (E.D. Wis.) |

**Defendants' Counsel Served via Electronic Mail**

| | |
|---|---|
| Daniel T. Flaherty<br>dflaherty@gklaw.com<br>GOODFREY & KAHN SC<br>100 W Lawrence Street<br>PO Box 2728<br>Appleton, WI 54913-2728<br>Telephone: (920) 830-3530<br>Allison W. Reimann<br>areimann@gklaw.com<br>GODFREY & KAHN SC<br>1 E. Main Street, Suite 500<br>PO Box 2719<br>Madison, WI 53701-2719<br>Telephone: (608) 257-0609<br><br>Reid J. Schar<br>rschar@jenner.com<br>JENNER & BLOCK LLP<br>525 Market Street, 29th Floor<br>San Francisco, CA 94105<br>Telephone: (628) 267-6800<br><br>Douglas E. Litvack<br>dlitvack@jenner.com<br>Jariel A. Rendell<br>jrendell@jenner.com<br>JENNER & BLOCK LLP<br>1099 New York Ave NW, Suite 900<br>Washington, DC 20001<br>Telephone: (202) 637-6357<br><br>Shoba Pillay<br>spillay@jenner.com<br>Jacob Wentzel<br>jwentzel@jenner.com<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL 60654<br>Telephone: (312) 222-9350<br><br>Christina M. Isnardi<br>cisnardi@jenner.com<br>JENNER & BLOCK LLP<br>1155 Avenue of the Americas<br>New York, NY 10036 | Arthur J. Burke<br>Arthur.burke@davispolk.com<br>Edmund Polubinski, III<br>edmund.polubinski@davispolk.com<br>Lara Samet Buchwald<br>lara.buchwald@davispolk.com<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Ave<br>New York, NY 10017<br>Telephone: (212) 450-4352<br><br>Mari Grace<br>mari.grace@davispolk.com<br>Sean Stefanik<br>Sean.stefanik@davispolk.com<br>DAVIS POLK & WARDWELL LLP_<br>1050 17th Street NW<br>Washington, DC 20036<br>Telephone: (202) 962-7000<br><br>Austin A. Wesner<br>Austin.wesner@michaelbest.com<br>Daniel J. Vaccaro<br>djvaccaro@michaelbest.com<br>Joseph L. Olson<br>jlolson@michaelbest.com<br>MICHAEL BEST & FRIEDRICH LLP<br>790 N. Water Street, Suite 2500<br>Milwaukee, WI 53202<br>Telephone: (414) 277-0656<br><br><br>*Counsel for Defendants REV Group, Inc., E-One, Inc., Ferrara Fire Apparatus, Inc., Kovatch Mobile Equipment Corp., Spartan Fire, LLC, Smeal SFA, LLC, and Smeal LTC, LLC* |

9

| | |
|---|---|
| Telephone: (212) 891-1600<br><br>*Counsel for Defendants Oshkosh Corporation and Pierce Manufacturing, Inc.* | |
| Ashley B. Eickhof<br>ashley.eickhof@bakermckenzie.com<br>Creighton J. Macy<br>creighton.macy@bakermckenzie.com<br>Stephen T. Loertscher<br>stephen.loertscher@bakermckenzie.com<br>BAKER MCKENZIE LLP<br>815 Connecticut Ave NW<br>Washington, DC 20006<br>Telephone: (202) 923-6870<br><br>Joshua Scott Wolkoff<br>Joshua.wolkoff@bakermckenzie.com<br>BAKER MCKENZIE LLP<br>452 Fifth Avenue<br>New York, NY 10018<br>Telephone: (212) 310-0010<br><br>David J. Turek<br>turek@gassturek.com<br>Joshua S. Greenberg<br>Greenberg@gassturek.com<br>GASS TUREK LLC<br>241 N. Broadway, Suite 300<br>Milwaukee, WI 53202<br>Telephone: (414) 224-3445<br><br>Joshua L. Solomon<br>jsolomon@psdfirm.com<br>POLLACK SOLOMON DUFFY LLP<br>31 St. James Avenue, Suite 940<br>Boston, MA 02116<br>Telephone: (617) 439-9800<br><br><br>*Counsel for Defendants Rosenbauer America, LLC, Rosenbauer South Dakota, LLC, and Rosenbauer Minnesota, LLC* | Andrew M. Scarpace<br>andrew.scarpace@wilsonelser.com<br>John P. Loringer<br>John.loringer@wilsonelser.com<br>Marcella Spoto<br>Marcella.spoto@wilsonelser.com<br>WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER LLP<br>555 E. Wells Street, Suite 1730<br>Milwaukee, WI 53202<br>Telephone: (414) 292-3014<br><br>Roy W. Bjorlin, III<br>Roy.bjorlin@wilsonelser.com<br>WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER, LLP<br>260 Franklin Street, Suite 14th Floor<br>Boston, MA 02110-3112<br>Telephone: (617) 422-5347<br><br>Mark Robert Vespole<br>mark.vespole@wilsonelser.com<br>WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER LLP<br>7 Giralda Farms, Suites 100/110<br>Madison, NJ 07940<br>Telephone: (973) 624-0800<br><br><br>*Counsel for Defendant Fire Apparatus Manufacturers' Association* |

| | |
|---|---|
| Edward William Duffy<br>ed.duffy@bakerbotts.com<br>Paul Christopher Cuomo<br>paul.cuomo@bakerbotts.com<br>Alexander Kraszewski<br>alexander.kraszewski@bakerbotts.com<br>BAKER BOTTS LLP<br>700 K Street, NW<br>Washington, DC 20001<br>Telephone: (707) 628-0439<br><br>Daniel V. McCaughey<br>daniel.mccaughey@ropesgray.com<br>Jane E. Willis<br>jane.willis@ropesgray.com<br>Kathryn E. Caldwell<br>kathryn.caldwell@ropesgray.com<br>ROPES & GRAY – MA<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>Telephone: (617) 915-7681<br><br><br>*Counsel for Defendants AIP, LLC, American Industrial Partners Capital Fund IV, LP, American Industrial Partners Capital Fund IV (Parallel), LP, and AIP/CHC Holdings, LLC* | |

Date: January 26, 2026

Respectfully submitted,

*/s/ Adam J. Zapala*

Adam J. Zapala (California Bar No. 245748)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com

*Attorney for Plaintiff City of Arcadia*

11