## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. _____3179_____ & TITLE - IN RE: _Fire Apparatus Antitrust Litigation_

_____

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

_Please see attached list_____

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for _Please see attached list_____, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☑ This party's parent corporation(s) are listed below:

Please see attached list

☑ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

Please see attached list

**OR**

☐ This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

| | |
|---|---|
| /s/ Reid Schar | Jenner & Block LLP |
| Signature of Attorney | Name of Firm |
| 525 Market Street, 29th Floor | San Francisco, CA 94105 |
| Address | City/State/Zip Code |
| Date January 30, 2026 | |

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

**Parties Represented**

Defendant Oshkosh Corporation

Defendant Pierce Manufacturing, Inc.

**Short Case Captions**

1. In re: Indirect Purchaser Fire Apparatus Antitrust Litigation, E.D. Wis., No. 1:25-cv-01252

2. In re: Direct Purchaser Fire Apparatus Antitrust Litigation, E.D. Wis., No. 1:25-cv-01543

3. The Newstead Fire Co., Inc. v. Oshkosh Corporation, et al., E.D. Wis., No. 1:25-cv-01693

4. City of Onalaska v. Oshkosh C Corporation, et al., E.D. Wis., No. 1:25-cv-01717

5. City of Philadelphia v. Oshkosh Corporation, et al., E.D. Wis., No. 1:25-cv-01801

6. City of Revere v. AIP, LLC, et al., D. Mass., No. 1:25-cv-13462

7. City of Chelsea v. Fire Apparatus Manufacturers' Association, et al., D. Mass., No. 1:25-cv-13643

8. Borough of Roseland v. Fire Apparatus Manufacturers' Association, et al., D.N.J., No. 2:25-cv-18312

9. City of Ann Arbor v. Oshkosh Corporation, et al., E.D. Wis., No. 1:25-cv-01973

10. City of Liberty v. Oshkosh Corporation, et al., E.D. Wis., No. 1:25-cv-02002

11. City of Arcadia v. American Industrial Partners LLC, et al., E.D. Wis., No. 1:25-cv-02005

12. Commack Fire District v. Oshkosh Corporation, et al., E.D. Wis., No. 1:25-02013

**This Party's Parent Corporation(s) Are Listed Below:**

Pierce Manufacturing, Inc. is a wholly owned subsidiary of Oshkosh Corporation.

**The Following Publicly-Held Corporation(s) Own 10% or More of the Party's Stock:**

The Vanguard Group, Inc. and BlackRock, Inc. each hold 10% or more of Oshkosh Corporation's stock. No other publicly held corporation owns 10% or more of Oshkosh Corporation's stock. Pierce Manufacturing, Inc. is not a publicly held corporation.