**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179 |

### List of Parties Represented by Ashley B. Eickhof

Defendant:      Rosenbauer America, LLC

Defendant:      Rosenbauer Minnesota, LLC

Defendant:      Rosenbauer South Dakota, LLC

1