## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179 |
|---|---|

## <u>SCHEDULE OF ACTIONS</u>

| Parties | Defendant Represented | District | Civil Action No. | Judge |
|---|---|---|---|---|
| **Plaintiffs**:<br>City of La Crosse<br>City of Onalaska<br>City of Ann Arbor<br>City of Arcadia<br>Commack Fire District<br>**Defendants**:<br>Oshkosh Corporation<br>Pierce Manufacturing, Inc.<br>REV Group, Inc.<br>Rosenbauer America, LLC<br>Fire Apparatus Manufacturers' Association | Rosenbauer America, LLC | Eastern District of Wisconsin | 1:25-cv-1252 | Judge Byron B Conway |
| **Plaintiffs**:<br>City of Augusta<br>The Newstead Fire Co., Inc.<br>City of Philadelphia<br>City of Liberty<br>**Defendants**:<br>Oshkosh Corporation<br>Pierce Manufacturing, Inc.<br>REV Group, Inc.<br>Rosenbauer America, LLC<br>Fire Apparatus Manufacturers' Association | Rosenbauer America, LLC | Eastern District of Wisconsin | 1:25-cv-1543 | Judge Byron B Conway |

1

| Parties | Defendant Represented | District | Civil Action No. | Judge |
|---|---|---|---|---|
| **Plaintiff**: The Newstead Fire Co., Inc. **Defendants**: Oshkosh Corporation Pierce Manufacturing, Inc. REV Group, Inc. Rosenbauer America, LLC Fire Apparatus Manufacturers' Association | Rosenbauer America, LLC | Eastern District of Wisconsin | 1:25-cv-1693 | Judge Byron B Conway |
| **Plaintiff**: City of Onalaska **Defendants**: Oshkosh Corporation REV Group, Inc. Rosenbauer America, LLC Fire Apparatus Manufacturers' Association | Rosenbauer America, LLC | Eastern District of Wisconsin | 1:25-cv-1717 | Judge Byron B Conway |
| **Plaintiff**: City of Philadelphia **Defendants**: Oshkosh Corporation Pierce Manufacturing, Inc. REV Group, Inc. Rosenbauer America, LLC Fire Apparatus Manufacturers' Association | Rosenbauer America, LLC | Eastern District of Wisconsin | 1:25-cv-1801 | Judge Byron B Conway |

| Parties | Defendant Represented | District | Civil Action No. | Judge |
|---|---|---|---|---|
| **Plaintiff**: City of Ann Arbor **Defendants**: Oshkosh Corporation Pierce Manufacturing, Inc. REV Group, Inc. Rosenbauer America, LLC Fire Apparatus Manufacturers' Association | Rosenbauer America, LLC | Eastern District of Wisconsin | 1:25-cv-1973 | Judge Byron B Conway |
| **Plaintiff**: City of Liberty **Defendants**: Oshkosh Corporation Pierce Manufacturing, Inc. REV Group, Inc. Rosenbauer America, LLC Fire Apparatus Manufacturers' Association | Rosenbauer America, LLC | Eastern District of Wisconsin | 1:25-cv-2002 | Judge Byron B Conway |
| **Plaintiff**: City of Arcadia **Defendants**: AIP, LLC American Industrial Partners Capital Fund IV, LP American Industrial Partners Capital Fund IV (Parallel), LP AIP/CHC Holdings, LLC Oshkosh Corporation Pierce Manufacturing, Inc. Rev Group, Inc. Rosenbauer America, LLC Fire Apparatus Manufacturers' Association | Rosenbauer America, LLC | Eastern District of Wisconsin | 1:25-cv-2005 | Judge Byron B Conway |

3

| Parties | Defendant Represented | District | Civil Action No. | Judge |
|---|---|---|---|---|
| **Plaintiff**: Commack Fire District **Defendants**: Oshkosh Corporation Pierce Manufacturing, Inc. REV Group, Inc. Rosenbauer America, LLC Fire Apparatus Manufacturers' Association | Rosenbauer America, LLC | Eastern District of Wisconsin | 1:25-cv-2013 | Judge Byron B Conway |
| **Plaintiff**: City of Revere **Defendants:** AIP, LLC American Industrial Partners Capital Fund IV, LP American Industrial Partners Capital Fund IV (Parallel), LP AIP/CHC Holdings, LLC Oshkosh Corporation Pierce Manufacturing, Inc. Rev Group, Inc. Rosenbauer America, LLC Fire Apparatus Manufacturers' Association | Rosenbauer America, LLC | District of Massachusetts | 1:25-cv-13462 | Judge Angel Kelley |

| Parties | Defendant Represented | District | Civil Action No. | Judge |
|---|---|---|---|---|
| **Plaintiff**: City of Chelsea **Defendants**: Fire Apparatus Manufacturers' Association Oshkosh Corporation Pierce Manufacturing, Inc. REV Group, Inc. E-One, Inc. Ferrera Fire Apparatus, Inc. Kovatch Mobile Equipment Corp. Spartan Fire, LLC Smeal SFA, LLC Smeal LTC, LLC Rosenbauer America, LLC Rosenbauer South Dakota, LLC Rosenbauer Minnesota, LLC | Rosenbauer America, LLC Rosenbauer South Dakota, LLC Rosenbauer Minnesota, LLC | District of Massachusetts | 1:25-cv-13643 | Judge Angel Kelley |

5

| Parties | Defendant Represented | District | Civil Action No. | Judge |
|---|---|---|---|---|
| **Plaintiff**:<br>Borough of Roseland<br>**Defendants**:<br>Fire Apparatus Manufacturers' Association<br>Oshkosh Corporation<br>Pierce Manufacturing, Inc.<br>REV Group, Inc.<br>E-One, Inc.<br>Ferrera Fire Apparatus, Inc.<br>Kovatch Mobile Equipment Corp.<br>Spartan Fire, LLC<br>Smeal SFA, LLC<br>Smeal LTC, LLC<br>Rosenbauer America, LLC<br>Rosenbauer South Dakota, LLC<br>Rosenbauer Minnesota, LLC | Rosenbauer America, LLC<br>Rosenbauer South Dakota, LLC<br>Rosenbauer Minnesota, LLC | District of New Jersey | 2:25-cv-18312 | Judge Michael E. Farbiarz |

6