**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179 |
|---|---|

**SCHEDULE OF ACTIONS**

| Parties | District | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs**: City of La Crosse City of Onalaska City of Ann Arbor City of Arcadia Commack Fire District **Defendants**: Oshkosh Corporation Pierce Manufacturing, Inc. REV Group, Inc. Rosenbauer America, LLC Fire Apparatus Manufacturers' Association | Eastern District of Wisconsin | 1:25-cv-1252 | Judge Byron B Conway |
| **Plaintiffs**: City of Augusta The Newstead Fire Co., Inc. City of Philadelphia City of Liberty **Defendants**: Oshkosh Corporation Pierce Manufacturing, Inc. REV Group, Inc. Rosenbauer America, LLC Fire Apparatus Manufacturers' Association | Eastern District of Wisconsin | 1:25-cv-1543 | Judge Byron B Conway |

1

| Parties | District | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff**: The Newstead Fire Co., Inc. **Defendants**: Oshkosh Corporation Pierce Manufacturing, Inc. REV Group, Inc. Rosenbauer America, LLC Fire Apparatus Manufacturers' Association | Eastern District of Wisconsin | 1:25-cv-1693 | Judge Byron B Conway |
| **Plaintiff**: City of Onalaska **Defendants**: Oshkosh Corporation REV Group, Inc. Rosenbauer America, LLC Fire Apparatus Manufacturers' Association | Eastern District of Wisconsin | 1:25-cv-1717 | Judge Byron B Conway |
| **Plaintiff**: City of Philadelphia **Defendants**: Oshkosh Corporation Pierce Manufacturing, Inc. REV Group, Inc. Rosenbauer America, LLC Fire Apparatus Manufacturers' Association | Eastern District of Wisconsin | 1:25-cv-1801 | Judge Byron B Conway |
| **Plaintiff**: City of Ann Arbor **Defendants**: Oshkosh Corporation Pierce Manufacturing, Inc. REV Group, Inc. Rosenbauer America, LLC Fire Apparatus Manufacturers' Association | Eastern District of Wisconsin | 1:25-cv-1973 | Judge Byron B Conway |

| Parties | District | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff**: City of Liberty **Defendants**: Oshkosh Corporation Pierce Manufacturing, Inc. REV Group, Inc. Rosenbauer America, LLC Fire Apparatus Manufacturers' Association | Eastern District of Wisconsin | 1:25-cv-2002 | Judge Byron B Conway |
| **Plaintiff**: City of Arcadia **Defendants**: AIP, LLC American Industrial Partners Capital Fund IV, LP American Industrial Partners Capital Fund IV (Parallel), LP AIP/CHC Holdings, LLC Oshkosh Corporation Pierce Manufacturing, Inc. Rev Group, Inc. Rosenbauer America, LLC Fire Apparatus Manufacturers' Association | Eastern District of Wisconsin | 1:25-cv-2005 | Judge Byron B Conway |
| **Plaintiff**: Commack Fire District **Defendants**: Oshkosh Corporation Pierce Manufacturing, Inc. REV Group, Inc. Rosenbauer America, LLC Fire Apparatus Manufacturers' Association | Eastern District of Wisconsin | 1:25-cv-2013 | Judge Byron B Conway |

| Parties | District | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff**: City of Revere<br>**Defendants:**<br>AIP, LLC<br>American Industrial Partners Capital Fund IV, LP<br>American Industrial Partners Capital Fund IV (Parallel), LP<br>AIP/CHC Holdings, LLC<br>Oshkosh Corporation<br>Pierce Manufacturing, Inc.<br>Rev Group, Inc.<br>Rosenbauer America, LLC<br>Fire Apparatus Manufacturers' Association | District of Massachusetts | 1:25-cv-13462 | Judge Angel Kelley |
| **Plaintiff**: City of Chelsea<br>**Defendants**:<br>Fire Apparatus Manufacturers' Association<br>Oshkosh Corporation<br>Pierce Manufacturing, Inc.<br>REV Group, Inc.<br>E-One, Inc.<br>Ferrera Fire Apparatus, Inc.<br>Kovatch Mobile Equipment Corp.<br>Spartan Fire, LLC<br>Smeal SFA, LLC<br>Smeal LTC, LLC<br>Rosenbauer America, LLC<br>Rosenbauer South Dakota, LLC<br>Rosenbauer Minnesota, LLC | District of Massachusetts | 1:25-cv-13643 | Judge Angel Kelley |

| Parties | District | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff**:<br>Borough of Roseland<br>**Defendants**:<br>Fire Apparatus Manufacturers' Association<br>Oshkosh Corporation<br>Pierce Manufacturing, Inc.<br>REV Group, Inc.<br>E-One, Inc.<br>Ferrera Fire Apparatus, Inc.<br>Kovatch Mobile Equipment Corp.<br>Spartan Fire, LLC<br>Smeal SFA, LLC<br>Smeal LTC, LLC<br>Rosenbauer America, LLC<br>Rosenbauer South Dakota, LLC<br>Rosenbauer Minnesota, LLC | District of New Jersey | 2:25-cv-18312 | Judge Michael E. Farbiarz |