**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179 |

**CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing document was electronically filed with the Clerk of the Judicial Panel on Multidistrict Litigation by using the CM/ECF system and served on all parties in the manner set forth in the service list below, with courtesy copies to the clerks of each district court where an affected action is pending and the Clerk of the Judicial Panel on Multidistrict Litigation.

February 2, 2026

Respectfully submitted,

/s/ *Ashley B. Eickhof*
Ashley B. Eickhof
Baker & McKenzie LLP
815 Connecticut Avenue NW
Washington, DC 20006
(202) 452-7000
ashley.eickhof@bakermckenzie.com

*Counsel for Defendants Rosenbauer*
*America, LLC, Rosenbauer South Dakota,*
*LLC, and Rosenbauer Minnesota, LLC.*

1

| Courtesy Copies Via Federal Express | |
|---|---|
| United States District Court<br>Eastern District of Wisconsin (Green Bay)<br>Clerk of the Court<br>Jefferson Court Building<br>125 S. Jefferson Street, Room 201<br>Green Bay, WI 54301<br><br>*Case Nos. 1:25-cv-01252, 1:25-cv-01543, 1:25-cv-01693, 1:25-cv-01717, 1:25-cv-01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1:25-cv-02013* | United States District Court<br>District of Massachusetts, Boston Division<br>Clerk of the Court<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 2300<br>Boston, Massachusetts 02210<br><br>*Case Nos. 1:25-cv-13462, 1:25-cv-13643* |
| United States District Court<br>District of New Jersey, Newark Division<br>Clerk of the Court<br>Martin Luther King Building & U.S. Courthouse<br>50 Walnut Street Room 4015<br>Newark, NJ 07101<br><br>*Case No. 2:25-cv-18312* | Clerk of the Panel<br>United States Judicial Panel on Multidistrict Litigation<br>Thurgood Marshall Federal Judiciary Building<br>One Columbus Circle, NE, Room G-255, North Lobby<br>Washington, DC 20544-0005 |

| Via Electronic Mail | |
|---|---|
| Erin Dickinson<br>Charles Grueger<br>GRUEGER DICKINSON LLC<br>4532 North Oakland Avenue<br>Milwaukee, WI 53211<br>414-210-3868<br>ekd@cruegerdickinson.com<br>cjc@cruegerdickinson.com<br><br>Steven W. Berman<br>Moses Jehng<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>206-623-7292<br>steve@hbsslaw.com<br>moses.jehng@hbsslaw.com<br><br>*Counsel for Plaintiff City of La Crosse* | Beth Kushner<br>Christopher E. Avallone<br>VON BRIESEN & ROPER, S.C.<br>411 East Wisconsin Avenue, Suite 1000<br>Milwaukee, WI 53202<br>414-276-1122<br>beth.krushner@vonbriesen.com<br>christopher.avallone@vonbriesen.com<br><br>Gregory P. Hansel<br>Michael S. Smith<br>Elizabeth F. Quinby<br>Michael D. Hanify<br>PRETI FLAHERTY BELIVEAU & PACHIOS, LLP<br>One City Center<br>P.O. Box 9546<br>Portland, ME 04112<br>207-791-3000<br>ghansel@preti.com |

