## SCHEDULE OF ACTIONS

- City of La Crosse v. Oshkosh Corporation, et al., E.D. of Wisconsin, Case No. 1:2025cv01252

- City of Augusta v. Oshkosh Corporation, et al., E.D. of Wisconsin, Case No. 1:2025cv01543

- The Newstead Fire Co., Inc. v. Oshkosh Corporation, et al., E.D. of Wisconsin, Case No. 1:2025cv01693

- City of Onalaska v. Oshkosh Corporation, et al., E.D. of Wisconsin, Case No. 1:2025cv01717

- City of Philadelphia v. Oshkosh Corporation, et al., E.D. of Wisconsin, Case No. 1:2025cv01801

- City of Ann Arbor v. Oshkosh Corporation, et al., E.D. of Wisconsin, Case No. 1:2025cv01973

- City of Liberty, Missouri v. Oshkosh Corporation, et al., E.D. of Wisconsin, Case No. 1:2025cv02002

- City of Arcadia v. American Industrial Partners, LLC, et al., E.D. of Wisconsin, Case No. 1:2025cv02005

- Commack Fire District v. Oshkosh Corporation, et al., E.D. of Wisconsin, Case No. 1:2025cv02013

- City of Revere v. AIP, LLC, et al., D. of Massachusetts, Case No. 1:2025cv13462

- City of Chelsea v. Fire Apparatus Manufacturers', et al., D. of Massachusetts, Case No. 1:2025cv13643

- Borough of Roseland v. Fire Apparatus Manufacturers', et al., D. of New Jersey, Case No. 2:2025cv18312