**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE: FIRE APPARATUS ANTITRUST LITIGATION,
MDL No. 3179**

**SCHEDULE OF ACTIONS AND SHORT CASE CAPTIONS**

1. In re: Indirect Purchaser Fire Apparatus Antitrust Litigation, E.D. Wis., No. 1:25-cv-01252

2. In re: Direct Purchaser Fire Apparatus Antitrust Litigation, E.D. Wis., No. 1:25-cv-01543

3. The Newstead Fire Co., Inc. v. Oshkosh Corporation, et al., E.D. Wis., No. 1:25-cv-01693

4. City of Onalaska v. Oshkosh Corporation, et al., E.D. Wis., No. 1:25-cv-01717

5. City of Philadelphia v. Oshkosh Corporation, et al., E.D. Wis., No. 1:25-cv-01801

6. City of Revere v. AIP, LLC, et al., D. Mass., No. 1:25-cv-13462

7. City of Chelsea v. Fire Apparatus Manufacturers' Association, et al., D. Mass., No. 1:25-cv-13643

8. Borough of Roseland v. Fire Apparatus Manufacturers' Association, et al., D.N.J., No. 2:25-cv-18312

9. City of Ann Arbor v. Oshkosh Corporation, et al., E.D. Wis., No. 1:25-cv-01973

10. City of Liberty v. Oshkosh Corporation, et al., E.D. Wis., No. 1:25-cv-02002

11. City of Arcadia v. American Industrial Partners LLC, et al., E.D. Wis., No. 1:25-cv-02005

12. Commack Fire District v. Oshkosh Corporation, et al., E.D. Wis., No. 1:25-02013