**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE: FIRE APPARATUS ANTITRUST LITIGATION,**
**MDL No. 3179**

**SCHEDULE OF DEFENDANTS REPRESENTED**

- REV Group, Inc.

- E-One, Inc.

- Ferrara Fire Apparatus, Inc.

- Kovatch Mobile Equipment Corp.

- Spartan Fire, LLC

- Smeal SFA, LLC

- Smeal LTC, LLC