**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179 |

## <u>CERTIFICATE OF SERVICE</u>

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel hereby certifies that a copy of the foregoing Corporate Disclosure Statement was electronically filed with the Clerk of the Judicial Panel on Multidistrict Litigation through the CM/ECF system and served on all parties in the manner set forth in the service list below.

Dated: February 2, 2026

Respectfully Submitted,

/s/ *Mari Grace*

Mari Grace
DAVIS POLK & WARDWELL LLP
1050 17th St., NW
Washington, DC 20036
202-962-7020
mari.grace@davispolk.com

*Counsel for Defendants REV Group, Inc., E-One, Inc., Ferrara Fire Apparatus, Inc., Kovatch Mobile Equipment Corp., Spartan Fire, LLC, Smeal SFA, LLC, and Smeal LTC, LLC*

| Via Electronic Mail | |
|---|---|
| Erin Dickinson<br>ekd@cruegerdickinson.com<br>Charles Grueger<br>cjc@cruegerdickinson.com<br>GRUEGER DICKINSON LLC<br>4532 North Oakland Avenue<br>Milwaukee, WI 53211<br>414-210-3868<br><br>Steven W. Berman<br>steve@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>206-623-7292<br><br>*Counsel for Plaintiff City of La Crosse<br>Case No. 1:25-cv-01252 (E.D. Wis.)* | Beth Kushner<br>beth.kushner@vonbriesen.com<br>Christopher E. Avallone<br>christopher.avallone@vonbriesen.com<br>VON BRIESEN & ROPER, S.C.<br>411 East Wisconsin Avenue, Suite 1000<br>Milwaukee, WI 53202<br>414-276-1122<br><br>Gregory P. Hansel<br>ghansel@preti.com<br>Michael S. Smith<br>msmith@preti.com<br>Elizabeth F. Quinby<br>equinby@preti.com<br>Michael D. Hanify<br>mhanify@preti.com<br>PRETI FLAHERTY BELIVEAU & PACHIOS, LLP<br>One City Center<br>P.O. Box 9546<br>Portland, ME 04112<br>207-791-3000<br><br>Joseph C. Kohn<br>jkohn@kohnswift.com<br>William E. Hoese<br>whoese@kohnswift.com<br>Zahra R. Dean<br>zdean@kohnswift.com<br>KOHN SWIFT & GRAF, P.C.<br>1600 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>215-238-1700<br><br>William G. Caldes<br>BCaldes@srkattorneys.com<br>Jeffrey L. Spector<br>JSpector@srkattorneys.com<br>SPECTOR ROSEMAN & KODROFF, P.C.<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>215-496-0300<br><br>*Counsel for Plaintiff City of Augusta<br>Case No. 1:25-cv-01543 (E.D. Wis.)* |

| Via Electronic Mail | |
|---|---|
| Shawn M. Raiter<br>sraiter@larsonking.com<br>Matthew B. Bolt<br>mbolt@larsonking.com<br>LARSON KING, LLP<br>30 East Seventh Street, Suite 2800<br>St. Paul, MN 55101<br>651-312-6518<br><br>Michael J. Flannery<br>mflannery@cuneolaw.com<br>CUNEO GILBERT & LADUCA, LLP<br>2 City Place Drive, Second Floor<br>St. Louis, MO 63141<br>314-226-1015<br><br>Evelyn Riley<br>evelyn@cuneolaw.com<br>Cody McCracken<br>cmccracken@cuneolaw.com<br>CUNEO GILBERT & LADUCA, LLP<br>2445 M Street NW, Suite 740<br>Washington, DC 20037<br>202-789-3960<br><br>Marco Cercone<br>cercone@rupppfalzgraf.com<br>RUPP PFALZGRAF LLC<br>1600 Liberty Building<br>Buffalo, NY 14202<br>716-854-3400<br><br>Don Barrett<br>donbarrettpa@gmail.com<br>Sterling Aldridge<br>saldridge@barrettlawgroup.com<br>BARRETT LAW GROUP, P.A.<br>404 Court Square North<br>Lexington, MS 39095-0927<br>662-834-9168<br><br>Richard R. Barrett<br>rrb@rrblawfirm.net<br>LAW OFFICES OF RICHARD R.<br>BARRETT, PLLC | Brian G. Weber<br>brian@johnsflaherty.com<br>JOHNS, FLAHERTY & COLLINS, S.C.<br>Exchange Building<br>205 Fifth Avenue South, Suite 600<br>La Crosse, WI 54601<br>608-784-5678<br><br>Daniel E. Gustafson<br>dgustafson@gustafsongluek.com<br>Daniel C. Hedlund<br>dhedlund@gustafsongluek.com<br>Joshua J. Rissman<br>jrissman@gustafsongluek.com<br>Gabrielle M. Kolb<br>gkolb@gustafsongluek.com<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>120 S. Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>612-333-8844<br><br>*Counsel for Plaintiff City of Onalaska*<br>*Case Nos. 1:25-cv-01252, 1:25-cv-01717*<br>*(E.D. Wis.)* |

