**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: FIRE APPARATUS ANTITRUST LITIGATION** | MDL NO. 3179 |

## <u>CERTIFICATE OF SERVICE</u>

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel hereby certifies that a copy of the foregoing Response of Cities of La Crosse, Onalaska, Ann Arbor, and Commack Fire District in Opposition to Transfer to the Northern District of Illinois and in Support of Transfer to the Eastern District of Wisconsin, and this Certificate of Service were electronically filed with the Clerk of the Judicial Panel on Multidistrict Litigation through the CM/ECF system and served on all parties in the manner set forth in the service list below, with courtesy copies to the clerks of each District Court where an affected action is pending and the Clerk of the Judicial Panel on Multidistrict Litigation.

Dated: February 11, 2026

Respectfully Submitted,

By: */s/ Joshua J. Rissman*
Joshua J. Rissman
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email: jrissman@gustafsongluek.com

*Attorneys for Plaintiff City of Onalaska and
the Putative Indirect Purchaser Class*

1

## LIST OF PARTIES

| *Courtesy Copies Via U.S. Postal Services* | |
|---|---|
| United States District Court<br>Eastern District of Wisconsin (Green Bay)<br>Clerk of the Court<br>Jefferson Court Building<br>125 S. Jefferson Street, Room 201<br>Green Bay, WI 54301<br><br>*Case Nos. 1:25-cv-01252, 1:25-cv-01543, 1:25-cv-01693, 1 :25-cv-0171 7, 1:25-cv-01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1:25-cv-02013* | United States District Court<br>District of Massachusetts, Boston Division<br>Clerk of the Court<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 2300<br>Boston, Massachusetts 02210<br><br>*Case Nos. 1:25-cv-13462, 1:25-cv-13643* |
| United States District Court<br>District of New Jersey, Newark Division<br>Clerk of the Court<br>Martin Luther King Building & U.S. Courthouse<br>50 Walnut Street Room 4015<br>Newark, NJ 07101<br><br>*Case No. 2:25-cv-18312* | United States District Court<br>District of Kansas<br>Clerk of Court<br>500 State Ave, Room 259<br>Kansas City, KS 66101<br><br>*Case No. 2:26-cv-02057* |
| Clerk of the Panel<br>United States Judicial Panel on Multidistrict Litigation<br>Thurgood Marshall Federal Judiciary Building<br>One Columbus Circle, NE<br>Room G-255, North Lobby<br>Washington, DC 20544-0005 | |
| *Via Electronic Mail* | |
| Steve W. Berman<br>Moses Jehng<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>Email: steve@hbsslaw.com<br>Email: moses.jehng@hbsslaw.com | Daniel E. Gustafson<br>Daniel C. Hedlund<br>Joshua J. Rissman<br>Gabrielle M. Kolb<br>**GUSTAFSON GLUEK PLLC**<br>Canadian Pacific Plaza<br>120 S Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844 |

Erin Dickinson
Charles Crueger
**CRUEGER DICKINSON LLC**
4532 North Oakland
Avenue Milwaukee, WI
53211
Telephone: (414) 210-3868
Email: ekd@cruegerdickinson.com
Email: cjc@cruegerdickinson.com

*Attorneys for Plaintiff City of La Crosse and the Putative Indirect Purchaser Class, Case No. 1:25-cv-01252 (E.D. Wis.)*

Facsimile: (612) 339-6622
Email: dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
jrissman@gustafsongluek.com
gkolb@gustafsongluek.com

Brian G. Weber
**JOHNS, FLAHERTY & COLLINS, S.C**.
Exchange Building
205 Fifth Avenue South, Suite 600
La Crosse, WI 54602
Telephone: (608) 784-5678
brian@johnsflaherty.com

*Counsel for Plaintiff City of Onalaska and the Putative Indirect Purchaser Class, Case Nos. 1:25-cv-01252, 1:25-cv-01717 (E.D. Wis.)*

Beth Kushner
beth.kushner@vonbriesen.com
Christopher E. Avallone
christopher.avallone@vonbriesen.com
**VON BRIESEN & ROPER, S.C.**
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
414-276-1122

Grego1y P. Hansel
ghansel@preti.com
Michael S. Smith
msmith@preti.com
Elizabeth F. Quinby
equinby@preti.com
Michael D. Hanify
mhanify@preti.com
**PRETI FLAHERTY BELIVEAU & PACHIOS, LLP**
One City Center
P.O. Box 9546
Portland, ME 04112
207-791-3000

