# Exhibit A

Iberville Parish Clerk of Court    C-84877
Filed Jan 20, 2026 8:35 AM          B
Taylor Bourgoyne
Deputy Clerk of Court

18TH JUDICIAL DISTRICT COURT

PARISH OF IBERVILLE

STATE OF LOUISIANA

CITY OF PLAQUEMINE, LOUISIANA,
A municipal governmental entity
INDIVIDUALLY AND ON BEHALF OF
ALL OTHER SIMILARLY SITUATED
(Plaintiff)
V.

OSHKOSH CORPORATION, PIERCE
MANUFACTURING, INC., REV GROUP, INC,
ROSENBAUER AMERICA, LLC, AND FIRE
APPARATUS MANUFACTURERS ASSOCIATION
(Defendants)

No. 84877                                                    DIV: "B"

## MOTION AND ORDER TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes the City of Plaquemine, and respectfully moves the court to dismiss this case, without prejudice.

The Court having considered the foregoing Motion, and finding the same to be well taken,

IT IS ORDERED that this matter be and the same is dismissed, without prejudice, at the cost of the Plaintiff.

Plaquemine, Louisiana this _____**20**_____ day of January, 2026.

_____
DISTRICT JUDGE
Judge Tonya S. Lurry

_____
Patrick W. Pendley, LA Bar No. 10421
PENDLEY, BAUDIN & COFFIN, LLP
P. O. Drawer 71
24110 Eden St.
Plaquemine, Louisiana 70765
Email: pwpendley@pbclawfirm.com
Phone: 225/687-6396
Fax: 225/687-6398

**IBERVILLE PARISH CLERK OF COURT        C-84877**
**FILED January 21, 2026**
**Taylor Bourgoyne**
**DEPUTY CLERK OF COURT**



Certified True and
Correct Copy
CertID: 2026012100035

Iberville Parish Clerk of Court
Deputy Clerk Of Court

Generated Date:
1/21/2026 9:43 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).