# Exhibit B

**United States District Court**

**Eastern District of Wisconsin**

**Notice of Electronic Filing**

The following transaction was entered on 12/29/2025 at 3:32 PM CST and filed on 12/29/2025

**Case Name:**          City of Augusta v. Oshkosh Corporation et al

**Case Number:**      1:25-cv-01543-BBC

**Filer:**

**Document Number:** 56(No document attached)

**Docket Text:**
**TEXT ONLY ORDER signed by Judge Byron B Conway on 12/29/2025: The plaintiffs' joint motion (ECF No. [51]) is granted. The Joseph Saveri Law Firm is added as an additional interim co-lead counsel. (cc: all counsel)(mav)**