# Exhibit C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

IN RE: DIRECT PURCHASER FIRE
APPARATUS ANTITRUST LIGTIGATION

Case No. 1:25-cv-01543-BBC

Hon. Byron B. Conway

JOINT DECLARATION OF
JEFFREY A. BARRACK, MICHAEL J. FLANNERY, AND GREGORY P. HANSEL

We, Jeffrey A. Barrack, Michael J. Flannery, and Gregory P. Hansel, hereby declare and state as follows:

1.      I, Jeffrey A. Barrack, am a partner at Barrack, Rodos & Bacine ("BRB"), and a member in good standing of, among others, the bar of this Court. The matters described in this declaration, where attributed to me, are based on my personal knowledge, and if called as a witness, I could and would testify truthfully and consistently with whPat is stated below.

2.      I, Michael J. Flannery, am a partner at Cuneo, Gilbert & LaDuca, LLP ("CGL"), and a member in good standing of, among others, the bar of this Court. The matters described in this declaration, where attributed to me, are based on my personal knowledge, and if called as a witness, I could and would testify truthfully and consistently with what is stated below.

3.      I, Gregory P. Hansel, am a partner at Preti, Flaherty, Beliveau & Pachios, Chartered, LLP ("Preti"), and a member in good standing of, among others, the bar of this Court. The matters described in this declaration, where attributed to me, are based on my personal knowledge, and if called as a witness, I could and would testify truthfully and consistently with what is stated below.

4.      By Order dated November 25, 2025, BRB, CGL, and Preti were appointed Interim Co-Lead Class Counsel in the above-captioned matter. (ECF 19). Together, we have been diligently

investigating the claims for the Class and have been working to prepare a Consolidated Amended Complaint.

5.      We are aware that three additional class action complaints asserting claims under federal antitrust laws against the same Manufacturer Defendants named in the above-captioned matter have been filed on behalf of direct purchasers of fire apparatus in other district courts as follows (collectively, "out of district cases"): (1) *City of Revere v. AIP, LLC, et al.*, 1:25-cv-13462 (D. Mass) ("Revere"); (2) *City of Chelsea v. Oshkosh Corp., et al.,* 1:25-cv-13643 (D. Mass.) ("Chelsea"); and (3) *Borough of Roseland v. Oshkosh Corp., et al.,* 2:25-cv-18312 (D.N.J.) ("Roseland").

6.      A true and correct copy of the Revere complaint is attached as Exhibit A.

7.      A true and correct copy of the Chelsea complaint is attached as Exhibit B.

8.      A true and correct copy of the Roseland complaint is attached as Exhibit C.

9.      Mr. Flannery, speaking for our three firms, and the putative class, initiated discussions with co-counsel for Revere, Chelsea, and Roseland, including, among others Joseph Saveri and Joseph DePalma, to encourage these plaintiffs to pursue litigation in this Court, as part of the consolidated direct purchaser plaintiff class.  These discussions were in good faith and at arms' length for the benefit of the direct purchaser plaintiff class in the action pending in this Court. We believe that the avoidance of any motion or other proceeding filed before the Judicial Panel on Multidistrict Litigation would reduce delay and that pursuing all similar direct purchaser antitrust litigation together in one action would be efficient, prudent and in the best interest of the putative class we have been appointed to represent.  As these discussions continued to progress, Mr. Hansel, Mr. Barrack, and or other attorneys from BRB, CGL, and/or Preti became more active participants.

10.    As a result of these discussions, we believe the plaintiffs in the out of district matters have decided to pursue their claims in this Court as part of this consolidated class.  We also agree, and with the support of all counsel in the *Chelsea, Revere,* and *Roseland* matters, that it would benefit the direct purchaser plaintiff class to add The Joseph Saveri Law Firm as an additional interim co-lead counsel firm appointed with our firms to represent the putative direct purchaser plaintiff class.  We agree, in carrying out our responsibilities as interim co-lead class counsel to avoid waste and duplication.  These will include regular reporting of time and expenses and other management tools which have proven effective in ensuring the efficient management of cases of this size and scope.

11.    We have shared our intention to file a request to modify the Court's November 25, 2025 Order with counsel of record for the Defendants in this action.  They authorized us to report that they take no position regarding this request, and do not intend to file any response in opposition to this motion to modify.

We declare under penalty of perjury that the foregoing is true and correct.


Date: December 23, 2025                             __/s/ Jeffrey A. Barrack_____
                                                                             Jeffrey A. Barrack


                                                                    __/s/ Michael J. Flannery_____
                                                                             Michael J. Flannery


                                                                    __/s/ Gregory P. Hansel_____
                                                                             Gregory P. Hansel