**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL. No. 3179 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Plaintiff City of Revere's Response To Defendants' Motion to Transfer and Centralize Pursuant to 28 U.S.C. § 1407 and Proof of Service were served on all parties in the following cases electronically via ECF, and as indicated below, on February 11, 2026.

**Courtesy Copies Served via U.S. Mail**

| | |
|---|---|
| United States District Court<br>Eastern District of Wisconsin (Green Bay)<br>Clerk of the Court<br>Jefferson Court Building<br>125 S. Jefferson Street, Room 201<br>Green Bay, WI 54301<br><br>Case Nos. 1:25-cv-01252, 1:25-cv-01543, 1:25-cv-01693, 1:25-cv-01717, 1:25-cv-01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1:25-cv-02013 | United States District Court<br>District of Massachusetts, Boston Division<br>Clerk of the Court<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 2300<br>Boston, Massachusetts 02210<br><br>Case Nos. 1:25-cv-13462, 1:25-cv-13643 |
| United States District Court<br>District of New Jersey, Newark Division<br>Clerk of the Court<br>Martin Luther King Building & U.S. Courthouse<br>50 Walnut Street Room 4015<br>Newark, NJ 07101<br><br>Case No. 2:25-cv-18312 | Clerk of the Panel<br>United States Judicial Panel on Multidistrict Litigation<br>Thurgood Marshall Federal Judiciary Building<br>One Columbus Circle, NE, Room G-255, Nolih Lobby<br>Washington, DC 20544-0005 |

**Plaintiffs' Counsel Served Via Electronic Mail**

| | |
|---|---|
| Erin Dickinson<br>ekd@cruegerdickinson.com<br>Charles Grueger<br>cjc@cruegerdickinson.com<br>GRUEGER DICKINSON LLC<br>4532 North Oakland Avenue<br>Milwaukee, WI 53211<br>Telephone: (414) 210-3868<br><br><br>Steven W. Berman<br>steve@hbsslaw.com<br>HAGENS BERMAN<br>SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br><br><br>*Counsel for Plaintiff City of La, Crosse*<br>Case No. 1:25-cv-01252 (E.D. Wis.) | Beth Kushner<br>beth.kushner@vonbriesen.com<br>Christopher E. Avallone<br>Christopher.avallone@vonbriesen.com<br>VON BRIESEN & ROPER, S.C.<br>411 East Wisconsin Avenue, Suite 1000<br>Milwaukee, WI 53202<br>Telephone: (414) 276-1122<br><br>Gregory P. Hansel<br>ghansel@preti.com<br>Michael S. Smith<br>msmith@preti.com<br>Elizabeth F. Quinby<br>equinby@preti.com<br>Michael D. Hanify<br>mhanify@preti.com<br>PRETI FLAHERTY BELIVEAU<br>& PACHIOS, LLP<br>One City Center<br>P.O. Box 9546<br>Portland, ME 04112<br>Telephone: (207) 791-3000<br><br>Joseph C. Kohn<br>jkohn@kohnswift.com<br>William E. Hoese<br>whoese@kohnswift.com<br>Zahra R. Dean<br>zdean@kohnswift.com<br>KOHN SWIFT & GRAF, P.C.<br>1600 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Telephone: (215) 238-1700<br><br>William G. Caldes<br>BCaldes@srkattorneys.com<br>Jeffrey L. Spector<br>JSpector@srkattorneys.com<br>SPECTOR ROSEMAN & KODROFF, P.C.<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br><br>*Counsel for Plaintiff City of Augusta*<br>Case No. 1:25-cv-01543 (E.D. Wis.) |

Shawn M. Raiter
sraiter@larsonking.com
Matthew B. Bolt
mbolt@larsonking.com
LARSON KING, LLP
30 East Seventh Street, Suite 2800
St. Paul, MN 55101
Telephone: (651) 312-6518

Michael J. Flannery
mflannery@cuneolaw.com
CUNEO GILBERT & LADUCA, LLP
2 City Place Drive, Second Floor
St. Louis, MO 63141
Telephone: (314) 226-1015

Evelyn Riley
evelyn@cuneolaw.com
Cody McCracken
cmccracken@cuneolaw.com
CUNEO GILBERT LADUCA, LLP
2445 M Street NW, Suite 740
Washington, DC 20037
Telephone: (202) 789-3960

Marco Cercone
cercone@mpppfalzgraf.com
RUPP PFALZGRAF LLC
1600 Liberty Building
Buffalo, NY 14202
Telephone: (716) 854-3400

