**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: FIRE APPARATUS ANTITRUST LITIGATION** | **MDL No. 3179** |

**EASTERN DISTRICT OF WISCONSIN DIRECT PURCHASER PLAINTIFFS' NOTICE OF ERRATA RE BRIEF IN RESPONSE TO DEFENDANTS' MOTION FOR TRANSFER**

Eastern District of Wisconsin Direct Purchaser Plaintiffs hereby submit this errata to correct the signature block in their Brief in Response to Defendants' Motion for Transfer (Dkt. #43), filed February 11, 2026. The corrected pages are attached as Exhibit A.

Dated: February 12, 2026

Respectfully submitted,

*/s/ Michael J. Flannery*

Michael J. Flannery
**CUNEO GILBERT FLANNERY &
LADUCA, LLP**
2 CityPlace Drive
Second Floor
St. Louis, MO 63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

Evelyn Riley
Cody McCracken
**CUNEO GILBERT FLANNERY &
LADUCA, LLP**
2445 M Street NW
Suite 740
Washington, DC 20037
Telephone: (202) 789-3960
evelyn@cuneolaw.com
cmccracken@cuneolaw.com

*Interim Co-Lead Direct Purchaser Class Counsel
and Counsel for Plaintiff The Newstead Fire Co.,
Inc.*

/s/Gregory P. Hansel

Gregory P. Hansel
Michael S. Smith
Elizabeth F. Quinby
Michael D. Hanify
PRETI FLAHERTY BELIVEAU &
PACHIOS, LLP
One City Center
P.O. Box 9546
Portland, ME 04112
Tel: (207)791-3000
ghansel@preti.com
msmith@preti.com
equinby@preti.com
mhanify@preti.com

***Interim Co-Lead Direct Purchaser Class Counsel
and Co-Counsel for Plaintiff City of Augusta***

/s/Stephen R. Basser

Stephen R. Basser
Samuel M. Ward
**BARRACK, RODOS & BACINE**
600 West Broadway, Suite 900
San Diego, CA 92101
Tel.: (619) 230-0800
Fax: (619) 230-1874
E-mail: sbasser@barrack.com
E-mail: sward@barrack.com

Jeffrey A. Barrack
Danielle M. Weiss
**BARRACK, RODOS & BACINE**
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel.: (215) 963-0600
Fax: (215) 963-0838
E-mail: jbarrack@barrack.com
E-mail: dweiss@barrack.com

2

William J. Ban
**BARRACK, RODOS & BACINE**
Eleven Times Square
640 8th Avenue, 10th Floor
New York, New York 10036
Tel.: (212) 688-0782
Fax.: (212) 688-0783
E-mail: wban@barrack.com

*Interim Co-Lead Direct Purchaser Class Counsel and Counsel for Plaintiff City of Philadelphia*

Beth Kushner
Christopher E. Avallone
**von BRIESEN & ROPER, s.c.**
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
Tel: (414) 276-1122
beth.kushner@vonbriesen.com
christopher.avallone@vonbriesen.com

*Interim Direct Purchaser Class Liaison Counsel and Co-Counsel for Plaintiff City of Augusta*