# Exhibit A

coordination, if it is even warranted, should be in the Eastern District of Wisconsin before Judge Conway.

**IV.    CONCLUSION**

For these reasons, EDWI DPPs respectfully request that the Panel (a) dismiss this motion as unnecessary and unsupported, so that the 1404 process already underway can resolve itself forthwith or (b) in the event a Section 1407 analysis is undertaken, consolidate the cases and transfer them to the Eastern District of Wisconsin (Green Bay Division), before Judge Byron B. Conway.

Dated: February 11, 2026                    Respectfully submitted,


                                            */s/ Michael J. Flannery*

                                            Michael J. Flannery
                                            **CUNEO GILBERT FLANNERY &
                                            LADUCA, LLP**
                                            2 CityPlace Drive
                                            Second Floor
                                            St. Louis, MO 63141
                                            Telephone: (314) 226-1015
                                            mflannery@cuneolaw.com

                                            Evelyn Riley
                                            Cody McCracken
                                            **CUNEO GILBERT FLANNERY &
                                            LADUCA, LLP**
                                            2445 M Street NW
                                            Suite 740
                                            Washington, DC 20037
                                            Telephone: (202) 789-3960
                                            evelyn@cuneolaw.com
                                            cmccracken@cuneolaw.com

                                            *Interim Co-Lead Direct Purchaser Class Counsel
                                            and Counsel for Plaintiff The Newstead Fire Co.,
                                            Inc.*

*/s/Gregory P. Hansel*

Gregory P. Hansel
Michael S. Smith
Elizabeth F. Quinby
Michael D. Hanify
PRETI FLAHERTY BELIVEAU &
PACHIOS, LLP
One City Center
P.O. Box 9546
Portland, ME 04112
Tel: (207)791-3000
ghansel@preti.com
msmith@preti.com
equinby@preti.com
mhanify@preti.com

***Interim Co-Lead Direct Purchaser Class Counsel
and Co-Counsel for Plaintiff City of Augusta***

*/s/Stephen R. Basser*

Stephen R. Basser
Samuel M. Ward
**BARRACK, RODOS & BACINE**
600 West Broadway, Suite 900
San Diego, CA 92101
Tel.: (619) 230-0800
Fax: (619) 230-1874
E-mail: sbasser@barrack.com
E-mail: sward@barrack.com

Jeffrey A. Barrack
Danielle M. Weiss
**BARRACK, RODOS & BACINE**
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel.: (215) 963-0600
Fax: (215) 963-0838
E-mail: jbarrack@barrack.com
E-mail: dweiss@barrack.com

William J. Ban
**BARRACK, RODOS & BACINE**
Eleven Times Square
640 8th Avenue, 10th Floor
New York, New York 10036
Tel.: (212) 688-0782
Fax.: (212) 688-0783
E-mail: wban@barrack.com

*Interim Co-Lead Direct Purchaser Class Counsel and Counsel for Plaintiff City of Philadelphia*

Beth Kushner
Christopher E. Avallone
**von BRIESEN & ROPER, s.c.**
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
Tel: (414) 276-1122
beth.kushner@vonbriesen.com
christopher.avallone@vonbriesen.com

*Interim Direct Purchaser Class Liaison Counsel and Co-Counsel for Plaintiff City of Augusta*

14