**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: FIRE APPARATUS ANTITRUST LITIGATION** | MDL NO. 3179 |

**ERRATA**

Correction of the signature pages to the Response of Cities of La Crosse, Onalaska, Ann Arbor, and Commack Fire District in Opposition to Transfer to the Northern District of Illinois and in Support of Transfer to the Eastern District of Wisconsin (ECF No. 41). The corrected signature pages are attached as Exhibit 1.

Dated: February 12, 2026                  Respectfully Submitted,

 /s/ Joshua J. Rissman
Daniel E. Gustafson
Daniel C. Hedlund
Joshua J. Rissman
Frances Mahoney-Mosedale
Gabrielle M. Kolb
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 S Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email: dgustafson@gustafsongluek.com
Email: dhedlund@gustafsongluek.com
Email: jrissman@gustafsongluek.com
Email: fmahoneymosedale@gustafsongluek.com
Email: gkolb@gustafsongluek.com

/s/ Steve W. Berman
Steve W. Berman
Moses Jehng
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

1

Email: steve@hbsslaw.com
Email: moses.jehng@hbsslaw.com

Erin Dickinson
Charles Crueger
CRUEGER DICKINSON LLC
4532 North Oakland Avenue
Milwaukee, WI 53211
Telephone: (414) 210-3868
Email: ekd@cruegerdickinson.com
Email: cjc@cruegerdickinson.com

*Interim Co-Lead Counsel for Indirect Purchaser
Plaintiffs and Counsel for the Cities of LaCrosse and
Onalaska*


/s/ Paul F. Novak
Paul F. Novak
WEITZ & LUXENBERG, P.C.
Fisher Building
3011 West Grand Blvd., 24th Floor
Detroit, MI 48202
Phone: (313) 800-4170
Fax: (646) 293-7992
Email: pnovak@weitzlux.com

*Counsel for Plaintiff City of Ann Arbor*

/s/ Kevin Landau
Kevin Landau
Brett Cebulash
Miles Greaves
TAUS, CEBULASH & LANDAU, LLP
123 William Street, Suite 1900A
New York, New York 10038
Telephone: 646-873-7654
Facsimile: 212-931-0703
Email: klandau@tcllaw.com
Email: bcebulash@tcllaw.com
Email: mgreaves@tcllaw.com

*Counsel for Plaintiff Commack Fire District*

2