# Exhibit 1

witnesses"); *In re Samsung Top-Load Washing Mach. Mktg., Sales Pracs. & Prods. Liab. Litig.*, 278 F. Supp. 3d 1376, 1378 (J.P.M.L. 2017) (selecting district "centrally located relative to the geographically dispersed domestic defendants"). To the extent that Green Bay, Wisconsin is not *as* accessible as Chicago, Illinois, the travel conveniences associated with a particular district is not a dispositive transfer consideration especially given the number of cases and defendants located in Wisconsin.

## CONCLUSION

For the foregoing reasons, the La Crosse/Onalaska/Ann Arbor/Commack Plaintiffs respectfully request that the Panel consolidate all Related Actions and transfer them to the Eastern District of Wisconsin.

Dated: February 11, 2026 Respectfully Submitted,

By: */s/ Joshua J. Rissman*
Daniel E. Gustafson
Daniel C. Hedlund
Joshua J. Rissman
Frances Mahoney-Mosedale
Gabrielle M. Kolb
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 S Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email: dgustafson@gustafsongluek.com
Email: dhedlund@gustafsongluek.com
Email: jrissman@gustafsongluek.com
Email: fmahoneymosedale@gustafsongluek.com
Email: gkolb@gustafsongluek.com

*/s/ Steve W. Berman*
Steve W. Berman
Moses Jehng
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000

9

Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: moses.jehng@hbsslaw.com

Erin Dickinson
Charles Crueger
CRUEGER DICKINSON LLC
4532 North Oakland Avenue
Milwaukee, WI 53211
Telephone: (414) 210-3868
Email: ekd@cruegerdickinson.com
Email: cjc@cruegerdickinson.com

*Interim Co-Lead Counsel for Indirect Purchaser
Plaintiffs and Counsel for the Cities of LaCrosse and
Onalaska*

*/s/ Paul F. Novak*
Paul F. Novak
WEITZ & LUXENBERG, P.C.
Fisher Building
3011 West Grand Blvd., 24th Floor
Detroit, MI 48202
Phone: (313) 800-4170
Fax: (646) 293-7992
Email: pnovak@weitzlux.com

*Counsel for Plaintiff City of Ann Arbor*

*/s/ Kevin Landau*
Kevin Landau
Brett Cebulash
Miles Greaves
TAUS, CEBULASH & LANDAU, LLP
123 William Street, Suite 1900A
New York, New York 10038
Telephone: 646-873-7654
Facsimile: 212-931-0703
Email: klandau@tcllaw.com
Email: bcebulash@tcllaw.com
Email: mgreaves@tcllaw.com

*Counsel for Plaintiff Commack Fire District*

10