# EXHIBIT A

Showing **320** open federal district court cases before District Judge John Joseph Tharp Jr.; pending between 2009-01-01 and 2026-02-18 .

Analytics: Summary  Timing  Law Firms  Attorneys  Parties  Case Resolutions  Class Action  Damages  Remedies  Motions  Findings ▾          View Case List ⊕



**Case Filings**

| | <2017 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ● Total | 0 | 4 | 7 | 5 | 6 | 11 | 25 | 39 | 61 | 161 | 1 |

**Case Status**

Open: 320 (100%)                                     Terminated: 0 (0%)

**Courts**

N.D.Ill.                                                          320          100%

**Cases by Type**

| Case Types | Cases |
|---|---|
| Antitrust | 7 |
| Bankruptcy | 2 |
| Civil Rights | 53 |
| Class Action | 43 |
| Consumer Protection | 25 |
| Contracts | 25 |
| Copyright | 15 |
| ERISA | 17 |
| Employment | 63 |
| False Claims | 1 |
| Insurance | 22 |
| Internet | 3 |
| Patent | 10 |
| Product Liability | 18 |
| Securities | 9 |
| Torts | 26 |
| Trade Secret | 2 |
| Trademark | 10 |
| Uncategorized Case | 40 |

*All other Case Types have 0 results in this case list.*