# Exhibit A

| Plaintiff | Short Case Caption |
|---|---|
| The Newstead Fire Co., Inc. | *The Newstead Fire Co., Inc. v. Oshkosh Corp., et al.*, No. 1:25-cv-01693-BBC (E.D. Wis. filed Oct. 31, 2025) |
| City of Augusta | *City of Augusta v. Oshkosh Corp., et al.*, No. 1:25-cv-01543-BBC (E.D. Wis. filed Oct. 7, 2025) |
| City of Philadelphia | *City of Philadelphia v. Oshkosh Corp., et al.*, No. 1:25-cv-01801-BBC (E.D. Wis. filed Nov. 14, 2025) |