**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: FIRE APPARATUS ANTITRUST
LITIGATION

MDL No. 3179

---

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel hereby certifies that a copy of the foregoing Notice of Presentation of Oral Argument, and this Certificate of Service were electronically filed with the Clerk of the Judicial Panel on Multidistrict Litigation through the CM/ECF system, which automatically generated and sent a notice of electronic filing to the e-mail addresses of all counsel of record. In addition, the undersigned has served copies of the above-referenced document to counsel as detailed in the service list attached hereto.

Dated: February 26, 2026

Respectfully submitted,

*/s/ Michael J. Flannery*

Michael J. Flannery
**CUNEO GILBERT FLANNERY &**
**LADUCA, LLP**
2 CityPlace Drive
Second Floor
St. Louis, MO 63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

*Interim Co-Lead Direct Purchaser Class Counsel and*
*Counsel for Plaintiff The Newstead Fire Co., Inc.*

## LIST OF PARTIES

| Courtesy Copies Via Federal Express | |
|---|---|
| Clerk of the Panel<br>United States Judicial Panel on Multidistrict Litigation<br>Thurgood Marshall Federal Judiciary Building<br>One Columbus Circle, NE, Room G-255, No1ih Lobby<br>Washington, DC 20544-0005 | United States District Court<br>Eastern District of Wisconsin (Green Bay)<br>Clerk of the Court<br>Jefferson Court Building<br>125 S. Jefferson Street, Room 201<br>Green Bay, WI 54301<br><br>*Case Nos. 1:25-cv-01252, 1:25-cv-10543, 1:25-cv-01693, 1:25-cv-01717, 1:25-cv-01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1:25-cv-02013* |
| United States District Court<br>District of Massachusetts, Boston Division<br>Clerk of the Court<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 2300<br>Boston, MA 02210<br><br>*Case Nos. 1:25-cv-13462, 1:25-cv-13643* | United States District Court<br>District of New Jersey, Newark Division<br>Clerk of the Court<br>Martin Luther King Building & U.S. Courthouse<br>50 Walnut Street Room 4015<br>Newark, NJ 07101<br><br>*Case No. 2:25-cv-18312* |
| United States District Court<br>District of Kansas (Kansas City)<br>Clerk of the Court<br>500 State Avenue, Room 259<br>Kansas City, KS 66101<br>913-735-2200<br><br>Case No. 2:26-cv-02057 | United States District Court<br>Central District of California (Western Division – Los Angeles)<br>Clerk of the Court<br>350 West First Street, Suite 4311<br>Los Angeles, CA 90012<br>213-894-1565<br><br>*Case No. 2:26-cv-01468* |

| **VIA ELECTRONIC MAIL** | |
|---|---|
| Steve W. Berman<br>Moses Jehng<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>Email: steve@hbsslaw.com<br>Email: moses.jehng@hbsslaw.com<br><br>Erin Dickinson<br>Charles Crueger<br>**CRUEGER DICKINSON LLC**<br>4532 North Oakland Avenue<br>Milwaukee, WI 53211<br>Telephone: (414) 210-3868<br>Email: ekd@cruegerdickinson.com<br>Email: cjc@cruegerdickinson.com<br><br>*Attorneys for Plaintiff City of La Crosse and the Putative Indirect Purchaser Class, Case No. 1:25-cv-01252 (E.D. Wis.)* | Daniel E. Gustafson<br>Daniel C. Hedlund<br>Joshua J. Rissman<br>Gabrielle M. Kolb<br>**GUSTAFSON GLUEK PLLC**<br>Canadian Pacific Plaza<br>120 S Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>Facsimile: (612) 339-6622<br>Email: dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>jrissman@gustafsongluek.com<br>gkolb@gustafsongluek.com<br><br>Brian G. Weber<br>**JOHNS, FLAHERTY & COLLINS, S.C.**<br>Exchange Building<br>205 Fifth Avenue South, Suite 600<br>La Crosse, WI 54602<br>Telephone: (608) 784-5678<br>brian@johnsflaherty.com<br><br>*Counsel for Plaintiff City of Onalaska and the Putative Indirect Purchaser Class, Case Nos. 1:25-cv-01252, 1:25-cv-01717 (E.D. Wis.)* |

Beth Kushner
beth.kushner@vonbriesen.com
Christopher E. Avallone
christopher.avallone@vonbriesen.com
**VON BRIESEN & ROPER, S.C.**
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
414-276-1122

