**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice that the undersigned, Steve W. Berman, hereby withdraws his appearance (Dkt. No. 5) in MDL No. 3179 on behalf of Plaintiffs City of La Crosse and the Putative Indirect Purchaser Class in *In re: Indirect Purchaser Fire Apparatus Antitrust Litigation*, 1:25-cv-01252 (E.D. Wis.). Erin K. Dickinson of Crueger Dickinson LLC has appeared to represent Plaintiffs City of La Crosse and the Putative Indirect Purchaser Class (Dkt. No. 61) and should receive service of all communications, pleadings, notices, or other papers.

DATED: February 27, 2026            Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Steve W. Berman*

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Steve@hbsslaw.com

*Attorney for Plaintiff City of La Crosse and the Putative Indirect Purchaser Class, Case No. 1:25-cv-01252 (E.D. Wis.)*

- 1 -

011328-11/3495441 V1