**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FIRE APPARATUS LITIGATION | MDL No. 3179 |
| | **PROOF OF SERVICE** |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Panel on Multidistrict Litigation, the undersigned counsel certifies that on March 2, 2026, a true and correct copy of Plaintiff City of Liberty, Missouri's Notice of Presentation of Oral Argument was filed with the Clerk of the JPML via the CM/ECF system, which automatically generated and sent a notice of electronic filing to the e-mail addresses of all counsel of record. In addition, the undersigned has served copies of the above-referenced document to counsel as detailed in the service list attached hereto.

Dated: March 2, 2026                    Respectfully submitted,

**WILLIAMS DIRKS DAMERON LLC**

*/s/ Michael A. Williams*
Michael A. Williams, MO Bar No. 47538
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Tel: (816) 945-7110
Fax: (816) 945-7118
mwilliams@williamsdirks.com

*Attorney for Plaintiff City of Liberty, Missouri*

## LIST OF PARTIES

| PLAINTIFFS' COUNSEL SERVED VIA ELECTRONIC MAIL | |
|---|---|
| Erin Dickinson<br>ekd@cruegerdickinson.com<br>Charles Grueger<br>cjc@cruegerdickinson.com<br>GRUEGER DICKINSON LLC<br>4532 North Oakland Avenue<br>Milwaukee, WI 53211<br>Telephone: (414) 210-3868<br><br>Steven W. Berman<br>steve@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br><br>*Counsel for Plaintiff City of La, Crosse*<br>*Case No. 1:25-cv-01252 (E.D. Wis.)* | Beth Kushner<br>beth.kushner@vonbriesen.com<br>Christopher E. Avallone<br>Christopher.avallone@vonbriesen.com<br>VON BRIESEN & ROPER, S.C.<br>411 East Wisconsin Avenue, Suite 1000<br>Milwaukee, WI 53202<br>Telephone: (414) 276-1122<br><br>Gregory P. Hansel<br>ghansel@preti.com<br>Michael S. Smith<br>msmith@preti.com<br>Elizabeth F. Quinby<br>equinby@preti.com<br>Michael D. Hanify<br>mhanify@preti.com<br>PRETI FLAHERTY BELIVEAU & PACHIOS, LLP<br>One City Center<br>P.O. Box 9546<br>Portland, ME 04112<br>Telephone: (207) 791-3000<br>Joseph C. Kohn<br>jkohn@kohnswift.com<br>William E. Hoese<br>whoese@kohnswift.com<br>Zahra R. Dean<br>zdean@kohnswift.com<br>KOHN SWIFT & GRAF, P.C.<br>1600 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Telephone: (215) 238-1700<br><br>William G. Caldes<br>BCaldes@srkattorneys.com<br>Jeffrey L. Spector<br>JSpector@srkattorneys.com<br>SPECTOR ROSEMAN & KODROFF, P.C.<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300 |

