# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. __3179__ & TITLE - IN RE: Fire Apparatus Antitrust Litigation _____

**1.** **Oral Argument** – Check ONE of the following boxes:

[✓] The attorney designated below shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party or parties. (**Note:** All attorneys presenting oral argument should be mindful of Panel Rule 11.1(d)(i), which states that:

> Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

Also note that Rule 11.1(e) requires counsel with like positions to confer prior to oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.)

[ ] The party or parties listed hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note:** A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

[ ] The party or parties listed hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise, the attorney designated below shall present oral argument at the Panel hearing session on behalf of the designated party or parties pursuant to Rule 11.1. (**Note:** In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

**2.** **Position on Centralization** – Check ONE of the following boxes:

[✓] Support Centralization

[ ] Oppose Centralization

[ ] Other _____

**3.** **Position on Transferee District.** If you SUPPORT Centralization or if you OPPOSE centralization but ALTERNATIVELY SUPPORT Centralization in a particular venue(s), if the Panel orders centralization over your objections, indicate your proposed transferee district(s) here:

Northern District of Illinois _____

4. **Change of Position from Written Response** – If your position regarding Centralization or the choice of transferee district has changed from the position set forth in your motion or written response to the motion or order, check the following box:

5. **Parties Represented** – Indicate party name and state whether plaintiff or defendant. Attach list if more than one action:

   See attached list

6. **Short Case Caption(s)** – Include District(s) and Civil Action No(s). Attach list if more than one action:

   See attached list

7. **Name and Address of Attorney Designated to Present Oral Argument**:

   Reid Schar
   _____
   Name

   Jenner & Block LLP
   _____
   Law Firm

   San Francisco                              CA
   _____        _____
   City                                 State

   Telephone No.:  (628) 267-6800

   Email Address:  RSchar@jenner.com

   March 2, 2026          Reid Schar
   _____     _____     _____
   Date                Printed Name           Authorized Signature

   JPML Form 9 (12/15)

## Parties Represented

1.  Represents Defendants Oshkosh Corporation and Pierce Manufacturing, Inc.

2.  Presenting oral argument on behalf of Defendants Oshkosh Corporation; Pierce Manufacturing, Inc.; REV Group, Inc.; E-One, Inc.; Ferrara Fire Apparatus, Inc.; Kovatch Mobile Equipment Corporation; Spartan Fire, LLC; Smeal SFA, LLC; Smeal LTC, LLC; Rosenbauer America, LLC; Rosenbauer South Dakota, LLC; Rosenbauer Minnesota, LLC; AIP, LLC; American Industrial Partners Capital Fund IV, LP; American Industrial Partners Capital Fund IV (Parallel), LP; AIP/CHC Holdings, LLC; and Fire Apparatus Manufacturers' Association.

## Short Case Captions

1.  City of La Crosse v. Oshkosh Corporation, et al., E.D. Wis., No. 1:25-cv-01252

2.  City of Augusta v. Oshkosh Corporation, et al., E.D. Wis., No. 1:25-cv-01543

3.  The Newstead Fire Co., Inc. v. Oshkosh Corporation, et al., E.D. Wis., No. 1:25-cv-01693

4.  City of Onalaska v. Oshkosh Corporation, et al., E.D. Wis., No. 1:25-cv-01717

5.  City of Philadelphia v. Oshkosh Corporation, et al., E.D. Wis., No. 1:25-cv-01801

6.  City of Revere v. AIP, LLC, et al., D. Mass., No. 1:25-cv-13462

7.  City of Chelsea v. Fire Apparatus Manufacturers' Association, et al., D. Mass., No. 1:25-cv-13643

8.  Borough of Roseland v. Fire Apparatus Manufacturers' Association, et al., D.N.J., No. 2:25-cv-18312

9.  City of Ann Arbor v. Oshkosh Corporation, et al., E.D. Wis., No. 1:25-cv-01973

10. City of Liberty v. Oshkosh Corporation, et al., E.D. Wis., No. 1:25-cv-02002

11. City of Arcadia v. American Industrial Partners LLC, et al., E.D. Wis., No. 1:25-cv-02005

12. Commack Fire District v. Oshkosh Corporation, et al., E.D. Wis., No. 1:25-02013

13. Unified Government of Wyandotte County and Kansas City, Kansas v. REV Group, Inc., et al., D. Kan., No: 2:26-cv-02057

14. People of the State of Cal., et al. v. REV Group, Inc., et al., C.D. Cal., No. 2:26-cv-01468

15. City of Milwaukee v. Oshkosh Corporation, et al., E.D. Wis., No. 1:26-cv-00271