**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179 |

**CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel hereby certifies that a copy of the foregoing Notice of Presentation of Oral Argument and this Certificate of Service were electronically filed with the Clerk of the Judicial Panel on Multidistrict Litigation through the CM/ECF system and served on all parties in the manner set forth in the service list below.

Dated: March 2, 2026                    Respectfully submitted,


                                        /s/ *Reid Schar*
                                        Reid Schar
                                        JENNER & BLOCK LLP
                                        525 Market Street, 29th Floor
                                        San Francisco, CA 94105
                                        (628) 267-6800
                                        rschar@jenner.com

                                        *Counsel for Defendants Oshkosh Corporation
                                        and Pierce Manufacturing, Inc.*

| Via Electronic Mail | |
|---|---|
| Erin Dickinson<br>ekd@cruegerdickinson.com<br>Charles Grueger<br>cjc@cruegerdickinson.com<br>GRUEGER DICKINSON LLC<br>4532 North Oakland Avenue<br>Milwaukee, WI 53211<br>414-210-3868<br><br>Steven W. Berman<br>steve@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>206-623-7292<br><br>*Counsel for Plaintiff City of La Crosse*<br>*Case No. 1:25-cv-01252 (E.D. Wis.)* | Beth Kushner<br>beth.kushner@vonbriesen.com<br>Christopher E. Avallone<br>christopher.avallone@vonbriesen.com<br>VON BRIESEN & ROPER, S.C.<br>411 East Wisconsin Avenue, Suite 1000<br>Milwaukee, WI 53202<br>414-276-1122<br><br>Gregory P. Hansel<br>ghansel@preti.com<br>Michael S. Smith<br>msmith@preti.com<br>Elizabeth F. Quinby<br>equinby@preti.com<br>Michael D. Hanify<br>mhanify@preti.com<br>PRETI FLAHERTY BELIVEAU & PACHIOS, LLP<br>One City Center<br>P.O. Box 9546<br>Portland, ME 04112<br>207-791-3000<br><br>Joseph C. Kohn<br>jkohn@kohnswift.com<br>William E. Hoese<br>whoese@kohnswift.com<br>Zahra R. Dean<br>zdean@kohnswift.com<br>KOHN SWIFT & GRAF, P.C.<br>1600 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>215-238-1700<br><br>William G. Caldes<br>BCaldes@srkattorneys.com<br>Jeffrey L. Spector<br>JSpector@srkattorneys.com<br>SPECTOR ROSEMAN & KODROFF, P.C.<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>215-496-0300<br><br>*Counsel for Plaintiff City of Augusta* |

| Via Electronic Mail | |
|---|---|
| | *Case No. 1:25-cv-01543 (E.D. Wis.)* |
| Shawn M. Raiter<br>sraiter@larsonking.com<br>Matthew B. Bolt<br>mbolt@larsonking.com<br>LARSON KING, LLP<br>30 East Seventh Street, Suite 2800<br>St. Paul, MN 55101<br>651-312-6518<br><br>Michael J. Flannery<br>mflannery@cuneolaw.com<br>CUNEO GILBERT & LADUCA, LLP<br>2 City Place Drive, Second Floor<br>St. Louis, MO 63141<br>314-226-1015<br><br>Evelyn Riley<br>evelyn@cuneolaw.com<br>Cody McCracken<br>cmccracken@cuneolaw.com<br>CUNEO GILBERT & LADUCA, LLP<br>2445 M Street NW, Suite 740<br>Washington, DC 20037<br>202-789-3960<br><br>Marco Cercone<br>cercone@rupppfalzgraf.com<br>RUPP PFALZGRAF LLC<br>1600 Liberty Building<br>Buffalo, NY 14202<br>716-854-3400<br><br>Don Barrett<br>donbarrettpa@gmail.com<br>Sterling Aldridge<br>saldridge@barrettlawgroup.com<br>BARRETT LAW GROUP, P.A.<br>404 Court Square North<br>Lexington, MS 39095-0927<br>662-834-9168<br><br>Richard R. Barrett<br>rrb@rrblawfirm.net | Brian G. Weber<br>brian@johnsflaherty.com<br>JOHNS, FLAHERTY & COLLINS, S.C.<br>Exchange Building<br>205 Fifth Avenue South, Suite 600<br>La Crosse, WI 54601<br>608-784-5678<br><br>Daniel E. Gustafson<br>dgustafson@gustafsongluek.com<br>Daniel C. Hedlund<br>dhedlund@gustafsongluek.com<br>Joshua J. Rissman<br>jrissman@gustafsongluek.com<br>Gabrielle M. Kolb<br>gkolb@gustafsongluek.com<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>120 S. Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>612-333-8844<br><br>*Counsel for Plaintiff City of Onalaska<br>Case Nos. 1:25-cv-01252, 1:25-cv-01717<br>(E.D. Wis.)* |

