**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that the undersigned, Erin K. Dickinson, hereby withdraws her appearance (Dkt. No. 61) in MDL No. 3179 on behalf of Plaintiffs City of La Crosse and the Putative Indirect Purchaser Class in *In re: Indirect Purchaser Fire Apparatus Antitrust Litigation*, 1:25-cv-01252 (E.D. Wis.). Benjamin A. Kaplan of Crueger Dickinson LLC will appear to represent Plaintiffs City of La Crosse and the Putative Indirect Purchaser Class and should receive service of all communications, pleadings, notices, or other papers.


DATED: March 23, 2026             Respectfully submitted,

CRUEGER DICKINSON LLC

*/s/ Erin K. Dickinson*
Erin K. Dickinson
4532 N Oakland Ave
Whitefish Bay, WI 53211
Telephone: (414) 210-3767
ekd@cruegerdickinson.com

*Attorney for Plaintiff City of La Crosse and the Putative Indirect Purchaser Class, Case No. 1:25-cv-01252 (E.D. Wis.)*

- 1 -