| Via Electronic Mail ||
|---|---|
| *Case No. 1:25-cv-01252 (E.D. Wis.)* | msmith@preti.com<br>equinby@preti.com<br>mhanify@preti.com<br><br>Joseph C. Kohn<br>William E. Hoese<br>Zahra R. Dean<br>KOHN SWIFT & GRAF, P.C.<br>1600 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>215-238-1700<br>jkohn@kohnswift.com<br>whoese@kohnswift.com<br>zdean@kohnswift.com<br><br>William G. Caldes<br>Jeffrey L. Spector<br>SPECTOR ROSEMAN & KODROFF, P.C.<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>215-496-0300<br>BCaldes@srkattorneys.com<br>JSpector@srkattorneys.com<br><br>*Counsel for Plaintiff City of Augusta* |
| Shawn M. Raiter<br>Matthew B Bolt<br>LARSON KING, LLP<br>30 East Seventh Street, Suite 2800<br>St. Paul, MN 55101<br>651-312-6518<br>sraiter@larsonking.com<br>mbolt@larsonking.com<br><br>Michael J. Flannery<br>CUNEO GILBERT & LADUCA, LLP<br>2 CityPlace Drive, Second Floor<br>St. Louis, MO 63141<br>314-226-1015<br>mflannery@cuneolaw.com<br><br><br>Evelyn Riley<br>Cody McCracken | *Case No. 1:25-cv-01543 (E.D. Wis.)*<br>Brian G. Weber<br>JOHNS, FLAHERTY & COLLINS, S.C.<br>Exchange Building<br>205 Fifth Avenue South, Suite 600<br>La Crosse, WI 54602<br>608-784-5678<br>brian@johnsflaherty.com<br><br>Daniel E. Gustafson<br>Daniel C. Hedlund<br>Joshua J. Rissman<br>Gabrielle M. Kolb<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>120 So. Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>612-333-8844<br>dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com |

3

| Via Electronic Mail | |
|---|---|
| CUNEO GILBERT & LADUCA, LLP<br>2445 M Street NW, Suite 740<br>Washington, DC 20037<br>202-789-3960<br>evelyn@cuneolaw.com<br>cmccracken@cuneolaw.com<br><br>Marco Cercone<br>RUPP PFALZGRAF LLC<br>1600 Liberty Building<br>Buffalo, NY 14202<br>716-854-3400<br>cercone@rupppfalzgraf.com<br><br>Don Barrett<br>Sterling Aldridge<br>BARRETT LAW GROUP, P.A.<br>404 Court Square North<br>Lexington, MS 39095-0927<br>662-834-9168<br>donbarrettpa@gmail.com<br>saldridge@barrettlawgroup.com<br><br>Richard R. Barrett<br>LAW OFFICES OF RICHARD R.<br>BARRETT, PLLC<br>2086 Old Taylor Road, Suite 1011<br>Oxford, MS 38655<br>662-380-5018<br>rrb@rrblawfirm.net<br><br>Patrick W. Pendley<br>Christopher L. Coffin<br>PENDLEY BAUDIN COFFIN<br>24110 Eden Street<br>Plaquemine, LA 70765<br>225-687-6396<br>pwpendley@pbclawfirm.com<br>ccoffin@pbclawfirm.com<br><br>*Counsel for Plaintiff The Newstead Fire Co., Inc.*<br>*Case No. 1:25-cv-01693 (E.D. Wis.)* | jrissman@gustafsongluek.com<br>gkolb@gustafsongluek.com<br><br>*Counsel for Plaintiff City of Onalaska*<br>*Case No. 1:25-cv-01717 (E.D. Wis.)* |
| Stephen R. Basser<br>Samuel M. Ward | Christian Uehlein<br>David C. Strouss |

4

| Via Electronic Mail | |
|---|---|
| BARRACK, RODOS & BACINE<br>600 West Broadway, Suite 900<br>San Diego, CA 92101<br>619-230-0800<br>sbasser@barrack.com<br>sward@barrack.com<br><br>Jeffrey A. Barrack<br>Danielle M. Weiss<br>BARRACK, RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>215-963-0600<br>jbarrack@barrack.com<br>dweiss@barrack.com<br><br>William J. Ban<br>BARRACK, RODOS & BACINE<br>Eleven Times Square<br>640 8th Avenue, 10th Floor<br>New York, New York 10036<br>212-688-0782<br>wban@barrack.com<br><br>*Counsel for Plaintiff City of Philadelphia*<br>*Case No. 1:25-cv-01801 (E.D. Wis.)* | Michael A. Lesser<br>Brian J. Freer<br>THORNTON LAW FIRM LLP<br>84 State Street, 4th Floor<br>Boston, MA 02109<br>617-720-1333<br>cuehlein@tenlaw.com<br>dstrouss@tenlaw.com<br>mlessser@tenlaw.com<br>bfreer@tenlaw.com<br><br>Joseph R. Saveri<br>David Seidel<br>Cadio Zirpoli<br>Ronnie Spiegel<br>JOSEPH SAVERI LAW FIRM, LLP<br>601 California Street, Suite 1505<br>San Francisco, California 94108<br>415-500-6800<br>jsaveri@saverilawfirm.com<br>dseidel@saverilawfirm.com<br>czirpoli@saverilawfirm.com<br>rspiegel@saverilawfirm.com<br><br>Benjamin J. Widlanski<br>Gail A. McQuilkin<br>Brandon Sadowsky<br>KOZYAK TROPIN & THROCKMORTON LLP<br>2525 Ponce de Leon Boulevard, 9th Floor<br>Miami, FL 33134<br>305-372-1800<br>bwidlanski@kttlaw.com<br>gam@kttlaw.com<br>bsadowsky@kttlaw.com<br><br>Jeffrey K. Brown, Esq<br>Michael A. Tompkins, Esq.<br>Brett R. Cohen, Esq.<br>Anthony Alesandro<br>LEEDS BROWN LAW, P.C.<br>1 Old Country Road, Suite 347<br>Carle Place, NY 11514<br>516-873-9550 |