| Via Electronic Mail | |
|---|---|
| 2086 Old Taylor Road, Suite 1011<br>Oxford, MS 38655<br>662-380-5018<br><br>Patrick W. Pendley<br>pwpendley@pbclawfirm.com<br>Christopher L. Coffin<br>ccoffin@pbclawfirm.com<br>PENDLEY BAUDIN COFFIN<br>24110 Eden Street<br>Plaquemine, LA 70765<br>225-687-6396<br><br>*Counsel for Plaintiff The Newstead Fire Co.,*<br>*Inc.*<br>*Case Nos. 1:25-cv-01543, 1:25-cv-01693*<br>*(E.D. Wis.)* | |
| Stephen R. Basser<br>sbasser@barrack.com<br>Samuel M. Ward<br>sward@barrack.com<br>BARRACK, RODOS & BACINE<br>600 West Broadway, Suite 900<br>San Diego, CA 92101<br>619-230-0800<br><br>Jeffrey A. Barrack<br>jbarrack@barrack.com<br>Danielle M. Weiss<br>dweiss@barrack.com<br>BARRACK, RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>215-963-0600<br><br>William J. Ban<br>wban@barrack.com<br>BARRACK, RODOS & BACINE<br>Eleven Times Square<br>640 8th Avenue, 10th Floor<br>New York, NY 10036<br>212-688-0782<br><br>*Counsel for Plaintiff City of Philadelphia* | Christian Uehlein<br>cuehlein@tenlaw.com<br>David C. Strouss<br>dstrouss@tenlaw.com<br>Michael A. Lesser<br>mlesser@tenlaw.com<br>Brian J. Freer<br>bfreer@tenlaw.com<br>THORNTON LAW FIRM LLP<br>84 State Street, 4th Floor<br>Boston, MA 02109<br>617-720-1333<br><br>Joseph R. Saveri<br>jsaveri@saverilawfirm.com<br>David Seidel<br>dseidel@saverilawfirm.com<br>Cadio Zirpoli<br>czirpoli@saverilawfirm.com<br>Ronnie Spiegel<br>rspiegel@saverilawfirm.com<br>JOSEPH SAVERI LAW FIRM, LLP<br>601 California Street, Suite 1505<br>San Francisco, CA 94108<br>415-500-6800<br><br>Benjamin J. Widlanski<br>bwidlanski@kttlaw.com |

4

| **Via Electronic Mail** ||
|---|---|
| *Case Nos. 1:25-cv-01543, 1:25-cv-01801 (E.D. Wis.)* | Gail A. McQuilkin<br>gam@kttlaw.com<br>Brandon Sadowsky<br>bsadowsky@kttlaw.com<br>KOZYAK TROPIN & THROCKMORTON LLP<br>2525 Ponce de Leon Boulevard, 9th Floor<br>Miami, FL 33134<br>305-372-1800<br><br>Jeffrey K. Brown, Esq<br>jbrown@leedsbrownlaw.com<br>Michael A. Tompkins, Esq.<br>mtompkins@leedsbrownlaw.com<br>Brett R. Cohen, Esq.<br>bcohen@leedsbrownlaw.com<br>Anthony Alesandro<br>aalesandro@leedsbrownlaw.com<br>LEEDS BROWN LAW, P.C.<br>1 Old Country Road, Suite 347<br>Carle Place, NY 11514<br>516-873-9550<br><br>*Counsel for Plaintiff City of Revere Case No. 1:25-cv-13462 (D. Mass.)* |
| Michael B. Homer<br>mhomer@dynamisllp.com<br>Brooke C. Watson<br>bwatson@dynamisllp.com<br>DYNAMIS LLP<br>175 Federal Street, Suite 1200<br>Boston, MA 02110<br>617-693-9732<br><br>Joseph J. DePalma<br>jdepalma@litedepalma.com<br>LITE DEPALMA GREENBERG & AFANADOR, LLC<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>973-623-3000<br><br>Laura K. Mummert<br>lmummert@litedepalma.com<br>Steven J. Greenfogel | Victor A. Afanador<br>vafanador@litedepalma.com<br>Joseph J. DePalma<br>jdepalma@litedepalma.com<br>LITE DEPALMA GREENBERG & AFANADOR, LLC<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>973-623-3000<br><br>Laura K. Mummert<br>lmummert@litedepalma.com<br>Steven J. Greenfogel<br>sgreenfogel@litedepalma.com<br>LITE DEPALMA GREENBERG & AFANADOR, LLC<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102<br>267-314-7980 |