Joseph C. Kohn
jkohn@kohnswift.com
William E. Hoese
whoese@kohnswift.com

Shawn M. Raiter
sraiter@larsonking.com
Matthew B. Bolt
mbolt@larsonking.com
**LARSON KING, LLP**
30 East Seventh Street, Suite 2800
St. Paul, MN 55101
651 -312-6518

Michael J. Flannery
mflannery@cuneolaw.com
**CUNEO GILBERT & LADUCA, LLP**
2 City Place Drive, Second Floor
St. Louis, MO 63141
314-226-1015

Evelyn Riley
evelyn@cuneolaw.com
Cody McCracken
cmccracken@cuneolaw.com
**CUNEO GILBERT & LADUCA, LLP**
2445 M Street NW, Suite 740
Washington, DC 20037
202-789-3960

Marco Cercone
cercone@ruppfalzgraf.com
**RUPP PFALZGRAF LLC**

3

| | |
|---|---|
| Zahra R. Dean<br>zdean@kohnswift.com<br>**KOHN SWIFT & GRAF, P.C.**<br>1600 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>215-238-1700<br><br>William G. Caldes<br>BCaldes@srkattomeys.com<br>Jeffrey L. Spector<br>JSpector@srkattomeys.com<br>**SPECTOR ROSEMAN & KODROFF,<br>P.C.**<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>215-496-0300<br><br>*Counsel for Plaintiff City of Augusta,<br>Case Nos. 1:25-cv-01252, 1:25-cv-01543<br>(E.D. Wis.)* | 1600 Liberty Building<br>Buffalo, NY 14202<br>716-854-3400<br><br>Don Banett<br>donbarrettpa@gmail.com<br>Sterling Aldridge<br>saldridge@barrettlawgroup.com<br>**BARRETT LAW GROUP, P.A.**<br>404 Comi Square No1ih<br>Lexington, MS 39095-0927<br>662-834-9168<br><br>Richard R. Banett<br>rrb@rrblawfnm.net<br>**LAW OFFICES OF RICHARD R.<br>BARRETT, PLLC**<br>2086 Old Taylor Road, Suite 1011<br>Oxford, MS 38655<br>662-380-5018<br><br>Patrick W. Pendley<br>pwpendley@pbclawfirm.com<br>Christopher L. Coffin<br>ccoffin@pbclawfirm.com<br>**PENDLEY BAUDIN COFFIN**<br>24110 Eden Street<br>Plaquemine, LA 70765<br>225-687-6396<br><br>*Counsel for Plaintiff The Newstead Fire Co.,<br>Inc., Case Nos. 1:25-cv-01252, 1:25-cv-<br>01693 (E.D. Wis.)* |
| Stephen R. Basser<br>sbasser@barrack.com<br>Samuel M. Ward<br>sward@barrack.com<br>**BARRACK. RODOS & BACINE**<br>600 West Broadway, Suite 900<br>San Diego, CA 92101<br>619-230-0800<br><br>Jeffrey A. Barrack<br>jbarrack@barrack.com<br>Danielle M. Weiss | John D. Blythin<br>jblythin@ademilaw.com<br>**ADEMI & FRUCHTER LLP**<br>3620 E. Layton Avenue<br>Cudahy, WI 53110<br>414-482-8000<br><br>Paul F. Novak<br>pnovak@weitzlux.com<br>Milena Lai<br>mlai@weitzlux.com<br>Casey Thal Verville |

4

dweiss@barrack.com
**BARRACK, RODOS & BACINE**
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
215-963-0600

William J. Ban
wban@barrack.com
**BARRACK. RODOS & BACINE**
Eleven Tunes Square
640 8th Avenue, 10th Floor
New York, NY 10036
212-688-0782

*Counsel for Plaintiff City of Philadelphia,*
*Case Nos. 1:25-cv-01252, 1:25-cv-01801*
*(E.D. Wis.)*

cverville@weitzlux.com
**WEITZ & LUXENBERG P.C.**
Fisher Building
3011 West Grand Blvd., 24th Floor
Detroit, MI 48202
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

*Counsel for Plaintiff City of Ann Arbor,*
*Case Nos. 1:25-cv-01252, 1:25-cv-01973*
*(E.D. Wis.)*

---

David H. Weber
dhw@lcojlaw.com
**LAW FIRM OF CONWAY,**
**OLEJNICZAK & JERRY S.C.**
231 South Adams Street
P. 0. Box 23200
Green Bay, WI 54305-3200
920-437-0476