Don Banett
donbarrettpa@gmail.com
Sterling Aldridge
saldridge@banettlawgroup.com
BARRETT LAW GROUP, P.A.
404 Comi Square No1ih
Lexington, MS 39095-0927
Telephone: (662) 834-9168

Brian G. Weber
brian@johnsflaherty.com
JOHNS, FLAHERTY & COLLINS, S.C.
Exchange Building
205 Fifth Avenue South, Suite 600
La Crosse, WI 54601
Telephone: (608 784-5678

Daniel E. Gustafson
dgustafson@gustafsongluek.com
Daniel C. Hedlund
dhedlund@gustafsongluek.com
Joshua J. Rissman
jrissman@gustafsongluek.com
Gabrielle M. Kolb
gkolb@gustafsongluek.com
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 S. Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844

*Counsel for Plaintiff City of Onalaska*
Case No. 1:25-cv-01717 (E.D. Wis.)

4

Richard R. Banett
rrb@rrblawfirm.net
LAW OFFICES OF RICHARD R.
BARRETT, PLLC
2086 Old Taylor Road, Suite 1011
Oxford, MS 38655
662-380-5018

Patrick W. Pendley
pwpendley@pbclawfinn.com
Christopher L. Coffin
ccoffin@pbclawfinn.com
PENDLEY BAUDIN COFFIN
24110 Eden Street
Plaquemine, LA 70765
Telephone: (225) 687-6396

*Counsel for Plaintiff The Newstead Fire Co., Inc.*
Case No. 1:25-cv-01693 (E.D. Wis.)

Victor A. Afanador
vafanador@litedepalma.com
Joseph J. DePalma
jdepalma@litedepalma.com
LITE DEPALMA GREENBERG &
AFANADOR, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
973-623-3000

Laura K. Mummert
lmummert@litedepalma.com
Steven J. Greenfogel
sgreenfogel@litedepalma.com
LITE DEPALMA GREENBERG &
AFANADOR, LLC
1515 Market Street, Suite 1200
Philadelphia, PA 19102
267-314-7980

*Counsel for Plaintiff Borough of Roseland,* Case No. 2:25-CV-18312 (D.NJ.)

Stephen R. Basser
sbasser@barrack.com
Samuel M. Ward
sward@barrack.com
BARRACK. RODOS & BACINE
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800

Jeffrey A. Ba1rnck
jbarrack@barrack.com
Danielle M. Weiss
dweiss@barrack.com
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600

William J. Ban
wban@barrack.com
BARRACK, RODOS & BACINE
Eleven Tunes Square
640 8th Avenue, 10th Floor
New York, NY 10036
Telephone: (212) 688-0782

Michael B. Homer
mhomer@dynamisllp.com
Brooke C. Watson
bwatson@dynamisllp.com
DYNAMIS LLP
175 Federal Street, Suite 1200
Boston, MA 02110
617-693-9732

Joseph J. DePalma
jdepalma@litedepalma.com
LITE DEPALMA GREENBERG &
AFANADOR, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
973-623-3000

Laura K. Mummert
lmummert@litedepalma.com
Steven J. Greenfogel
sgreenfogel@litedepalma.com
LITE DEPALMA GREENBERG &
AFANADOR, LLC
1515 Market Street, Suite 1200
Philadelphia, PA 19102
267-314-7980

| | |
|---|---|
| *Counsel for Plaintiff City of Philadelphia*<br>Case No. 1:25-cv-01801 (E.D. Wis.) | *Counsel for Plaintiff City of Chelsea*<br>Case No. 1:25-cv-13643 (D. Mass.) |
| Adam J. Zapala<br>COTCHETT, PITRE &<br>McCARTHY, LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>azapala@cpmlegal.com<br><br>*Attorney for Plaintiff City of Arcadia*<br>Case No. 1:25-cv-02005-BBC (E.D. Wis.) | David H. Weber<br>dhw@lcojlaw.com<br>LAW FIRM OF CONWAY, OLEJNICZAK &<br>JERRY S.C.<br>231 South Adams Street<br>P.O. Box 23200<br>Green Bay, WI 54305-3200<br>Telephone: (920) 437-0476 |