Gregory P. Hansel
ghansel@preti.com
Michael S. Smith
msmith@preti.com
Elizabeth F. Quinby
equinby@preti.com
Michael D. Hanify
mhanify@preti.com
**PRETI FLAHERTY BELIVEAU & PACHIOS, LLP**
One City Center
P.O. Box 9546
Portland, ME 04112
207-791-3000

Joseph C. Kohn
jkohn@kohnswift.com
William E. Hoese
whoese@kohnswift.com
Zahra R. Dean
zdean@kohnswift.com
**KOHN SWIFT & GRAF, P.C.**
1600 Market Street, Suite 2500
Philadelphia, PA 19103
215-238-1700

William G. Caldes
BCaldes@srkattomeys.com
Jeffrey L. Spector
JSpector@srkattomeys.com
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
215-496-0300

*Counsel for Plaintiff City of Augusta, Case Nos. 1:25-cv-01252, 1:25-cv-01543 (E.D. Wis.)*

Shawn M. Raiter
sraiter@larsonking.com
Matthew B. Bolt
mbolt@larsonking.com
**LARSON KING, LLP**
30 East Seventh Street, Suite 2800
St. Paul, MN 55101
651 -312-6518

Michael J. Flannery
mflannery@cuneolaw.com
**CUNEO GILBERT FLANNERY & LADUCA, LLP**
2 City Place Drive, Second Floor
St. Louis, MO 63141
314-226-1015

Evelyn Riley
evelyn@cuneolaw.com
Cody McCracken
cmccracken@cuneolaw.com
**CUNEO GILBERT FLANNERY & LADUCA, LLP**
2445 M Street NW, Suite 740
Washington, DC 2003 7
202-789-3960

Marco Cercone
cercone@ruppfalzgraf.com
**RUPP PFALZGRAF LLC**
1600 Liberty Building
Buffalo, NY 14202
716-854-3400

Don Barrett
donbarrettpa@gmail.com
Sterling Aldridge
saldridge@barrettlawgroup.com
**BARRETT LAW GROUP, P.A.**
404 Comi Square No1ih
Lexington, MS 39095-0927
662-834-9168

Richard R. Barrett
rrb@rrblawfnm.net
**LAW OFFICES OF RICHARD R. BARRETT, PLLC**
2086 Old Taylor Road, Suite 1011
Oxford, MS 38655
662-380-5018

Patrick W. Pendley
pwpendley@pbclawfirm.com
Christopher L. Coffin

| | |
|---|---|
| | ccoffin@pbclawfirm.com<br>**PENDLEY BAUDIN COFFIN**<br>24110 Eden Street<br>Plaquemine, LA 70765<br>225-687-6396<br><br>*Counsel for Plaintiff The Newstead Fire Co., Inc., Case Nos. 1:25-cv-01543, 1:25-cv-01252, 1:25-cv-01693 (E.D. Wis.)* |
| Stephen R. Basser<br>sbasser@barrack.com<br>Samuel M. Ward<br>sward@barrack.com<br>**BARRACK. RODOS & BACINE**<br>600 West Broadway, Suite 900<br>San Diego, CA 92101<br>619-230-0800<br><br>Jeffrey A. Barrack<br>jbarrack@barrack.com<br>Danielle M. Weiss<br>dweiss@barrack.com<br>**BARRACK, RODOS & BACINE**<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>215-963-0600<br><br>William J. Ban<br>wban@barrack.com<br>**BARRACK. RODOS & BACINE**<br>Eleven Tunes Square<br>640 8th Avenue, 10th Floor<br>New York, NY 10036<br>212-688-0782<br><br>*Counsel for Plaintiff City of Philadelphia, Case Nos. 1:25-cv-01252, 1:25-cv-01801 (E.D. Wis.)* | John D. Blythin<br>jblythin@ademilaw.com<br>**ADEMI & FRUCHTER LLP**<br>3620 E. Layton Avenue<br>Cudahy, WI 53110<br>414-482-8000<br><br>Paul F. Novak<br>pnovak@weitzlux.com<br>Milena Lai<br>mlai@weitzlux.com<br>Casey Thal Verville<br>cverville@weitzlux.com<br>**WEITZ & LUXENBERG P.C.**<br>Fisher Building<br>3011 West Grand Blvd., 24th Floor<br>Detroit, MI 48202<br>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<br><br>*Counsel for Plaintiff City of Ann Arbor, Case Nos. 1:25-cv-01252, 1:25-cv-01973 (E.D. Wis.)* |
| David H. Weber<br>dhw@lcojlaw.com<br>**LAW FIRM OF CONWAY, OLEJNICZAK & JERRY S.C.**<br>231 South Adams Street<br>P. 0. Box 23200<br>Green Bay, WI 54305-3200<br>920-437-0476<br><br>Michael A. Williams<br>mwilliams@williamsdirks.com | Brian G. Weber<br>brian@johnsflaherty.com<br>**JOHNS, FLAHERTY & COLLINS, S.C.**<br>Exchange Building<br>205 Fifth Avenue South, Suite 600<br>La Crosse, WI 54602<br>608-784-5678<br><br>Kevin Landau<br>klandau@tcllaw.com<br>Brett Cebulash |