|  | *Counsel for Plaintiff City of Augusta*<br>*Case No. 1:25-cv-01543 (E.D. Wis.)* |
|---|---|
| Shawn M. Raiter<br>sraiter@larsonking.com<br>Matthew B. Bolt<br>mbolt@larsonking.com<br>LARSON KING, LLP<br>30 East Seventh Street, Suite 2800<br>St. Paul, MN 55101<br>Telephone: (651) 312-6518<br><br>Michael J. Flannery<br>mflannery@cuneolaw.com<br>CUNEO GILBERT & LADUCA, LLP<br>2 City Place Drive, Second Floor<br>St. Louis, MO 63141<br>Telephone: (314) 226-1015<br><br>Evelyn Riley<br>evelyn@cuneolaw.com<br>Cody McCracken<br>cmccracken@cuneolaw.com<br>CUNEO GILBERT LADUCA, LLP<br>2445 M Street NW, Suite 740<br>Washington, DC 20037<br>Telephone: (202) 789-3960<br><br>Marco Cercone<br>cercone@rupppfalzgraf.com<br>RUPP PFALZGRAF LLC<br>1600 Liberty Building<br>Buffalo, NY 14202<br>Telephone: (716) 854-3400<br><br>Don Barrett<br>donbarrettpa@gmail.com<br>Sterling Aldridge<br>saldridge@barrettlawgroup.com<br>BARRETT LAW GROUP, P.A.<br>404 Comi Square No1ih<br>Lexington, MS 39095-0927<br>Telephone: (662) 834-9168<br><br>Richard R. Barrett<br>rrb@rrblawfirm.net | Brian G. Weber<br>brian@johnsflaherty.com<br>JOHNS, FLAHERTY & COLLINS, S.C.<br>Exchange Building<br>205 Fifth Avenue South, Suite 600<br>La Crosse, WI 54601<br>Telephone: (608 784-5678<br><br>Daniel E. Gustafson<br>dgustafson@gustafsongluek.com<br>Daniel C. Hedlund<br>dhedlund@gustafsongluek.com<br>Joshua J. Rissman<br>jrissman@gustafsongluek.com<br>Gabrielle M. Kolb<br>gkolb@gustafsongluek.com<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>120 S. Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br><br><br>*Counsel for Plaintiff City of Onalaska*<br>*Case No. 1:25-cv-01717 (E.D. Wis.)* |

3

| | |
|---|---|
| LAW OFFICES OF RICHARD R. BARRETT, PLLC<br>2086 Old Taylor Road, Suite 1011<br>Oxford, MS 38655<br>662-380-5018<br><br>Patrick W. Pendley<br>pwpendley@pbclawfirm.com<br>Christopher L. Coffin<br>ccoffin@pbclawfirm.com<br>PENDLEY BAUDIN COFFIN<br>24110 Eden Street<br>Plaquemine, LA 70765<br>Telephone: (225) 687-6396<br><br>*Counsel for Plaintiff The Newstead Fire Co., Inc.*<br>*Case No. 1:25-cv-01693 (E.D. Wis.)* | |
| Stephen R. Basser<br>sbasser@barrack.com<br>Samuel M. Ward<br>sward@barrack.com<br>BARRACK. RODOS & BACINE<br>600 West Broadway, Suite 900<br>San Diego, CA 92101<br>Telephone: (619) 230-0800<br>Jeffrey A. Barrack<br>jbarrack@barrack.com<br>Danielle M. Weiss<br>dweiss@barrack.com<br>BARRACK, RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 963-0600<br><br>William J. Ban<br>wban@barrack.com<br>BARRACK, RODOS & BACINE<br>Eleven Tunes Square<br>640 8th Avenue, 10th Floor<br>New York, NY 10036<br>Telephone: (212) 688-0782<br><br>*Counsel for Plaintiff City of Philadelphia* | Christian Uehlein<br>cuehlein@tenlaw.com<br>David C. Strouss<br>dstrouss@tenlaw.com<br>Michael A. Lesser<br>mlesser@tenlaw.com<br>Brian J. Freer<br>bfreer@tenlaw.com<br>THORNTON LAW FIRM LLP<br>84 State Street, 4th Floor<br>Boston, MA 02109<br>Telephone: (617) 720-1333<br><br>Joseph R. Saveri<br>jsaveri@saverilawfirm.com<br>David Seidel<br>dseidel@saverilawfirm.com<br>Cadio Zirpoli<br>czirpoli@saverilawfirm.com<br>Ronnie Spiegel<br>rspiegel@saverilawfirm.com<br>JOSEPH SAVERI LAW FIRM, LLP<br>601 California Street, Suite 1505<br>San Francisco, CA 94108<br>Telephone: (415) 500-6800<br><br>Benjamin J. Widlanski |