3

| **Via Electronic Mail** | |
|---|---|
| LAW OFFICES OF RICHARD R. BARRETT, PLLC<br>2086 Old Taylor Road, Suite 1011<br>Oxford, MS 38655<br>662-380-5018<br><br>Patrick W. Pendley<br>pwpendley@pbclawfirm.com<br>Christopher L. Coffin<br>ccoffin@pbclawfirm.com<br>PENDLEY BAUDIN COFFIN<br>24110 Eden Street<br>Plaquemine, LA 70765<br>225-687-6396<br><br>*Counsel for Plaintiff The Newstead Fire Co., Inc.*<br>*Case Nos. 1:25-cv-01543, 1:25-cv-01693*<br>*(E.D. Wis.)* | |
| Stephen R. Basser<br>sbasser@barrack.com<br>Samuel M. Ward<br>sward@barrack.com<br>BARRACK, RODOS & BACINE<br>600 West Broadway, Suite 900<br>San Diego, CA 92101<br>619-230-0800<br><br>Jeffrey A. Barrack<br>jbarrack@barrack.com<br>Danielle M. Weiss<br>dweiss@barrack.com<br>BARRACK, RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>215-963-0600<br><br>William J. Ban<br>wban@barrack.com<br>BARRACK, RODOS & BACINE<br>Eleven Times Square<br>640 8th Avenue, 10th Floor<br>New York, NY 10036<br>212-688-0782 | Guri Ademi<br>gademi@ademilaw.com<br>Shpetim Ademi<br>sademi@ademilaw.com<br>John D. Blythin<br>jblythin@ademilaw.com<br>ADEMI & FRUCHTER LLP<br>3620 E. Layton Avenue<br>Cudahy, WI 53110<br>414-482-8000<br><br>Paul F. Novak<br>pnovak@weitzlux.com<br>Milena Lai<br>mlai@weitzlux.com<br>Casey Thal Verville<br>cverville@weitzlux.com<br>WEITZ & LUXENBERG P.C.<br>Fisher Building<br>3011 West Grand Blvd., 24th Floor<br>Detroit, MI 48202<br>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<br><br>*Counsel for Plaintiff City of Ann Arbor*<br>*Case Nos. 1:25-cv-01252, 1:25-cv-01973*<br>*(E.D. Wis.)* |

4

| Via Electronic Mail | |
|---|---|
| *Counsel for Plaintiff City of Philadelphia*<br>*Case Nos. 1:25-cv-01543, 1:25-cv-01801*<br>*(E.D. Wis.)* | |
| David H. Weber<br>dhw@lcojlaw.com<br>LAW FIRM OF CONWAY, OLEJNICZAK &<br>JERRY S.C.<br>231 South Adams Street<br>P. O. Box 23200<br>Green Bay, WI 54305-3200<br>920-437-0476<br><br>Michael A. Williams<br>mwilliams@williamsdirks.com<br>Matthew L. Dameron<br>matt@williamsdirks.com<br>Claire M. Terrebonne<br>cterrebonne@williamsdirks.com<br>WILLIAMS DIRKS DAMERON LLC<br>1100 Main Street, Suite 2600<br>Kansas City, MO 64105<br>816-945-7110<br><br>*Counsel for Plaintiff City of Liberty*<br>*Case Nos. 1:25-cv-01543, 1:25-cv-02002*<br>*(E.D. Wis.)* | Alex Phillips<br>aphillips@straussborrelli.com<br>Brittany Resch<br>bresch@straussborrelli.com<br>Sam Strauss<br>sam@straussborrelli.com<br>Raina Borrelli<br>raina@straussborrelli.com<br>STRAUSS BORRELLI PLLC<br>One Magnificent Mile<br>980 Michigan Avenue, Suite 1610<br>Chicago, IL 60611<br>872-263-1100<br><br>Adam J. Zapala<br>azapala@cpmlegal.com<br>Elizabeth T. Castillo<br>ecastillo@cpmlegal.com<br>Christopher F. Jeu<br>cjeu@cpmlegal.com<br>Christian S. Ruano<br>cruano@cpmlegal.com<br>Lauren A. Devens<br>ldevens@cpmlegal.com<br>COTCHETT, PITRE & McCARTHY LLP<br>840 Malcolm Road<br>Burlingame, CA 94010<br>650-697-6000<br><br>*Counsel for Plaintiff City of Arcadia*<br>*Case Nos. 1:25-cv-01252, 1:25-cv-02005*<br>*(E.D. Wis.)* |
| Brian G. Weber<br>brian@johnsflaherty.com<br>JOHNS, FLAHERTY & COLLINS, S.C.<br>Exchange Building<br>205 Fifth Avenue South, Suite 600<br>La Crosse, WI 54602<br>608-784-5678<br><br>Kevin Landau<br>klandau@tcllaw.com | Douglas P. Dehler<br>doug.dehler@wilaw.com<br>Joseph D. Newbold<br>joseph.newbold@wilaw.com<br>O'NEIL, CANNON, HOLLMAN, DEJONG<br>& LAING S.C.<br>111 E. Wisconsin Avenue, Suite 1400<br>Milwaukee, Wisconsin 53202<br>414-276-5000 |