| Via Electronic Mail | |
|---|---|
|  | jbrown@leedsbrownlaw.com<br>mtompkins@leedsbrownlaw.com<br>bcohen@leedsbrownlaw.com<br>aalesandro@leedsbrownlaw.com<br><br>*Counsel for Plaintiff City of Revere*<br>*Case No. 1:25-cv-13462 (D. Mass.)* |
| Michael B. Homer<br>Brooke C. Watson<br>DYNAMIS LLP<br>175 Federal Street, Suite 1200<br>Boston, MA 02110<br>617-693-9732<br>mhomer@dynamisllp.com<br>bwatson@dynamisllp.com<br><br>Joseph J. DePalma<br>LITE DEPALMA GREENBERG &<br>AFANADOR, LLC<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>973-623-3000<br>jdepalma@litedepalma.com<br><br>Laura K. Mummert<br>Steven J. Greenfogel<br>LITE DEPALMA GREENBERG &<br>AFANADOR, LLC<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102<br>267-314-7980<br>lmummert@litedepalma.com<br>sgreenfogel@litedepalma.com<br><br>*Counsel for Plaintiff City of Chelsea*<br>*Case No. 1:25-cv-13643 (D. Mass.)* | Victor A. Afanador<br>Joseph J. DePalma<br>LITE DEPALMA GREENBERG &<br>AFANADOR, LLC<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>973-623-3000<br>vafanador@litedepalma.com<br>jdepalma@litedepalma.com<br><br>Laura K. Mummert<br>Steven J. Greenfogel<br>LITE DEPALMA GREENBERG &<br>AFANADOR, LLC<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102<br>267-314-7980<br>lmummert@litedepalma.com<br>sgreenfogel@litedepalma.com<br><br>*Counsel for Plaintiff Borough of Roseland*<br>*Case No. 2:25-CV-18312 (D.N.J.)* |
| Guri Ademi<br>Shpetim Ademi<br>John D. Blythin<br>ADEMI & FRUCHTER LLP<br>3620 E. Layton Avenue<br>Cudahy, WI 53110<br>414-482-8000<br>jblythin@ademilaw.com | David H. Weber<br>LAW FIRM OF CONWAY, OLEJNICZAK &<br>JERRY S.C.<br>231 South Adams Street<br>P. O. Box 23200<br>Green Bay, WI 54305-3200<br>920-437-0476<br>dhw@lcojlaw.com |