| **Via Electronic Mail** | |
|---|---|
| sgreenfogel@litedepalma.com<br>LITE DEPALMA GREENBERG & AFANADOR, LLC<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102<br>267-314-7980<br><br>*Counsel for Plaintiff City of Chelsea*<br>*Case No. 1:25-cv-13643 (D. Mass.)* | *Counsel for Plaintiff Borough of Roseland*<br>*Case No. 2:25-CV-18312 (D.N.J.)* |
| Guri Ademi<br>Shpetim Ademi<br>John D. Blythin<br>jblythin@ademilaw.com<br>ADEMI & FRUCHTER LLP<br>3620 E. Layton Avenue<br>Cudahy, WI 53110<br>414-482-8000<br><br>Paul F. Novak<br>pnovak@weitzlux.com<br>Milena Lai<br>mlai@weitzlux.com<br>Casey Thal Verville<br>cverville@weitzlux.com<br>WEITZ & LUXENBERG P.C.<br>Fisher Building<br>3011 West Grand Blvd., 24th Floor<br>Detroit, MI 48202<br>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<br><br>*Counsel for Plaintiff City of Ann Arbor*<br>*Case Nos. 1:25-cv-01252, 1:25-cv-01973*<br>*(E.D. Wis.)* | David H. Weber<br>dhw@lcojlaw.com<br>LAW FIRM OF CONWAY, OLEJNICZAK & JERRY S.C.<br>231 South Adams Street<br>P. O. Box 23200<br>Green Bay, WI 54305-3200<br>920-437-0476<br><br>Michael A. Williams<br>mwilliams@williamsdirks.com<br>Matthew L. Dameron<br>matt@williamsdirks.com<br>Claire M. Terrebonne<br>cterrebonne@williamsdirks.com<br>WILLIAMS DIRKS DAMERON LLC<br>1100 Main Street, Suite 2600<br>Kansas City, MO 64105<br>816-945-7110<br><br>*Counsel for Plaintiff City of Liberty*<br>*Case Nos. 1:25-cv-01543, 1:25-cv-02002*<br>*(E.D. Wis.)* |
| Alex Phillips<br>aphillips@straussborrelli.com<br>Brittany Resch<br>bresch@straussborrelli.com<br>Sam Strauss<br>sam@straussborrelli.com<br>Raina Borrelli<br>raina@straussborrelli.com<br>STRAUSS BORRELLI PLLC<br>One Magnificent Mile<br>980 Michigan Avenue, Suite 1610<br>Chicago, IL 60611 | Brian G. Weber<br>brian@johnsflaherty.com<br>JOHNS, FLAHERTY & COLLINS, S.C.<br>Exchange Building<br>205 Fifth Avenue South, Suite 600<br>La Crosse, WI 54602<br>608-784-5678<br><br>Kevin Landau<br>klandau@tcllaw.com<br>Brett Cebulash<br>bcebulash@tcllaw.com |