Michael A. Williams
mwilliams@williamsdirks.com
Matthew L. Dameron
matt@williamsdirks.com
Claire M. Terrebonne
cterrebonne@williamsdirks.com
**WILLIAMS DIRKS DAMERON LLC**
1100 Main Street, Suite 2600
Kansas City, MO 64105
816-945-7110

*Counsel for Plaintiff City of Liberty,*
*Case Nos. 1:25-cv-01252, 1:25-cv-02002*
*(E.D. Wis.)*

Brian G. Weber
brian@johnsflaherty.com
**JOHNS, FLAHERTY & COLLINS, S.C.**
Exchange Building
205 Fifth Avenue South, Suite 600
La Crosse, WI 54602
608-784-5678

Kevin Landau
klandau@tcllaw.com
Brett Cebulash
bcebulash@tcllaw.com
Miles Greaves
mgreaves@tcllaw.com
**TAUS, CEBULASH & LANDAU, LLP**
123 William Street, Suite 1900A
New York, NY 10038
212-931-0704

*Counsel for Plaintiff Commack Fire District,*
*Case Nos. 1:25-cv-01252, 1 :25-cv-02013*
*(E.D. Wis.)*

---

Alex Phillips
aphillips@straussborrelli.com
Brittany Resch

Michael B. Homer
mhomer@dynamisllp.com
Brooke C. Watson

5

| | |
|---|---|
| bresch@straussborrelli.com<br>Sam Strauss<br>sam@straussborrelli.com<br>Raina Borrelli<br>raina@straussborrelli.com<br>**STRAUSS BORRELLI PLLC**<br>One Magnificent Mile<br>980 Michigan Avenue, Suite 1610<br>Chicago, IL 60611<br>872-263-1100<br><br>Adam J. Zapala<br>azapala@cpmlegal.com<br>Elizabeth T. Castillo<br>ecastillo@cpmlegal.com<br>Christopher F. Jeu<br>cjeu@cpmlegal.com<br>Christian S. Ruano<br>cmano@cpmlegal.com<br>Lauren A. Devens<br>ldevens@cpmlegal.com<br>**COTCHETI, PITRE & MCCARTHY LLP**<br>840 Malcolm Road<br>Burlingame, CA 94010<br>650-697-6000<br><br>*Counsel for Plaintiff City of Arcadia, Case Nos. 1:25-cv-01252, 1:25-cv-02005 (E.D. Wis.)* | bwatson@dynamisllp.com<br>**DYNAMIS LLP**<br>175 Federal Street, Suite 1200<br>Boston, MA 02 110<br>617-693-9732<br><br>Joseph J. DePalma<br>jdepalma@litedepalma.com<br>**LITE DEPALMA GREENBERG & AFANADOR, LLC**<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>973-623-3000<br><br>Laura K. Mummert<br>lmummert@litedepalma.com<br>Steven J. Greenfogel<br>sgreenfogel@litedepalma.com<br>**LITE DEPALMA GREENBERG & AFANADOR, LLC**<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102<br>267-314-7980<br><br>*Counsel for Plaintiff City of Chelsea, Case No., 1:25-cv-13643 (D. Mass.)* |
| Christian Uehlein<br>cuehlein@tenlaw.com<br>David C. Strouss<br>dstrouss@tenlaw.com<br>Michael A. Lesser<br>mlesser@tenlaw.com<br>Brian J. Freer<br>bfreer@tenlaw.com<br>**THORNTON LAW FIRM LLP**<br>84 State Street, 4th Floor<br>Boston, MA 02109<br>617-720-1333<br><br>Joseph R. Saveri<br>jsaveri@saverilawfirm.com<br>David Seidel | Victor A. Afanador<br>vafanador@litedepalma.com<br>Joseph J. DePalma<br>jdepalma@litedepalma.com<br>**LITE DEPALMA GREENBERG & AFANADOR, LLC**<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>973-623-3000<br><br>Laura K. Mummert<br>lmummert@litedepalma.com<br>Steven J. Greenfogel<br>sgreenfogel@litedepalma.com<br>**LITE DEPALMA GREENBERG & AFANADOR, LLC** |