6

| | |
|---|---|
| Guri Ademi<br>gademi@ademilaw.com<br>Shpetim Ademi<br>sademi@ademilaw.com<br>John D. Blythin<br>jblythin@ademilaw.com<br>ADEMI & FRUCHTER LLP<br>3620 E. Layton Avenue<br>Cudahy, WI 53110<br>Telephone: (414) 482-8000<br><br>Paul F. Novak<br>pnovak@weitzlux.com<br>Milena Lai<br>mlai@weitzlux.com<br>Casey Thal Verville<br>cverville@weitzlux.com<br>WEITZ & LUXENBERG P.C.<br>Fisher Building<br>3011 West Grand Blvd., 24th Floor<br>Detroit, MI 48202<br>Telephone: (313) 800-4170<br><br>*Counsel for Plaintiff City of Ann Arbor*<br>Case No. 1:25-cv-01973 (E.D. Wis.) | Michael A. Williams<br>mwilliams@williamsdirks.com<br>Matthew L. Dameron<br>matt@williamsdirks.com<br>Claire M. Terrebonne<br>Cterrebonne@williamsdirks.com<br>WILLIAMS DIRKS DAMERON LLC<br>1100 Main Street, Suite 2600 Kansas<br>City, MO 64105<br>Telephone: (816) 945-7110<br><br>*Counsel for Plaintiff City of Liberty*<br>Case No. 1:25-cv-02002 (E.D. Wis.) |
| Alex Phillips<br>aphillips@straussborrelli.com<br>Brittany Resch<br>bresch@straussborrelli.com<br>Sam Strauss<br>sam@straussborrelli.com<br>Raina Borrelli<br>raina@straussborrelli.com<br>STRAUSS BORRELLI PLLC<br>One Magnificent Mile<br>980 Michigan Avenue, Suite 1610<br>Chicago, IL 60611<br>Telephone: (872) 263-1100<br><br>Adam J. Zapala<br>azapala@cpmlegal.com<br>Elizabeth T. Castillo<br>ecastillo@cpmlegal.com | Brian G. Weber<br>brian@johnsflaherty.com<br>JOHNS, FLAHERTY & COLLINS, S.C.<br>Exchange Building<br>205 Fifth Avenue South, Suite 600<br>La Crosse, WI 54602<br>Telephone: (602) 784-5678<br><br>Kevin Landau<br>klandau@tcllaw.com Brett<br>Cebulash<br>bcebulash@tcllaw.com<br>Miles Greaves<br>mgreaves@tcllaw.com<br>TAUS, CEBULASH & LANDAU, LLP<br>123 William Street, Suite 1900A<br>New York, NY 10038<br>Telephone: (212) 931-0704<br><br>*Counsel for Plaintiff Commack Fire District*<br>Case No. 1:25-cv-02013 (E.D. Wis.) |

| | |
|---|---|
| Christopher F. Jeu<br>cjeu@cpmlegal.com<br>Christian S. Ruano<br>cruano@cpmlegal.com<br>Lauren A. Devens<br>ldevens@cpmlegal.com<br>COTCHETT, PITRE & McCARTHY LLP<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Telephone; (650) 697-6000<br><br><br>*Counsel for Plaintiff City of Arcadia*<br>Case No. 1:25-cv-02005 (E.D. Wis.) | |

8

**Defendants' Counsel Served via Electronic Mail**

| | |
|---|---|
| Daniel T. Flaherty<br>dflaherty@gklaw.com<br>GOODFREY & KAHN SC<br>100 W Lawrence Street<br>PO Box 2728<br>Appleton, WI 54913-2728<br>Telephone: (920) 830-3530<br>Allison W. Reimann<br>areimann@gklaw.com<br>GODFREY & KAHN SC<br>1 E. Main Street, Suite 500<br>PO Box 2719<br>Madison, WI 53701-2719<br>Telephone: (608) 257-0609<br><br>Reid J. Schar<br>rschar@jenner.com<br>JENNER & BLOCK LLP<br>525 Market Street, 29th Floor<br>San Francisco, CA 94105<br>Telephone: (628) 267-6800<br><br>Douglas E. Litvack<br>dlitvack@jenner.com<br>Jariel A. Rendell<br>jrendell@jenner.com<br>JENNER & BLOCK LLP<br>1099 New York Ave NW, Suite 900<br>Washington, DC 20001<br>Telephone: (202) 637-6357<br><br>Shoba Pillay<br>spillay@jenner.com<br>Jacob Wentzel<br>jwentzel@jenner.com<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL 60654<br>Telephone: (312) 222-9350<br><br>Christina M. Isnardi<br>cisnardi@jenner.com<br>JENNER & BLOCK LLP<br>1155 Avenue of the Americas<br>New York, NY 10036 | Arthur J. Burke<br>Arthur.burke@davispolk.com<br>Edmund Polubinski, III<br>edmund.polubinski@davispolk.com<br>Lara Samet Buchwald<br>lara.buchwald@davispolk.com<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Ave<br>New York, NY 10017<br>Telephone: (212) 450-4352<br><br>Mari Grace<br>mari.grace@davispolk.com<br>Sean Stefanik<br>Sean.stefanik@davispolk.com<br>DAVIS POLK & WARDWELL LLP_<br>1050 17th Street NW<br>Washington, DC 20036<br>Telephone: (202) 962-7000<br><br>Austin A. Wesner<br>Austin.wesner@michaelbest.com<br>Daniel J. Vaccaro<br>djvaccaro@michaelbest.com<br>Joseph L. Olson<br>jlolson@michaelbest.com<br>MICHAEL BEST & FRIEDRICH LLP<br>790 N. Water Street, Suite 2500<br>Milwaukee, WI 53202<br>Telephone: (414) 277-0656<br><br><br>*Counsel for Defendants REV Group, Inc., E-One, Inc., Ferrara Fire Apparatus, Inc., Kovatch Mobile Equipment Corp., Spartan Fire, LLC, Smeal SFA, LLC, and Smeal LTC, LLC* |