| | |
|---|---|
| Matthew L. Dameron<br>matt@williamsdirks.com<br>Claire M. Terrebonne<br>cterrebonne@williamsdirks.com<br>**WILLIAMS DIRKS DAMERON LLC**<br>1100 Main Street, Suite 2600<br>Kansas City, MO 64105<br>816-945-7110<br><br>*Counsel for Plaintiff City of Liberty,*<br>*Case Nos. 1:25-cv-01252, 1:25-cv-02002*<br>*(E.D. Wis.)* | bcebulash@tcllaw.com<br>Miles Greaves<br>mgreaves@tcllaw.com<br>**TAUS, CEBULASH & LANDAU, LLP**<br>123 William Street, Suite 1900A<br>New York, NY 10038<br>212-931-0704<br><br>*Counsel for Plaintiff Commack Fire District,*<br>*Case Nos. 1:25-cv-01252, 1 :25-cv-02013*<br>*(E.D. Wis.)* |
| Alex Phillips<br>aphillips@straussborrelli.com<br>Brittany Resch<br>bresch@straussborrelli.com<br>Sam Strauss<br>sam@straussborrelli.com<br>Raina Borrelli<br>raina@straussborrelli.com<br>**STRAUSS BORRELLI PLLC**<br>One Magnificent Mile<br>980 Michigan Avenue, Suite 1610<br>Chicago, IL 60611<br>872-263-1100<br><br>Adam J. Zapala<br>azapala@cpmlegal.com<br>Elizabeth T. Castillo<br>ecastillo@cpmlegal.com<br>Christopher F. Jeu<br>cjeu@cpmlegal.com<br>Christian S. Ruano<br>cmano@cpmlegal.com<br>Lauren A. Devens<br>ldevens@cpmlegal.com<br>**COTCHETI, PITRE & MCCARTHY LLP**<br>840 Malcolm Road<br>Burlingame, CA 94010<br>650-697-6000<br><br>*Counsel for Plaintiff City of Arcadia, Case*<br>*Nos. 1:25-cv-01252, 1:25-cv-02005 (E.D.*<br>*Wis.)* | Michael B. Homer<br>mhomer@dynamisllp.com<br>Brooke C. Watson<br>bwatson@dynamisllp.com<br>**DYNAMIS LLP**<br>175 Federal Street, Suite 1200<br>Boston, MA 02 110<br>617-693-9732<br><br>Joseph J. DePalma<br>jdepalma@litedepalma.com<br>**LITE DEPALMA GREENBERG &**<br>**AFANADOR, LLC**<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>973-623-3000<br><br>Laura K. Mummert<br>lmummert@litedepalma.com<br>Steven J. Greenfogel<br>sgreenfogel@litedepalma.com<br>**LITE DEPALMA GREENBERG &**<br>**AFANADOR, LLC**<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102<br>267-314-7980<br><br>*Counsel for Plaintiff City of Chelsea,*<br>*Case No., 1:25-cv-13643 (D. Mass.)* |
| Christian Uehlein<br>cuehlein@tenlaw.com<br>David C. Strouss<br>dstrouss@tenlaw.com<br>Michael A. Lesser<br>mlesser@tenlaw.com | Victor A. Afanador<br>vafanador@litedepalma.com<br>Joseph J. DePalma<br>jdepalma@litedepalma.com<br>**LITE DEPALMA GREENBERG &**<br>**AFANADOR, LLC** |