| | |
|---|---|
| *Case No. 1:25-cv-01801 (E.D. Wis.)* | bwidlanski@kttlaw.com<br>Gail A. McQuilkin<br>gam@kttlaw.com<br>Brandon Sadowsky<br>bsadowsky@kttlaw.com<br>KOZYAK TROPIN & THROCKMORTON LLP<br>2525 Ponce de Leon Boulevard, 9th Floor<br>Miami, FL 33134<br>Telephone: (305) 372-1800<br><br>Jeffrey K. Brown, Esq<br>jbrown@leedsbrownlaw.com<br>Michael A. Tompkins, Esq.<br>mtompkins@leedsbrownlaw.com<br>Brett R. Cohen, Esq.<br>bcohen@leedsbrownlaw.com<br>Anthony Alesandro<br>aalesandro@leedsbrownlaw.com<br>LEEDS BROWN LAW, P.C.<br>1 Old Country Road, Suite 347<br>Carle Place, NY 11514<br>Telephone: (516) 873-9550<br><br><br>*Counsel for Plaintiff City of Revere*<br>*Case No. 1:25-cv-13462 (D. Mass.)* |
| Michael B. Homer<br>mhomer@dynamisllp.com<br>Brooke C. Watson<br>bwatson@dynamisllp.com<br>DYNAMIS LLP<br>175 Federal Street, Suite 1200<br>Boston, MA 02110<br>Telephone: (617) 693-9732<br><br>Joseph J. DePalma<br>jdepalma@litedepalma.com<br>LITE DEPALMA GREENBERG & AFANADOR, LLC<br>570 Broad Street, Suite 1201<br>Newark, NJ 7102<br>Telephone: (973) 623-3000<br>Laura K. Mummert<br>lmummert@litedepalma.com | Victor A. Afanador<br>vafanador@litedepalma.com<br>Joseph J. DePalma<br>jdepalma@litedepalma.com<br>LITE DEPALMA GREENBERG AFANADOR, LLC<br>570 Broad Street, Suite 1201<br>Newark, NJ 7102<br>Telephone: (973) 623-3000<br><br>Laura K. Mummert<br>lmummert@litedepalma.com<br>Steven J. Greenfogel<br>sgreenfogel@litedepalma.com<br>LITE DEPALMA GREENBERG & AFANADOR, LLC<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102 |

| | |
|---|---|
| Steven J. Greenfogel<br>sgreenfogel@litedepalma.com<br>LITE DEPALMA GREENBERG &<br>AFANADOR, LLC<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102<br>Telephone: (267) 314-7980<br><br>*Counsel for Plaintiff City of Chelsea*<br>*Case No. 1:25-cv-13643 (D. Mass.)* | Telephone: (267) 314-7980<br><br>*Counsel for Plaintiff Borough of Roseland*<br>*Case No. 2:25-cv-18312 (D.N.J.)* |
| Guri Ademi<br>gademi@ademilaw.com<br>Shpetim Ademi<br>sademi@ademilaw.com<br>John D. Blythin<br>jblythin@ademilaw.com<br>ADEMI & FRUCHTER LLP<br>3620 E. Layton Avenue<br>Cudahy, WI 53110<br>Telephone: (414) 482-8000<br>Paul F. Novak<br>pnovak@weitzlux.com<br>Milena Lai<br>mlai@weitzlux.com<br>Casey Thal Verville<br>cverville@weitzlux.com<br>WEITZ & LUXENBERG P.C.<br>Fisher Building<br>3011 West Grand Blvd., 24th Floor<br>Detroit, MI 48202<br>Telephone: (313) 800-4170<br><br>*Counsel for Plaintiff City of Ann Arbor*<br>*Case No. 1:25-cv-01973 (E.D. Wis.)* | David H. Weber<br>dhw@lcojlaw.com<br>LAW FIRM OF CONWAY,<br>OLEJNICZAK & JERRY S.C.<br>231 South Adams Street<br>P.O. Box 23200<br>Green Bay, WI 54305-3200<br>Telephone: (920) 437-0476<br><br>Michael A. Williams<br>mwilliams@williamsdirks.com<br>Matthew L. Dameron<br>matt@williamsdirks.com<br>Claire M. Terrebonne<br>Cterrebonne@williamsdirks.com<br>WILLIAMS DIRKS DAMERON LLC<br>1100 Main Street, Suite 2600<br>Kansas City, MO 64105<br>Telephone: (816) 945-7110<br><br>*Counsel for Plaintiff City of Liberty*<br>*Case No. 1:25-cv-02002 (E.D. Wis.)* |
| Alex Phillips<br>aphillips@straussborrelli.com<br>Brittany Resch<br>bresch@straussborrelli.com<br>Sam Strauss<br>sam@straussborrelli.com<br>Raina Borrelli<br>raina@straussborrelli.com<br>STRAUSS BORRELLI PLLC | Brian G. Weber<br>brian@johnsflaherty.com<br>JOHNS, FLAHERTY & COLLINS, S.C.<br>Exchange Building<br>205 Fifth Avenue South, Suite 600<br>La Crosse, WI 54602<br>Telephone: (602) 784-5678<br><br>Kevin Landau |