| **Via Electronic Mail** ||
|---|---|
| Brett Cebulash<br>bcebulash@tcllaw.com<br>Miles Greaves<br>mgreaves@tcllaw.com<br>TAUS, CEBULASH & LANDAU, LLP<br>123 William Street, Suite 1900A<br>New York, NY 10038<br>212-931-0704<br><br>*Counsel for Plaintiff Commack Fire District*<br>*Case Nos. 1:25-cv-01252, 1:25-cv-02013*<br>*(E.D. Wis.)* | James C. Shah<br>jcs@millersha.com<br>Natalie Finkelman Bennett<br>nfinkelman@millershah.com<br>MILLER SHAH LLP<br>1845 Walnut Street, Suite 806<br>Philadelphia, PA 19103<br>866-540-5505<br><br>*Counsel for Plaintiff City of Milwaukee*<br>*Case No. 1:26-cv-00271 (E.D. Wis.)* |
| Christian Uehlein<br>cuehlein@tenlaw.com<br>David C. Strouss<br>dstrouss@tenlaw.com<br>Michael A. Lesser<br>mlesser@tenlaw.com<br>Brian J. Freer<br>bfreer@tenlaw.com<br>THORNTON LAW FIRM LLP<br>84 State Street, 4th Floor<br>Boston, MA 02109<br>617-720-1333<br><br>Joseph R. Saveri<br>jsaveri@saverilawfirm.com<br>David Seidel<br>dseidel@saverilawfirm.com<br>Cadio Zirpoli<br>czirpoli@saverilawfirm.com<br>Ronnie Spiegel<br>rspiegel@saverilawfirm.com<br>JOSEPH SAVERI LAW FIRM, LLP<br>601 California Street, Suite 1505<br>San Francisco, CA 94108<br>415-500-6800<br><br>Benjamin J. Widlanski<br>bwidlanski@kttlaw.com<br>Gail A. McQuilkin<br>gam@kttlaw.com<br>Brandon Sadowsky<br>bsadowsky@kttlaw.com | Michael B. Homer<br>mhomer@dynamisllp.com<br>Brooke C. Watson<br>bwatson@dynamisllp.com<br>DYNAMIS LLP<br>175 Federal Street, Suite 1200<br>Boston, MA 02110<br>617-693-9732<br><br>Joseph J. DePalma<br>jdepalma@litedepalma.com<br>LITE DEPALMA GREENBERG &<br>AFANADOR, LLC<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>973-623-3000<br><br>Laura K. Mummert<br>lmummert@litedepalma.com<br>Steven J. Greenfogel<br>sgreenfogel@litedepalma.com<br>LITE DEPALMA GREENBERG &<br>AFANADOR, LLC<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102<br>267-314-7980<br><br>*Counsel for Plaintiff City of Chelsea*<br>*Case No. 1:25-cv-13643 (D. Mass.)* |