6

| Via Electronic Mail | |
|---|---|
| Paul F. Novak<br>Milena Lai<br>Casey Thal Verville<br>WEITZ & LUXENBERG P.C.<br>Fisher Building<br>3011 West Grand Blvd., 24th Floor<br>Detroit, MI 48202<br>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<br>pnovak@weitzlux.com<br>mlai@weitzlux.com<br>cverville@weitzlux.com<br><br>*Counsel for Plaintiff City of Ann Arbor*<br>*Case No. 1:25-cv-01973 (E.D. Wis.)* | Michael A. Williams<br>Matthew L. Dameron<br>Claire M. Terrebonne<br>WILLIAMS DIRKS DAMERON LLC<br>1100 Main Street, Suite 2600<br>Kansas City, Missouri 64105<br>816-945-7110<br>mwilliams@williamsdirks.com<br>matt@williamsdirks.com<br>cterrebonne@williamsdirks.com<br><br>*Counsel for Plaintiff City of Liberty*<br>*Case No. 1:25-cv-02002 (E.D. Wis.)* |
| Alex Phillips<br>Brittany Resch<br>Sam Strauss<br>Raina Borrelli<br>STRAUSS BORRELLI PLLC<br>One Magnificent Mile<br>980 Michigan Avenue, Suite 1610<br>Chicago, IL 60611<br>872-263-1100<br>aphillips@straussborrelli.com<br>bresch@straussborrelli.com<br>sam@straussborrelli.com<br>raina@straussborrelli.com<br><br><br>Adam J. Zapala<br>Elizabeth T. Castillo<br>Christopher F. Jeu<br>Christian S. Ruano<br>Lauren A. Devens<br>COTCHETT, PITRE & McCARTHY LLP<br>840 Malcolm Road<br>Burlingame, CA 94010<br>650-697-6000<br>azapala@cpmlegal.com<br>ecastillo@cpmlegal.com<br>cjeu@cpmlegal.com<br>cruano@cpmlegal.com<br>ldevens@cpmlegal.com<br><br>*Counsel for Plaintiff City of Arcadia* | Brian G. Weber<br>JOHNS, FLAHERTY & COLLINS, S.C.<br>Exchange Building<br>205 Fifth Avenue South, Suite 600<br>La Crosse, WI 54602<br>608-784-5678<br>brian@johnsflaherty.com<br><br>Kevin Landau<br>Brett Cebulash<br>Miles Greaves<br>TAUS, CEBULASH & LANDAU, LLP<br>123 William Street, Suite 1900A<br>New York, New York 10038<br>212-931-0704<br>klandau@tcllaw.com<br>bcebulash@tcllaw.com<br>mgreaves@tcllaw.com<br><br>*Counsel for Plaintiff Commack Fire District*<br>*Case No. 1:25-cv-02013 (E.D. Wis.)* |

7

| **Via Electronic Mail** | |
|---|---|
| *Case No. 1:25-cv-02005 (E.D. Wis.)* | |
| Daniel T. Flaherty<br>GOODFREY & KAHN SC<br>100 W Lawrence Street<br>PO Box 2728<br>Appleton, WI 54913-2728<br>920-830-3530<br>dflaherty@gklaw.com<br><br>Allison W Reimann<br>GODFREY & KAHN SC<br>1 E Main Street, Suite 500<br>PO Box 2719<br>Madison, WI 53701-2719<br>608-257-0609<br>areimann@gklaw.com<br><br>Reid J Schar<br>JENNER & BLOCK LLP<br>525 Market Street, 29th Floor<br>San Francisco, CA 94105<br>(628) 267-6800<br>rschar@jenner.com<br><br>Douglas E. Litvack<br>Jariel A Rendell<br>JENNER & BLOCK LLP<br>1099 New York Ave NW, Suite 900<br>Washington, DC 20001<br>202-637-6357<br>dlitvack@jenner.com<br>jrendell@jenner.com<br><br>Shoba Pillay<br>Jacob Wentzel<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL 60654<br>312-222-9350<br>spillay@jenner.com<br>jwentzel@jenner.com<br><br>Christina M. Isnardi<br>JENNER & BLOCK LLP<br>1155 Avenue of the Americas | Arthur J Burke<br>Edmund Polubinski, III<br>Lara Samet Buchwald<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Ave<br>New York, NY 10017<br>212-450-4352<br>arthur.burke@davispolk.com<br>edmund.polubinski@davispolk.com<br>lara.buchwald@davispolk.com<br><br>Mari Grace<br>Sean Stefanik<br>DAVIS POLK & WARDWELL LLP<br>1050 17th Street NW<br>Washington, DC 20036<br>202-962-7000<br>mari.byrne@davispolk.com<br>sean.stefanik@davispolk.com<br><br>Austin A. Wesner<br>Daniel J. Vaccaro<br>Ena M. Allen<br>Joseph L. Olson<br>MICHAEL BEST & FRIEDRICH LLP<br>790 N. Water Street, Suite 2500<br>Milwaukee, WI 53202<br>414-277-0656<br>austin.wesner@michaelbest.com<br>djvaccaro@michaelbest.com<br>ena.allen@michaelbest.com<br>jlolson@michaelbest.com<br><br>*Counsel for Defendants REV Group, Inc., E-One, Inc., Ferrara Fire Apparatus, Inc., Kovatch Mobile Equipment Corp., Spartan Fire, LLC, Smeal SFA, LLC, and Smeal LTC, LLC*<br>*Case Nos. 1:25-cv-01252, 1:25-cv-01543, 1:25-cv-01693, 1:25-cv-01717, 1:25-cv-01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1:25-cv-02013 (E.D. Wis.);*<br>*Case Nos. 1:25-cv-13462, 1:25-cv-13643 (D. Mass.); and* |