6

| Via Electronic Mail | |
|---|---|
| 872-263-1100<br><br>Adam J. Zapala<br>azapala@cpmlegal.com<br>Elizabeth T. Castillo<br>ecastillo@cpmlegal.com<br>Christopher F. Jeu<br>cjeu@cpmlegal.com<br>Christian S. Ruano<br>cruano@cpmlegal.com<br>Lauren A. Devens<br>ldevens@cpmlegal.com<br>COTCHETT, PITRE & McCARTHY LLP<br>840 Malcolm Road<br>Burlingame, CA 94010<br>650-697-6000<br><br>*Counsel for Plaintiff City of Arcadia*<br>*Case Nos. 1:25-cv-01252, 1:25-cv-02005*<br>*(E.D. Wis.)* | Miles Greaves<br>mgreaves@tcllaw.com<br>TAUS, CEBULASH & LANDAU, LLP<br>123 William Street, Suite 1900A<br>New York, NY 10038<br>212-931-0704<br><br>*Counsel for Plaintiff Commack Fire District*<br>*Case Nos. 1:25-cv-01252, 1:25-cv-02013*<br>*(E.D. Wis.)* |
| Daniel T. Flaherty<br>dflaherty@gklaw.com<br>GODFREY & KAHN SC<br>100 W Lawrence Street<br>PO Box 2728<br>Appleton, WI 54913-2728<br>920-830-3530<br><br>Allison W Reimann<br>areimann@gklaw.com<br>GODFREY & KAHN SC<br>1 E Main Street, Suite 500<br>PO Box 2719<br>Madison, WI 53701-2719<br>608-257-0609<br><br>Reid J Schar<br>rschar@jenner.com<br>JENNER & BLOCK LLP<br>525 Market Street, 29th Floor<br>San Francisco, CA 94105<br>628-267-6800<br><br>Douglas E. Litvack<br>dlitvack@jenner.com | Arthur J Burke<br>arthur.burke@davispolk.com<br>Edmund Polubinski, III<br>edmund.polubinski@davispolk.com<br>Lara Samet Buchwald<br>lara.buchwald@davispolk.com<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Ave<br>New York, NY 10017<br>212-450-4352<br><br>Mari Grace<br>mari.grace@davispolk.com<br>Sean Stefanik<br>sean.stefanik@davispolk.com<br>DAVIS POLK & WARDWELL LLP<br>1050 17th Street NW<br>Washington, DC 20036<br>202-962-7000<br><br>Austin A. Wesner<br>austin.wesner@michaelbest.com<br>Daniel J. Vaccaro<br>djvaccaro@michaelbest.com<br>Ena M. Allen |

7

| **Via Electronic Mail** | |
|---|---|
| Jariel A Rendell<br>jrendell@jenner.com<br>JENNER & BLOCK LLP<br>1099 New York Ave NW, Suite 900<br>Washington, DC 20001<br>202-637-6357<br><br>Shoba Pillay<br>spillay@jenner.com<br>Jacob Wentzel<br>jwentzel@jenner.com<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL 60654<br>312-222-9350<br><br>Christina M. Isnardi<br>cisnardi@jenner.com<br>JENNER & BLOCK LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>212-891-1600<br><br>*Counsel for Defendants Oshkosh Corporation and Pierce Manufacturing, Inc.*<br>*Case Nos. 1:25-cv-01252, 1:25-cv-01543, 1:25-cv-01693, 1:25-cv-01717, 1:25-cv-01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1:25-cv-02013 (E.D. Wis);*<br>*Case Nos. 1:25-cv-13462, 1:25-cv-13643 (D. Mass.);*<br>*Case No. 2:25-cv-18312 (D.N.J.)* | ena.allen@michaelbest.com<br>Joseph L. Olson<br>jlolson@michaelbest.com<br>MICHAEL BEST & FRIEDRICH LLP<br>790 N. Water Street, Suite 2500<br>Milwaukee, WI 53202<br>414-277-0656<br><br>*Counsel for Defendants REV Group, Inc., E-One, Inc., Ferrara Fire Apparatus, Inc., Kovatch Mobile Equipment Corp., Spartan Fire, LLC, Smeal SFA, LLC, and Smeal LTC, LLC*<br>*Case Nos. 1:25-cv-01252, 1:25-cv-01543, 1:25-cv-01693, 1:25-cv-01717, 1:25-cv-01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1:25-cv-02013 (E.D. Wis.);*<br>*Case Nos. 1:25-cv-13462, 1:25-cv-13643 (D. Mass.);*<br>*Case No. 2:25-cv-18312 (D.N.J.)* |
| Ashley B. Eickhof<br>ashley.eickhof@bakermckenzie.com<br>Creighton J. Macy<br>creighton.macy@bakermckenzie.com<br>Stephen T. Loertscher<br>stephen.loertscher@bakermckenzie.com<br>BAKER MCKENZIE LLP<br>815 Connecticut Ave NW<br>Washington, DC 20006<br>202-923-6870<br><br>Joshua Scott Wolkoff<br>joshua.wolkoff@bakermckenzie.com | Andrew M. Scarpace<br>andrew.scarpace@wilsonelser.com<br>John P. Loringer<br>john.loringer@wilsonelser.com<br>Marcella Spoto<br>marcella.spoto@wilsonelser.com<br>WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER LLP<br>555 E. Wells Street, Suite 1730<br>Milwaukee, WI 53202<br>414-292-3014<br><br>Roy W Bjorlin, III |