| | |
|---|---|
| dseidel@saverilawfirm.com<br>Cadio Zirpoli<br>cziipoli@saverilawfirm.com<br>Ronnie Spiegel<br>rspiegel@saverilawfirm.com<br>**JOSEPH SAVERI LAW FIRM, LLP**<br>601 California Street, Suite 1505<br>San Francisco, CA 94108<br>415-500-6800<br><br>Benjamin J. Widlanski<br>bwidlanski@kttlaw.com<br>Gail A. McQuilkin<br>gam@kttlaw.com<br>Brandon Sadowsky<br>bsadowsky@kttlaw.com<br>**KOZYAK TROPIN &**<br>**THROCKMORTON LLP**<br>2525 Ponce de Leon Boulevard, 9th Floor<br>Miami, FL 33134<br>305-372-1800<br><br>Jeffrey K. Brown, Esq<br>jbrown@leedsbrownlaw.com<br>Michael A. Tompkins, Esq.<br>mtompkins@leedsbrownlaw.com<br>Brett R. Cohen, Esq.<br>bcohen@leedsbrownlaw.com<br>Anthony Alesandro<br>aalesandro@leedsbrownlaw.com<br>**LEEDS BROWN LAW, P.C.**<br>1 Old Country Road, Suite 347<br>Carle Place, NY 11514<br>516-873-9550<br><br>*Counsel for Plaintiff City of Revere,*<br>*Case No. 1:25-cv-13462 (D. Mass.)* | 1515 Market Street, Suite 1200<br>Philadelphia, PA 19102<br>267-314-7980<br><br>*Counsel for Plaintiff Borough of Roseland,*<br>*Case No. 2:25-CV-18312 (D.NJ.)* |
| Sean M. Sturdivan<br>Jamie Powell<br>**SANDERS WARREN & RUSSELL LLP**<br>11225 College Blvd, Suite 450<br>Overland Park, KS 66210<br>Direct: (913) 234-6137<br>Telephone: (913) 234-6100<br>Fax: (913) 234-6199 | |

| | |
|---|---|
| s.sturdivan@swrllp.com<br>j.powell@swrllp.com<br><br>Jennifer D. Hackett<br>James R. Martin<br>Sabrina A. Nelson<br>Noah Wolfenstein<br>Desmond Sims<br>**ZELLE LLP**<br>1775 Pennsylvania Avenue, NW<br>Suite 375<br>Washington, DC 20006<br>Telephone: (202) 899-4100<br>Facsimile: (612) 336-9100<br>jmartin@zellelaw.com<br>jhackett@zellelaw.com<br>snelson@zellelaw.com<br>nwolfenstein@zellelaw.com<br>dsims@zellelaw.com<br><br>Basel J. Musharbash<br>Anureet Sandhu<br>Domenic Powell<br>**ANTIMONOPOLY COUNSEL**<br>500 Clarksville Street<br>P.O. Box 795<br>Paris, Texas 75461<br>Telephone: (903) 205-8422<br>Fax: (903) 347-2917<br>basel@antimonopoly.us<br>anu@antimonopoly.us<br>domenic@antimonopoly.us<br><br>*Counsel for Plaintiff the Unified Government of Wyandotte County and Kansas City, Kansas, Case No. 2:26-cv-02057 (D. Kansas)* | |
| Daniel T. Flaherty<br>dflaherty@gklaw.com<br>**GOODFREY & KAHN SC**<br>100 W Lawrence Street<br>PO Box 2728<br>Appleton, WI 54913-2728<br>920-830-3530 | Ashley B. Eickhof<br>ashley.eickhof@bakermckenzie.com<br>Creighton J. Macy<br>creighton.macy@bakermckenzie.com<br>Stephen T. Loertscher<br>stephen.loertscher@bakermckenzie.com<br>**BAKER MCKENZIE LLP**<br>815 Connecticut Ave NW |

Allison W Reimann
areimann@gklaw.com
**GODFREY & KAHN SC**
1 E Main Street, Suite 500
PO Box 2719
Madison, WI 53701-2719
608-257-0609

Reid J Schar
rschar@jenner.com
**JENNER & BLOCK LLP**
525 Market Street, 29th Floor
San Francisco, CA 94105
(628) 267-6800

Douglas E. Litvack
dlitvack@jenner.com
Jariel A Rendell
jrendell@jenner.com
**JENNER & BLOCK LLP**
1099 New York Ave NW, Suite 900
Washington, DC 20001
202-637-6357

Shoba Pillay
spillay@jenner.com
Jacob Wentzel
jwentzel@jenner.com
**JENNER & BLOCK LLP**
353 North Clark Street
Chicago, IL 60654
312-222-9350

Christina M. Isnardi
cisnardi@jenner.com
**JENNER & BLOCK LLP**
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1600

*Counsel for Defendants Oshkosh Corporation and Pierce Manufacturing, Inc., Case Nos. 1 :25-cv-01252, 1 :25-cv-01543, 1 :25-cv-01693, 1 :25-cv-0171 7, 1 :25-cv-01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1 :25-cv-02013 (E.D. Wis);*