9

| | |
|---|---|
| Telephone: (212) 891-1600<br><br><br>*Counsel for Defendants Oshkosh Corporation and Pierce Manufacturing, Inc.* | |
| Ashley B. Eickhof<br>ashley.eickhof@bakermckenzie.com<br>Creighton J. Macy<br>creighton.macy@bakermckenzie.com<br>Stephen T. Loertscher<br>stephen.loertscher@bakermckenzie.com<br>BAKER MCKENZIE LLP<br>815 Connecticut Ave NW<br>Washington, DC 20006<br>Telephone: (202) 923-6870<br><br>Joshua Scott Wolkoff<br>Joshua.wolkoff@bakermckenzie.com<br>BAKER MCKENZIE LLP<br>452 Fifth Avenue<br>New York, NY 10018<br>Telephone: (212) 310-0010<br><br>David J. Turek<br>turek@gassturek.com<br>Joshua S. Greenberg<br>Greenberg@gassturek.com<br>GASS TUREK LLC<br>241 N. Broadway, Suite 300<br>Milwaukee, WI 53202<br>Telephone: (414) 224-3445<br><br>Joshua L. Solomon<br>jsolomon@psdfirm.com<br>POLLACK SOLOMON DUFFY LLP<br>31 St. James Avenue, Suite 940<br>Boston, MA 02116<br>Telephone: (617) 439-9800<br><br><br>*Counsel for Defendants Rosenbauer America, LLC, Rosenbauer South Dakota, LLC, and Rosenbauer Minnesota, LLC* | Andrew M. Scarpace<br>andrew.scarpace@wilsonelser.com<br>John P. Loringer<br>John.loringer@wilsonelser.com<br>Marcella Spoto<br>Marcella.spoto@wilsonelser.com<br>WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER LLP<br>555 E. Wells Street, Suite 1730<br>Milwaukee, WI 53202<br>Telephone: (414) 292-3014<br><br>Roy W. Bjorlin, III<br>Roy.bjorlin@wilsonelser.com<br>WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER, LLP<br>260 Franklin Street, Suite 14th Floor<br>Boston, MA 02110-3112<br>Telephone: (617) 422-5347<br><br>Mark Robert Vespole<br>mark.vespole@wilsonelser.com<br>WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER LLP<br>7 Giralda Farms, Suites 100/110<br>Madison, NJ 07940<br>Telephone: (973) 624-0800<br><br>*Counsel for Defendant Fire Apparatus Manufacturers' Association* |

| | |
|---|---|
| Edward William Duffy<br>ed.duffy@bakerbotts.com<br>Paul Christopher Cuomo<br>paul.cuomo@bakerbotts.com<br>Alexander Kraszewski<br>alexander.kraszewski@bakerbotts.com<br>BAKER BOTTS LLP<br>700 K Street, NW<br>Washington, DC 20001<br>Telephone: (707) 628-0439<br><br>Daniel V. McCaughey<br>daniel.mccaughey@ropesgray.com<br>Jane E. Willis<br>jane.willis@ropesgray.com<br>Kathryn E. Caldwell<br>kathryn.caldwell@ropesgray.com<br>ROPES & GRAY – MA<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>Telephone: (617) 915-7681<br><br><br>*Counsel for Defendants AIP, LLC, American Industrial Partners Capital Fund IV, LP, American Industrial Partners Capital Fund IV (Parallel), LP, and AIP/CHC Holdings, LLC* | |

Date: February 11, 2026                    Respectfully submitted,

/s/ David Seidel
**Joseph Saveri Law Firm LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Tel: (415) 500-6800
Fax: (415) 395-9940
dseidel@saverilawfirm.com

*Attorney for Plaintiff City of Revere*

11