| | |
|---|---|
| Brian J. Freer<br>bfreer@tenlaw.com<br>**THORNTON LAW FIRM LLP**<br>84 State Street, 4th Floor<br>Boston, MA 02109<br>617-720-1333<br><br>Joseph R. Saveri<br>jsaveri@saverilawfirm.com<br>David Seidel<br>dseidel@saverilawfirm.com<br>Cadio Zirpoli<br>cziipoli@saverilawfirm.com<br>Ronnie Spiegel<br>rspiegel@saverilawfirm.com<br>**JOSEPH SAVERI LAW FIRM, LLP**<br>601 California Street, Suite 1505<br>San Francisco, CA 94108<br>415-500-6800<br><br>Benjamin J. Widlanski<br>bwidlanski@kttlaw.com<br>Gail A. McQuilkin<br>gam@kttlaw.com<br>Brandon Sadowsky<br>bsadowsky@kttlaw.com<br>**KOZYAK TROPIN &**<br>**THROCKMORTON LLP**<br>2525 Ponce de Leon Boulevard, 9th Floor<br>Miami, FL 33134<br>305-372-1800<br><br>Jeffrey K. Brown, Esq<br>jbrown@leedsbrownlaw.com<br>Michael A. Tompkins, Esq.<br>mtompkins@leedsbrownlaw.com<br>Brett R. Cohen, Esq.<br>bcohen@leedsbrownlaw.com<br>Anthony Alesandro<br>aalesandro@leedsbrownlaw.com<br>**LEEDS BROWN LAW, P.C.**<br>1 Old Country Road, Suite 347<br>Carle Place, NY 11514<br>516-873-9550<br><br>*Counsel for Plaintiff City of Revere,*<br>*Case No. 1:25-cv-13462 (D. Mass.)* | 570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>973-623-3000<br><br>Laura K. Mummert<br>lmummert@litedepalma.com<br>Steven J. Greenfogel<br>sgreenfogel@litedepalma.com<br>**LITE DEPALMA GREENBERG &**<br>**AFANADOR, LLC**<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102<br>267-314-7980<br><br>*Counsel for Plaintiff Borough of Roseland,*<br>*Case No. 2:25-CV-18312 (D.NJ.)* |
| Jamie Nicole Powell<br>j.powell@swrllp.com<br>Sean M. Sturdivan<br>s.sturidvan@swrllp.com<br>**SANDERS WARREN & RUSSELL, LLP** | Scott Kuhn<br>skuhn@counsel.lacounty.gov<br>Andrea Ross<br>aross@counsel.lacounty.gov<br>Anik Banerjee |

Compass Corporate Centre
11225 College Blvd., Suite 450
Overland Park, KS 66210
913-234-6100

Jennifer D. Hackett
jhackett@zellelaw.com
James R. Martin
jmartin@zellelaw.com
Sabrina A. Nelson
snelson@zellelaw.com
Noah Wolfenstein
nwolfenstein@zellelaw.com
Desmond Sims
dsims@zellelaw.com
**ZELLE LLP**
1775 Pennsylvania Avenue NW
Suite 375
Washington, DC 20006
202-899-4100

Basel J. Musharbash
basel@antimonopoly.us
Anureet Sandhu
anu@antimonopoly.us
Domenic Powell
domenic@antimonopoly.us
**ANTIMONOPOLY COUNSEL**
500 Clarksville Street
P.O. Box 795
Paris, TX 75461
903-205-8422

*Counsel for Plaintiff the Unified Government
of Wyandotte County and Kansas City,
Kansas
Case No. 2:26-cv-02057 (D. Kan).*

abanerjee@counsel.lacounty.gov
Joseph Mellis
jmellis@counsel.lacounty.gov
**Office of the County Counsel of Los Angeles**
648 Kenneth Hahn Hall of Administration
Los Angeles, CA 90012
(212) 232-2326

Catherine S. Simonsen
catherine@simonsenussman.com
Thomas G. Mattes
thomas.mattes@simonsenussman.com
**SIMONSEN SUSSMAN LLP**
418 Bamboo Lane, Suite C-18
Los Angeles, CA 90012
(917) 747-5196

Shaoul Sussman
shaoul@simonsensussman.com
Nico Gurian
nico.gurian@simonsensussman.com
Paul M. Goodrich
paul.goodrich@simonsensussman.com
**SIMONSEN SUSSMAN LLP**
307 West 38th Street, 16th Floor
New York, NY 10018
(646) 693-3929

Nicolas A. Stebinger
nicolas@simonsensussman.com
Victoria R. Sims
victoria.sims@simonsensussman.com
**SIMONSEN SUSSMAN LLP**
1629 K Street NW, Suite 300
Washington, DC 20006
(202) 384-3130