One Magnificent Mile
980 Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100

Adam J. Zapala
azapala@cpmlegal.com
Elizabeth T. Castillo
ecastillo@cpmlegal.com
Christopher F. Jeu
cjeu@cpmlegal.com
Christian S. Ruano
cruano@cpmlegal.com
Lauren A. Devens
ldevens@cpmlegal.com
COTCHETT, PITRE & McCARTHY LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone; (650) 697-6000

*Counsel for Plaintiff City of Arcadia*
*Case No. 1:25-cv-02005 (E.D. Wis.)*

klandau@tcllaw.com
Brett Cebulash
bcebulash@tcllaw.com
Miles Greaves
mgreaves@tcllaw.com
TAUS, CEBULASH & LANDAU, LLP
123 William Street, Suite 1900A
New York, NY 10038
Telephone: (212) 931-0704

*Counsel for Plaintiff Commack Fire District*
*Case No. 1:25-cv-02013 (E.D. Wis.)*

Jamie Nicole Powell
j.powell@swrllp.com
Sean M. Sturdivan
s.sturdivan@swrllp.com
SANDERS WARREN & RUSSELL, LLP
Compass Corporate Centre
11225 College Blvd., Suite 450
Overland Park, KS 66210 913-234-6100

Jennifer D. Hackett
jhackett@zellelaw.com
James R. Martin
jmartin@zellelaw.com
Sabrina A. Nelson
snelson@zellelaw.com
Noah Wolfenstein
nwolfenstein@zellelaw.com
Desmond Sims
dsims@zellelaw.com
ZELLE LLP
1775 Pennsylvania Avenue, NW
Suite 375
Washington, DC 20006

James C. Shah
jcs@millershah.com
Natalie Finkelman Bennett
nfinkelman@millershah.com
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
866-540-5505

*Counsel for Plaintiff City of Milwaukee*
*Case Nos. 1:25-cv-01252, 1:26-cv-00271 (E.D.*
*Wis.)*

7

| | |
|---|---|
| 202-899-4100<br><br>Basel J. Musharbash<br>basel@antimonopoly.us<br>Anureet Sandhu<br>anu@antimonopoly.us<br>Domenic Powell<br>domenic@antimonopoly.us<br>ANTIMONOPOLY COUNSEL<br>500 Clarksville Street<br>P.O. Box 795<br>Paris, Texas 75461<br>903-205-8422<br><br>*Counsel for Plaintiff the Unified Government of Wyandotte County and Kansas City, Kansas*<br>*Case No. 2:26-cv-02057 (D. Kan.)* | |
| Andrea Ross<br>ARoss@counsel.lacounty.gov<br>Anik Banerjee<br>ABanerjee@counsel.lacounty.gov<br>Joseph Mellis<br>JMellis@counsel.lacounty.gov<br>Office of the County Counsel of Los Angeles<br>648 Kenneth Hahn Hall of Administration<br>500 W. Temple Street<br>Los Angeles, CA 90012<br>213-232-2326<br><br>Catherine S. Simonsen<br>catherine@simonsensussman.com<br>Thomas G. Mattes<br>thomas.mattes@simonsensussman.com<br>SIMONSEN SUSSMAN LLP<br>418 Bamboo Lane, Suite C-18<br>Los Angeles, CA 90012<br>917-747-5196<br><br>Shaoul Sussman<br>shaoul@simonsensussman.com<br>Nico Gurian<br>nico.gurian@simonsensussman.com<br>Paul M. Goodrich<br>paul.goodrich@simonsensussman.com<br>SIMONSEN SUSSMAN LLP<br>307 West 38th Street, 16th Floor<br>New York, NY 10018 | |