| Via Electronic Mail | |
|---|---|
| KOZYAK TROPIN & THROCKMORTON LLP<br>2525 Ponce de Leon Boulevard, 9th Floor<br>Miami, FL 33134<br>305-372-1800<br><br>Jeffrey K. Brown<br>jbrown@leedsbrownlaw.com<br>Michael A. Tompkins<br>mtompkins@leedsbrownlaw.com<br>Brett R. Cohen<br>bcohen@leedsbrownlaw.com<br>Anthony Alesandro<br>aalesandro@leedsbrownlaw.com<br>LEEDS BROWN LAW, P.C.<br>1 Old Country Road, Suite 347<br>Carle Place, NY 11514<br>516-873-9550<br><br>*Counsel for Plaintiff City of Revere*<br>*Case No. 1:25-cv-13462 (D. Mass.)* | |
| Victor A. Afanador<br>vafanador@litedepalma.com<br>Joseph J. DePalma<br>jdepalma@litedepalma.com<br>LITE DEPALMA GREENBERG &<br>AFANADOR, LLC<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>973-623-3000<br><br>Laura K. Mummert<br>lmummert@litedepalma.com<br>Steven J. Greenfogel<br>sgreenfogel@litedepalma.com<br>LITE DEPALMA GREENBERG &<br>AFANADOR, LLC<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102<br>267-314-7980<br><br>*Counsel for Plaintiff Borough of Roseland*<br>*Case No. 2:25-cv-18312 (D.N.J.)* | Jamie Nicole Powell<br>j.powell@swrllp.com<br>Sean M. Sturdivan<br>s.sturdivan@swrllp.com<br>Sanders Warren & Russell, LLP - OP<br>Compass Corporate Centre<br>11225 College Blvd., Suite 450<br>Overland Park, KS 66210<br>314-496-1800<br><br>*Counsel for Plaintiff the Unified Government*<br>*of Wyandotte County and Kansas City,*<br>*Kansas*<br>*Case No. 2:26-cv-02057 (D. Kan.)* |
| Scott Kuhn<br>SKuhn@counsel.lacounty.gov | Daniel T. Flaherty<br>dflaherty@gklaw.com |

| Via Electronic Mail | |
|---|---|
| Andrea Ross<br>ARoss@counsel.lacounty.gov<br>Anik Banerjee<br>ABanerjee@counsel.lacounty.gov<br>Joseph Mellis<br>JMellis@counsel.lacounty.gov<br>Office of the County Counsel of Los Angeles<br>648 Kenneth Hahn Hall of Administration<br>Los Angeles, CA 90012<br>213-232-2326 | GODFREY & KAHN SC<br>100 W Lawrence Street<br>PO Box 2728<br>Appleton, WI 54913-2728<br>920-830-3530 |
| Catherine S. Simonsen<br>catherine@simonsensussman.com<br>Thomas G. Mattes<br>thomas.mattes@simonsensussman.com<br>SIMONSEN SUSSMAN LLP<br>418 Bamboo Lane, Suite C-18<br>Los Angeles, CA 90012<br>917-747-5196 | Allison W Reimann<br>areimann@gklaw.com<br>GODFREY & KAHN SC<br>1 E Main Street, Suite 500<br>PO Box 2719<br>Madison, WI 53701-2719<br>608-257-0609 |
| Shaoul Sussman<br>shaoul@simonsensussman.com<br>Nico Gurian<br>nico.gurian@simonsensussman.com<br>Paul M. Goodrich<br>paul.goodrich@simonsensussman.com<br>SIMONSEN SUSSMAN LLP<br>307 West 38th Street, 16th Floor<br>New York, NY 10018<br>646-693-3929 | Reid J Schar<br>rschar@jenner.com<br>JENNER & BLOCK LLP<br>525 Market Street, 29th Floor<br>San Francisco, CA 94105<br>628-267-6800 |
| Nicolas A. Stebinger<br>nicolas@simonsensussman.com<br>Victoria R. Sims<br>victoria.sims@simonsensussman.com<br>SIMONSEN SUSSMAN LLP<br>1629 K Street NW, Suite 300<br>Washington, DC 20006<br>202-384-3130 | Douglas E. Litvack<br>dlitvack@jenner.com<br>Jariel A Rendell<br>jrendell@jenner.com<br>JENNER & BLOCK LLP<br>1099 New York Ave NW, Suite 900<br>Washington, DC 20001<br>202-637-6357 |
| John P. Fiske<br>jfiske@baronbudd.com<br>Lindsay Stevens<br>lstevens@baronbudd.com<br>BARON & BUDD, P.C. | Shoba Pillay<br>spillay@jenner.com<br>Jacob Wentzel<br>jwentzel@jenner.com<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL 60654<br>312-222-9350<br><br>Christina M. Isnardi<br>cisnardi@jenner.com<br>JENNER & BLOCK LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>212-891-1600 |