8

| Via Electronic Mail | |
|---|---|
| New York, NY 10036<br>(212) 891-1600<br>cisnardi@jenner.com<br><br>*Counsel for Defendants Oshkosh Corporation and Pierce Manufacturing, Inc.*<br>*Case Nos. 1:25-cv-01252, 1:25-cv-01543, 1:25-cv-01693, 1:25-cv-01717, 1:25-cv-01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1:25-cv-02013 (E.D. Wis);*<br>*Case Nos. 1:25-cv-13462, 1:25-cv-13643 (D. Mass.); and*<br>*Case No. 2:25-cv-18312 (D.N.J.)* | *Case No. 2:25-cv-18312 (D.N.J.)* |
| Edward William Duffy<br>Paul Christopher Cuomo<br>Alexander Kraszewski<br>BAKER BOTTS LLP<br>700 K Street, NW<br>Washington, DC 20001<br>707-628-0439<br>ed.duffy@bakerbotts.com<br>Paul.cuomo@bakerbotts.com<br>alexander.kraszewski@bakerbotts.com<br><br><br>Daniel V. McCaughey<br>Jane E. Willis<br>Kathryn E. Caldwell<br>ROPES & GRAY – MA<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>617-915-7681<br>daniel.mccaughey@ropesgray.com<br>jwillis@ropesgray.com<br>kathryn.caldwell@ropesgray.com<br><br><br>*Counsel for Defendants AIP, LLC, American Industrial Partners Capital Fund IV, LP, American Industrial Partners Capital Fund IV (Parallel), LP, and AIP/CHC Holdings, LLC*<br>*Case No. 1:25-cv-02005 (E.D. Wis.) and Case No. 1:25-cv-13462 (D. Mass.)* | Andrew M. Scarpace<br>John P. Loringer<br>Marcella Spoto<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER , LLP<br>555 E. Wells Street, Suite 1730<br>Milwaukee, WI 53202<br>414-292-3014<br>andrew.scarpace@wilsonelser.com<br>john.loringer@wilsonelser.com<br>marcella.spoto@wilsonelser.com<br><br><br>Roy W Bjorlin, III<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP<br>260 Franklin Street, Suite 14th Floor<br>Boston, MA 02110-3112<br>617-422-5347<br>roy.bjorlin@wilsonelser.com<br><br>Mark Robert Vespole<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP<br>7 Giralda Farms, Suites 100/110<br>Madison, NJ 07940<br>973-624-0800<br>mark.vespole@wilsonelser.com<br><br>*Counsel for Defendant Fire Apparatus Manufacturers' Association* |

9

| Via Electronic Mail | |
|---|---|
| | *Case Nos. 1:25-cv-01252, 1:25-cv-01543, 1:25-cv-01693, 1:25-cv-01717, 1:25-cv-01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1:25-cv-02013 (E.D. Wis.); Case Nos. 1:25-cv-13462, 1:25-cv-13643 (D. Mass.); and Case No. 2:25-cv-18312 (D.N.J.)* |