8

| Via Electronic Mail | |
|---|---|
| BAKER MCKENZIE LLP<br>452 Fifth Avenue<br>New York, NY 10018<br>212-310-0010<br><br>David J. Turek<br>turek@gassturek.com<br>Joshua S. Greenberg<br>greenberg@gassturek.com<br>GASS TUREK LLC<br>241 N. Broadway, Suite 300<br>Milwaukee, WI 53202<br>414-224-3445<br><br>Joshua L. Solomon<br>jsolomon@psdfirm.com<br>POLLACK SOLOMON DUFFY LLP<br>31 St. James Avenue, Suite 940<br>Boston, MA 02116<br>617-439-9800<br><br>*Counsel for Defendants Rosenbauer America,*<br>*LLC, Rosenbauer South Dakota, LLC, and*<br>*Rosenbauer Minnesota, LLC*<br>*Case Nos. 1:25-cv-01252, 1:25-cv-01543,*<br>*1:25-cv-01693, 1:25-cv-01717, 1:25-cv-*<br>*01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-*<br>*cv-02005, 1:25-cv-02013 (E.D. Wis.);*<br>*Case No. 1:25-cv-13643, 1:25-cv-13462 (D.*<br>*Mass.);*<br>*Case No. 2:25-cv-18312 (D.N.J.)* | roy.bjorlin@wilsonelser.com<br>WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER, LLP<br>260 Franklin Street, Suite 14th Floor<br>Boston, MA 02110-3112<br>617-422-5347<br><br>Mark Robert Vespole<br>mark.vespole@wilsonelser.com<br>WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER, LLP<br>7 Giralda Farms, Suites 100/110<br>Madison, NJ 07940<br>973-624-0800<br><br>*Counsel for Defendant Fire Apparatus*<br>*Manufacturers' Association*<br>*Case Nos. 1:25-cv-01252, 1:25-cv-01543,*<br>*1:25-cv-01693, 1:25-cv-01717, 1:25-cv-*<br>*01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-*<br>*cv-02005, 1:25-cv-02013 (E.D. Wis.);*<br>*Case Nos. 1:25-cv-13462, 1:25-cv-13643 (D.*<br>*Mass.);*<br>*Case No. 2:25-cv-18312 (D.N.J.)* |
| Edward William Duffy<br>ed.duffy@bakerbotts.com<br>Paul Christopher Cuomo<br>Paul.cuomo@bakerbotts.com<br>Alexander Kraszewski<br>alexander.kraszewski@bakerbotts.com<br>BAKER BOTTS LLP<br>700 K Street, NW<br>Washington, DC 20001<br>707-628-0439<br><br>Daniel V. McCaughey<br>daniel.mccaughey@ropesgray.com<br>Jane E. Willis | |

| Via Electronic Mail | |
|---|---|
| jane.willis@ropesgray.com<br>Kathryn E. Caldwell<br>kathryn.caldwell@ropesgray.com<br>ROPES & GRAY – MA<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>617-915-7681<br><br>*Counsel for Defendants AIP, LLC, American Industrial Partners Capital Fund IV, LP, American Industrial Partners Capital Fund IV (Parallel), LP, and AIP/CHC Holdings, LLC*<br>*Case No. 1:25-cv-02005 (E.D. Wis.) and*<br>*Case No. 1:25-cv-13462 (D. Mass.)* | |