Washington, DC 20006
202-923-6870

Joshua Scott Wolkoff
joshua.wolkoff@bakermckenzie.com
**BAKER MCKENZIE LLP**
452 Fifth Avenue
New York, NY 10018
212-310-0010

David J. Turek
turek@gassturek.com
Joshua S. Greenberg
greenberg@gassturek.com
**GASS TUREK LLC**
241 N. Broadway, Suite 300
Milwaukee, WI 53202
414-224-3445

Joshua L. Solomon
jsolomon@psdfirm.com
**POLLACK SOLOMON DUFFY LLP**
31 St. James Avenue, Suite 940
Boston, MA 02 116
617-439-9800

*Counsel for Defendants Rosenbauer America, LLC, Rosenbauer South Dakota, LLC, and Rosenbauer Minnesota, LLC, Case Nos. 1 :25-cv-01252, 1 :25-cv-01543, 1 :25-cv-01693, 1 :25-cv-0171 7, 1 :25-cv-01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1 :25-cv-02013 (E.D. Wis.), Case No. 1 :25-cv-13643, 1 :25-cv-13462 (D. Mass.); Case No. 2:25-cv-18312 (D.NJ. )*

9

| | |
|---|---|
| *Case Nos.1:25-cv-13462, 1:25-cv-13643 (D. Mass.); Case No. 2:25-cv-18312 (D.NJ.)* | |
| Arthur J Burke<br>arthur.burke@davispolk.com<br>Edmund Polubinski, III<br>edmund.polubinski@davispolk.com<br>Lara Samet Buchwald<br>lara.buchwald@davispolk.com<br>**DAVIS POLK & WARDWELL LLP**<br>450 Lexington Ave<br>New York, NY 10017<br>212-450-4352<br><br>Mari Grace<br>mari.grace@davispolk.com<br>Sean Stefanik<br>sean.stefanik@davispolk.com<br>**DAVIS POLK & WARDWELL LLP**<br>1050 17th Street NW<br>Washington, DC 20036<br>202-962-7000<br><br>Austin A. Wesner<br>austin.wesner@michaelbest.com<br>Daniel J. Vaccaro<br>djvaccaro@michaelbest.com<br>Ena M. Allen<br>ena.allen@michaelbest.com<br>Joseph L. Olson<br>jlolson@michaelbest.com<br>**MICHAEL BEST & FRIEDRICH LLP**<br>790 N. Water Street, Suite 2500<br>Milwaukee, WI 53202<br>41 4-277-0656<br><br>*Counsel for Defendants REV Group, Inc., E-One, Inc., Ferrara Fire Apparatus, Inc., Kovatch Mobile Equipment Corp., Spartan Fire, LLC, Smeal SFA, LLC, and Smeal LTC, LLC, Case Nos. 1:25-cv-01252, 1 :25-cv-01543, 1 :25-cv-01693, 1 :25-cv-0171 7, 1 :25-cv- 01801, 1:25-cv-01973, 1:25-cv-02002, 1:25- cv-02005, 1:25-cv-02013 (E.D. Wis.); Case Nos. 1 :25-cv-13462, 1 :25-cv-13643 (D. Mass.); Case No. 2:25-cv-18312* | Andrew M. Scarpace<br>andrew.scarpace@wilsonelser.com<br>John P. Loringer<br>john.loringer@wilsonelser.com<br>Marcella Spoto<br>marcella.spoto@wilsonelser.com<br>**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**<br>555 E. Wells Street, Suite 1730<br>Milwaukee, WI 53202<br>414-292-3014<br><br>Roy W Bjorlin, III<br>roy.bjorlin@wilsonelser.com<br>**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**<br>260 Franklin Street, Suite 14th Floor<br>Boston, MA 02110-3112<br>617-422-5347<br><br>Mark Robert Vespole<br>mark.vespole@wilsonelser.com<br>**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**<br>7 Giralda Fa1ms, Suites 100/110<br>Madison, NJ 07940<br>973-624-0800<br><br>*Counsel for Defendant Fire Apparatus Manufacturers' Association, Case Nos. 1:25-cv-01252, 1 :25-cv-01543, 1:25-cv-01693, 1:25-cv-0171 7, 1:25-cv- 01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1:25-cv-02013 (E.D. Wis.); Case Nos. 1 :25-cv-13462, 1 :25-cv-13643 (D. Mass.); Case No. 2:25-cv-18312 (D.NJ. )* |

10

| *(D.NJ.)* | |