John P. Fiske
jfiske@baronbudd.com
Lindsay Stevens
lstevens@baronbudd.com
**BARON & BUDD, P.C.**
11440 West Bernardo Court, Suite 265
San Diego, CA 92127
(858) 251-7424

*Counsel for Plaintiffs People of the State of*

8

|  | *California, County of Los Angeles, and Consolidated Fire Protection District of Los Angeles County Case No. 2:26-cv-01468 (C.D. Cal.)* |
|---|---|
| Daniel T. Flaherty<br>dflaherty@gklaw.com<br>**GOODFREY & KAHN SC**<br>100 W Lawrence Street<br>PO Box 2728<br>Appleton, WI 54913-2728<br>(920) 830-3530<br><br>Allison W Reimann<br>areimann@gklaw.com<br>**GODFREY & KAHN SC**<br>1 E Main Street, Suite 500<br>PO Box 2719<br>Madison, WI 53701-2719<br>608-257-0609<br><br>Reid J Schar<br>rschar@jenner.com<br>**JENNER & BLOCK LLP**<br>525 Market Street, 29th Floor<br>San Francisco, CA 94105<br>(628) 267-6800<br><br>Douglas E. Litvack<br>dlitvack@jenner.com<br>Jariel A Rendell<br>jrendell@jenner.com<br>**JENNER & BLOCK LLP**<br>1099 New York Ave NW, Suite 900<br>Washington, DC 20001<br>202-637-6357<br><br>Shoba Pillay<br>spillay@jenner.com<br>Jacob Wentzel<br>jwentzel@jenner.com<br>**JENNER & BLOCK LLP**<br>353 North Clark Street<br>Chicago, IL 60654<br>312-222-9350<br><br>Christina M. Isnardi | Ashley B. Eickhof<br>ashley.eickhof@bakermckenzie.com<br>Creighton J. Macy<br>Creighton.macy@bakermckenzie.com<br>Stephen T. Loertscher<br>Stephen.loertscher@bakermckenzie.com<br>**BAKER MCKENZIE LLP**<br>815 Connecticut Ave NW<br>Washington, DC 20006<br>202-923-6870<br><br>Joshua Scott Wolkoff<br>joshua.wolkoff@bakermckenzie.com<br>**BAKER MCKENZIE LLP**<br>452 Fifth Avenue<br>New York, NY 10018<br>212-310-0010<br><br>David J. Turek<br>turek@gassturek.com<br>Joshua S. Greenberg<br>greenberg@gassturek.com<br>**GASS TUREK LLC**<br>241 N. Broadway, Suite 300<br>Milwaukee, WI 53202<br>414-224-3445<br><br>Joshua L. Solomon<br>jsolomon@psdfirm.com<br>**POLLACK SOLOMON DUFFY LLP**<br>31 St. James Avenue, Suite 940<br>Boston, MA 02 116<br>617-439-9800<br><br>*Counsel for Defendants Rosenbauer America, LLC, Rosenbauer South Dakota, LLC, and Rosenbauer Minnesota, LLC, Case Nos. 1 :25-cv-01252, 1 :25-cv-01543, 1 :25-cv-01693, 1 :25-cv-0171 7, 1 :25-cv-01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1 :25-cv-02013 (E.D. Wis.), Case No.* |

9

| | |
|---|---|
| cisnardi@jenner.com<br><br>**JENNER & BLOCK LLP**<br>1155 Avenue of the Americas<br>New York, NY 10036<br>(212) 891-1600<br><br>*Counsel for Defendants Oshkosh Corporation, Pierce Manufacturing, Inc., and Maxi-Metal, Inc., Case Nos. 1:25-cv-01252, 1 :25-cv-01543, 1 :25-cv-01693, 1 :25-cv-0171 7, 1 :25-cv-01801,1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1 :25-cv-02013 (E.D. Wis); Case Nos.1:25-cv-13462, 1:25-cv-13643 (D. Mass .); Case No. 2:25-cv-18312 (D. NJ.); Case No. 2:26-cv-02057 (D. Kan.); Case No. 2:26-cv-01468 (C.D. Cal.)* | *1 :25-cv-13643, 1 :25-cv-13462 (D. Mass .); Case No. 2:25-cv-18312 (D. NJ. ); Case No. 2:26-cv-02057 (D. Kan.)* |