646-693-3929

Nicolas A. Stebinger
nicolas@simonsensussman.com
Victoria R. Sims
victoria.sims@simonsensussman.com
SIMONSEN SUSSMAN LLP
1629 K Street NW, Suite 300
Washington, DC 20006
202-384-3130

John P. Fiske
jfiske@baronbudd.com
Lindsay Stevens
lstevens@baronbudd.com
BARON & BUDD, P.C.
11440 West Bernardo Court, Suite 265
San Diego, CA 92127
858-251-7424

*Counsel for Plaintiffs People of the State of California, County of Los Angeles, and Consolidated Fire Protection District of Los Angeles County Case No. 2:26-cv-01468 (C.D. Cal.)*

| DEFENDANTS' COUNSEL SERVED VIA ELECTRONIC MAIL | |
|---|---|
| Daniel T. Flaherty<br>dflaherty@gklaw.com<br>GOODFREY & KAHN SC<br>100 W Lawrence Street<br>PO Box 2728<br>Appleton, WI 54913-2728<br>Telephone: (920) 830-3530<br><br>Allison W. Reimann<br>areimann@gklaw.com<br>GODFREY & KAHN SC<br>1 E. Main Street, Suite 500<br>PO Box 2719<br>Madison, WI 53701-2719<br>Telephone: (608) 257-0609<br><br>Reid J. Schar<br>rschar@jenner.com<br>JENNER & BLOCK LLP<br>525 Market Street, 29th Floor | Arthur J. Burke<br>Arthur.burke@davispolk.com<br>Edmund Polubinski, III<br>edmund.polubinski@davispolk.com<br>Lara Samet Buchwald<br>lara.buchwald@davispolk.com<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Ave<br>New York, NY 10017<br>Telephone: (212) 450-4352<br><br>Mari Grace<br>mari.grace@davispolk.com<br>Sean Stefanik<br>Sean.stefanik@davispolk.com<br>DAVIS POLK & WARDWELL LLP_<br>1050 17th Street NW<br>Washington, DC 20036<br>Telephone: (202) 962-7000 |

San Francisco, CA 94105
Telephone: (628) 267-6800

Douglas E. Litvack
dlitvack@jenner.com
Jariel A. Rendell
jrendell@jenner.com
JENNER & BLOCK LLP
1099 New York Ave NW, Suite 900
Washington, DC 20001
Telephone: (202) 637-6357

Shoba Pillay
spillay@jenner.com
Jacob Wentzel
jwentzel@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
Telephone: (312) 222-9350

Christina M. Isnardi
cisnardi@jenner.com
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1600

*Counsel for Defendants Oshkosh
Corporation, Pierce Manufacturing, Inc.
and Maxi-Metal, Inc.*

Austin A. Wesner
Austin.wesner@michaelbest.com
Daniel J. Vaccaro
djvaccaro@michaelbest.com
Ena M. Allen
ena.allen@michaelbest.com
Joseph L. Olson
jlolson@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
790 N. Water Street, Suite 2500
Milwaukee, WI 53202
Telephone: (414) 277-0656