8

| Via Electronic Mail | |
|---|---|
| 11440 West Bernardo Court, Suite 265<br>San Diego, CA 92127<br>858-251-7424<br><br>*Counsel for Plaintiffs People of the State of California, County of Los Angeles, and Consolidated Fire Protection District of Los Angeles County*<br>*Case No. 2:26-cv-01468 (C.D. Cal.)* | *Counsel for Defendants Oshkosh Corporation, Pierce Manufacturing, Inc., and Maxi-Metal, Inc.*<br>*Case Nos. 1:25-cv-01252, 1:25-cv-01543, 1:25-cv-01693, 1:25-cv-01717, 1:25-cv-01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1:25-cv-02013, 1:26-cv-00271 (E.D. Wis);*<br>*Case Nos. 1:25-cv-13462, 1:25-cv-13643 (D. Mass.);*<br>*Case No. 2:25-cv-18312 (D.N.J.);*<br>*Case No. 2:26-cv-02057 (D. Kan.);*<br>*Case No. 2:26-cv-01468 (C.D. Cal.)* |
| Arthur J Burke<br>arthur.burke@davispolk.com<br>Edmund Polubinski, III<br>edmund.polubinski@davispolk.com<br>Lara Samet Buchwald<br>lara.buchwald@davispolk.com<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Ave<br>New York, NY 10017<br>212-450-4352<br><br>Mari Grace<br>mari.grace@davispolk.com<br>Sean Stefanik<br>sean.stefanik@davispolk.com<br>DAVIS POLK & WARDWELL LLP<br>1050 17th Street NW<br>Washington, DC 20036<br>202-962-7000<br><br>Austin A. Wesner<br>austin.wesner@michaelbest.com<br>Daniel J. Vaccaro<br>djvaccaro@michaelbest.com<br>Ena M. Allen<br>ena.allen@michaelbest.com<br>Joseph L. Olson<br>jlolson@michaelbest.com<br>MICHAEL BEST & FRIEDRICH LLP<br>790 N. Water Street, Suite 2500<br>Milwaukee, WI 53202<br>414-277-0656 | Ashley B. Eickhof<br>ashley.eickhof@bakermckenzie.com<br>Creighton J. Macy<br>creighton.macy@bakermckenzie.com<br>Stephen T. Loertscher<br>stephen.loertscher@bakermckenzie.com<br>BAKER MCKENZIE LLP<br>815 Connecticut Ave NW<br>Washington, DC 20006<br>202-923-6870<br><br>Joshua Scott Wolkoff<br>joshua.wolkoff@bakermckenzie.com<br>BAKER MCKENZIE LLP<br>452 Fifth Avenue<br>New York, NY 10018<br>212-310-0010<br><br>David J. Turek<br>turek@gassturek.com<br>Joshua S. Greenberg<br>greenberg@gassturek.com<br>GASS TUREK LLC<br>241 N. Broadway, Suite 300<br>Milwaukee, WI 53202<br>414-224-3445<br>Joshua L. Solomon<br>jsolomon@psdfirm.com<br>POLLACK SOLOMON DUFFY LLP<br>31 St. James Avenue, Suite 940<br>Boston, MA 02116<br>617-439-9800 |