| | |
|---|---|
| Arthur J Burke<br>arthur.burke@davispolk.com<br>Edmund Polubinski, III<br>edmund.polubinski@davispolk.com<br>Lara Samet Buchwald<br>lara.buchwald@davispolk.com<br>**DAVIS POLK & WARDWELL LLP**<br>450 Lexington Ave<br>New York, NY 10017<br>212-450-4352<br><br>Mari Grace<br>mari.grace@davispolk.com<br>Sean Stefanik<br>sean.stefanik@davispolk.com<br>**DAVIS POLK & WARDWELL LLP**<br>1050 17th Street NW<br>Washington, DC 20036<br>202-962-7000<br><br>Austin A. Wesner<br>austin.wesner@michaelbest.com<br>Daniel J. Vaccaro<br>djvaccaro@michaelbest.com<br>Ena M. Allen<br>ena.allen@michaelbest.com<br>Joseph L. Olson<br>jlolson@michaelbest.com<br>**MICHAEL BEST & FRIEDRICH LLP**<br>790 N. Water Street, Suite 2500<br>Milwaukee, WI 53202<br>41 4-277-0656<br><br>*Counsel for Defendants REV Group, Inc., E-One, Inc., Ferrara Fire Apparatus, Inc., Kovatch Mobile Equipment Corp., Spartan Fire, LLC, Smeal SFA, LLC, and Smeal LTC, LLC, Case Nos. 1:25-cv-01252, 1 :25-cv-01543, 1 :25-cv-01693, 1 :25-cv-0171 7, 1 :25-cv- 01801, 1:25-cv-01973, 1:25-cv-02002, 1:25- cv-02005, 1:25-cv-02013 (E.D. Wis.); Case Nos. 1 :25-cv-13462, 1 :25-cv-13643 (D. Mass.); Case No. 2:25-cv-18312 (D. NJ.); Case No. 2:26-cv-02057 (D. Kan.); Case No. 2:26-cv-01468 (C.D. Cal.)* | Andrew M. Scarpace<br>andrew.scarpace@wilsonelser.com<br>John P. Loringer<br>john.loringer@wilsonelser.com<br>Marcella Spoto<br>marcella.spoto@wilsonelser.com<br>**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**<br>555 E. Wells Street, Suite 1730<br>Milwaukee, WI 53202<br>414-292-3014<br><br>Roy W Bjorlin, III<br>roy.bjorlin@wilsonelser.com<br>**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**<br>260 Franklin Street, Suite 14th Floor<br>Boston, MA 02110-3112<br>617-422-5347<br><br>Mark Robert Vespole<br>mark.vespole@wilsonelser.com<br>**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**<br>7 Giralda Fa1ms, Suites 100/110<br>Madison, NJ 07940<br>973-624-0800<br><br>*Counsel for Defendant Fire Apparatus Manufacturers' Association, Case Nos. 1:25-cv-01252, 1 :25-cv-01543, 1:25-cv-01693, 1:25-cv-0171 7, 1:25-cv- 01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1:25-cv-02013 (E.D. Wis .); Case Nos. 1 :25-cv-13462, 1 :25-cv-13643 (D. Mass.); Case No. 2:25-cv-18312 (D. NJ. )* |
| Edward William Duffy<br>ed.duffy@bakerbotts.com<br>Paul Christopher Cuomo<br>Paul.cuomo@bakerbotts.com<br>Alexander Kraszewski<br>alexander.kraszewski@bakerbotts.com<br>**BAKER BOTTS LLP** | |

| | |
|---|---|
| 700 K Street, NW<br>Washington, DC 20001<br>707-628-0439<br><br>Daniel V. McCaughey<br>daniel.mccaughey@ropesgray.com<br>Jane E. Willis<br>jane.willis@ropesgray.com<br>Kathlyn E. Caldwell<br>kathlyn.caldwell@ropesgray.com<br>**ROPES & GRAY - MA**<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>617-915-7681<br><br>*Counsel for Defendants AIP, LLC, American Industrial Partners Capital Fund IV, LP, American Industrial Partners Capital Fund IV (Parallel), LP, and AIPICHC Holdings, LLC, Case No. 1:25-cv-02005 (E.D. Wis.) and Case No. 1:25-cv-13462 (D. Mass.); Case No. 2:26-cv-01468 (C.D. Cal.)* | |

| VIA FEDERAL EXPRESS | |
|---|---|
| Boise Mobile Equipment, Inc.<br>4600 South Apple Street<br>Boise, ID 83716<br><br>*Case No. 2:26-cv-01468 (C.D. Cal.)* | BME Fire Trucks LLC<br>49600 South Apple Street<br>Boise, ID 83716<br><br>*Case No. 2:26-cv-01468 (C.D. Cal.)* |