*Counsel for Defendants REV Group, Inc., EOne,
Inc., Ferrara Fire Apparatus, Inc.,
Kovatch Mobile Equipment Corp., Spartan
Fire, LLC, Smeal SFA, LLC, and Smeal LTC,
LLC, KME Global LLC, KME Holdings,
LLC, KME RE Holdings LLC, FFA Holdco
Inc., FFA Acquistion Co., Inc, Ferrare Fire
Apparatus Holding Company, Inc., Smeal
Holding, LLC and Detroit Truck
Manufacturing, LLC*

Ashley B. Eickhof
ashley.eickhof@bakermckenzie.com
Creighton J. Macy
creighton.macy@bakermckenzie.com
Stephen T. Loertscher
stephen.loertscher@bakermckenzie.com
BAKER MCKENZIE LLP
815 Connecticut Ave NW
Washington, DC 20006
Telephone: (202) 923-6870

Joshua Scott Wolkoff
Joshua.wolkoff@bakermckenzie.com
BAKER MCKENZIE LLP

Andrew M. Scarpace
andrew.scarpace@wilsonelser.com
John P. Loringer
John.loringer@wilsonelser.com
Marcella Spoto
Marcella.spoto@wilsonelser.com
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
555 E. Wells Street, Suite 1730
Milwaukee, WI 53202
Telephone: (414) 292-3014

Roy W. Bjorlin, III
Roy.bjorlin@wilsonelser.com

| | |
|---|---|
| 452 Fifth Avenue<br>New York, NY 10018<br>Telephone: (212) 310-0010<br><br>David J. Turek<br>turek@gassturek.com<br>Joshua S. Greenberg<br>Greenberg@gassturek.com<br>GASS TUREK LLC<br>241 N. Broadway, Suite 300<br>Milwaukee, WI 53202<br>Telephone: (414) 224-3445<br><br>Joshua L. Solomon<br>jsolomon@psdfirm.com<br>POLLACK SOLOMON DUFFY LLP<br>31 St. James Avenue, Suite 940<br>Boston, MA 02116<br>Telephone: (617) 439-9800<br><br>*Counsel for Defendants Rosenbauer America, LLC, Rosenbauer South Dakota, LLC, and Rosenbauer Minnesota, LLC* | WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER, LLP<br>260 Franklin Street, Suite 14th Floor<br>Boston, MA 02110-3112<br>Telephone: (617) 422-5347<br><br>Mark Robert Vespole<br>mark.vespole@wilsonelser.com<br>WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER LLP<br>7 Giralda Farms, Suites 100/110<br>Madison, NJ 07940<br>Telephone: (973) 624-0800<br><br>*Counsel for Defendant Fire Apparatus Manufacturers' Association* |
| Edward William Duffy<br>ed.duffy@bakerbotts.com<br>Paul Christopher Cuomo<br>paul.cuomo@bakerbotts.com<br>Alexander Kraszewski<br>alexander.kraszewski@bakerbotts.com<br>BAKER BOTTS LLP<br>700 K Street, NW<br>Washington, DC 20001<br>Telephone: (707) 628-0439<br><br>Daniel V. McCaughey<br>daniel.mccaughey@ropesgray.com<br>Jane E. Willis<br>jane.willis@ropesgray.com<br>Kathryn E. Caldwell<br>kathryn.caldwell@ropesgray.com<br>ROPES & GRAY – MA<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600 | |

11

| | |
|---|---|
| Telephone: (617) 915-7681<br><br>*Counsel for Defendants AIP, LLC, American Industrial Partners Capital Fund IV, LP, American Industrial Partners Capital Fund IV (Parallel), LP, and AIP/CHC Holdings, LLC, AIP CF IV, LLC and AIP/CHC Investors, LLC* | |

| **VIA FEDERAL EXPRESS** | |
|---|---|
| Boise Mobile Equipment, Inc.<br>4600 South Apple Street<br>Boise, ID 83716<br><br>*Case No. 2:26-cv-01468 (C.D. Cal.)* | BME Fire Trucks, LLC<br>4600 South Apple Street<br>Boise, ID 83716<br><br>*Case No. 2:26-cv-01468 (C.D. Cal.)* |