9

| Via Electronic Mail | |
|---|---|
| *Counsel for Defendants REV Group, Inc., E-One, Inc., Ferrara Fire Apparatus, Inc., Kovatch Mobile Equipment Corp., Spartan Fire, LLC, Smeal SFA, LLC, Smeal LTC, LLC, KME Global LLC, KME Holdings, LLC, KME RE Holdings LLC, FFA Holdco, Inc., FFA Acquisition Co., Inc., Ferrara Fire Apparatus Holding Company, Inc., Smeal Holding, LLC, and Detroit Truck Manufacturing, LLC* <br><br> *Case Nos. 1:25-cv-01252, 1:25-cv-01543, 1:25-cv-01693, 1:25-cv-01717, 1:25-cv-01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1:25-cv-02013, 1:26-cv-00271 (E.D. Wis.);* <br> *Case Nos. 1:25-cv-13462, 1:25-cv-13643 (D. Mass.);* <br> *Case No. 2:25-cv-18312 (D.N.J.);* <br> *Case No. 2:26-cv-02057 (D. Kan.);* <br> *Case No. 2:26-cv-01468 (C.D. Cal.)* | *Counsel for Defendants Rosenbauer America, LLC, Rosenbauer South Dakota, LLC, and Rosenbauer Minnesota, LLC* <br> *Case Nos. 1:25-cv-01252, 1:25-cv-01543, 1:25-cv-01693, 1:25-cv-01717, 1:25-cv-01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1:25-cv-02013, 1:26-cv-00271 (E.D. Wis.);* <br> *Case No. 1:25-cv-13643, 1:25-cv-13462 (D. Mass.);* <br> *Case No. 2:25-cv-18312 (D.N.J.);* <br> *Case No. 2:26-cv-02057 (D. Kan.)* |
| John P. Loringer <br> john.loringer@wilsonelser.com <br> Marcella Spoto <br> marcella.spoto@wilsonelser.com <br> WILSON ELSER MOSKOWITZ <br> EDELMAN & DICKER LLP <br> 555 E. Wells Street, Suite 1730 <br> Milwaukee, WI 53202 <br> 414-292-3014 <br><br> Roy W Bjorlin, III <br> roy.bjorlin@wilsonelser.com <br> WILSON ELSER MOSKOWITZ <br> EDELMAN & DICKER, LLP <br> 260 Franklin Street, Suite 14th Floor <br> Boston, MA 02110-3112 <br> 617-422-5347 <br><br> Mark Robert Vespole <br> mark.vespole@wilsonelser.com <br> WILSON ELSER MOSKOWITZ <br> EDELMAN & DICKER, LLP <br> 7 Giralda Farms, Suites 100/110 <br> Madison, NJ 07940 | Edward William Duffy <br> ed.duffy@bakerbotts.com <br> Paul Christopher Cuomo <br> paul.cuomo@bakerbotts.com <br> Alexander Kraszewski <br> alexander.kraszewski@bakerbotts.com <br> BAKER BOTTS LLP <br> 700 K Street, NW <br> Washington, DC 20001 <br> 707-628-0439 <br><br> Daniel V. McCaughey <br> daniel.mccaughey@ropesgray.com <br> Jane E. Willis <br> jane.willis@ropesgray.com <br> Kathryn E. Caldwell <br> kathryn.caldwell@ropesgray.com <br> ROPES & GRAY – MA <br> Prudential Tower <br> 800 Boylston Street <br> Boston, MA 02199-3600 <br> 617-915-7681 <br><br> *Counsel for Defendants AIP, LLC, American* |

10

| Via Electronic Mail | |
|---|---|
| 973-624-0800<br><br>*Counsel for Defendant Fire Apparatus Manufacturers' Association*<br>*Case Nos. 1:25-cv-01252, 1:25-cv-01543, 1:25-cv-01693, 1:25-cv-01717, 1:25-cv-01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1:25-cv-02013, 1:26-cv-00271 (E.D. Wis.);*<br>*Case Nos. 1:25-cv-13462, 1:25-cv-13643 (D. Mass.);*<br>*Case No. 2:25-cv-18312 (D.N.J.)* | *Industrial Partners Capital Fund IV, LP, American Industrial Partners Capital Fund IV (Parallel), LP, AIP/CHC Holdings, LLC, AIP CF IV, LLC, and AIP/CHC Investors, LLC*<br><br>*Case No. 1:25-cv-02005 (E.D. Wis.);*<br>*Case No. 1:25-cv-13462 (D. Mass.);*<br>*Case No. 2:26-cv-01468 (C.D. Cal.)* |

| Via Federal Express | |
|---|---|
| Boise Mobile Equipment, Inc.<br>4600 South Apple Street<br>Boise, ID 83716<br><br>*Case No. 2:26-cv-01468 (C.D. Cal.)* | BME Fire Trucks LLC<br>4600 South Apple Street<br>Boise, ID 83716<br><br>*Case No. 2:26-cv-01468 (C.D. Cal.)* |