**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179 |

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel hereby certifies that a copy of the foregoing document was electronically filed with the Clerk of the Judicial Panel on Multidistrict Litigation through the CM/ECF system and served on all parties in the manner set forth in the service list below.

Dated: March 24, 2026

Respectfully submitted,

CRUEGER DICKINSON LLC

*/s/ Benjamin A. Kaplan*
Benjamin A. Kaplan
4532 N Oakland Ave
Whitefish Bay, WI 53211
Telephone: (414) 810-3382
bak@cruegerdickinson.com

*Attorney for Plaintiff City of La Crosse and the Putative Indirect Purchaser Class, Case No. 1:25-cv-01252 (E.D. Wis.)*

| **Via Electronic Mail** | |
|---|---|
| Ed Duffy<br>BAKER BOTTS LLP<br>700 K Street, NW<br>Washington, DC 20001<br>202-639-7749<br>ed.duffy@bakerbotts.com<br><br>*Counsel for Defendants AIP, LLC, American Industrial Partners Capital Fund IV, LP, American Industrial Partners Capital Fund IV (Parallel), LP, AIP/CHC Holdings, LLC, AIP CF IV, LLC, and AIP/CHC Investors, LLC* | Beth Kushner<br>beth.kushner@vonbriesen.com<br>Christopher E. Avallone<br>christopher.avallone@vonbriesen.com<br>VON BRIESEN & ROPER, S.C.<br>411 East Wisconsin Avenue, Suite 1000<br>Milwaukee, WI 53202<br>414-276-1122<br><br>Gregory P. Hansel<br>ghansel@preti.com<br>Michael S. Smith<br>msmith@preti.com<br>Elizabeth F. Quinby<br>equinby@preti.com<br>Michael D. Hanify<br>mhanify@preti.com<br>PRETI FLAHERTY BELIVEAU & PACHIOS, LLP<br>One City Center<br>P.O. Box 9546<br>Portland, ME 04112<br>207-791-3000<br><br>Joseph C. Kohn<br>jkohn@kohnswift.com<br>William E. Hoese<br>whoese@kohnswift.com<br>Zahra R. Dean<br>zdean@kohnswift.com<br>KOHN SWIFT & GRAF, P.C.<br>1600 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>215-238-1700<br><br>William G. Caldes<br>BCaldes@srkattorneys.com<br>Jeffrey L. Spector<br>JSpector@srkattorneys.com<br>SPECTOR ROSEMAN & KODROFF, P.C.<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>215-496-0300<br><br>*Counsel for Plaintiff City of Augusta* |

| **Via Electronic Mail** | |
|---|---|
| | *Case Nos. 1:25-cv-01252, 1:25-cv-01543 (E.D. Wis.)* |
| Shawn M. Raiter<br>sraiter@larsonking.com<br>Matthew B. Bolt<br>mbolt@larsonking.com<br>LARSON KING, LLP<br>30 East Seventh Street, Suite 2800<br>St. Paul, MN 55101<br>651-312-6518<br><br>Michael J. Flannery<br>mflannery@cuneolaw.com<br>CUNEO GILBERT & LADUCA, LLP<br>2 City Place Drive, Second Floor<br>St. Louis, MO 63141<br>314-226-1015<br><br>Evelyn Riley<br>evelyn@cuneolaw.com<br>Cody McCracken<br>cmccracken@cuneolaw.com<br>CUNEO GILBERT & LADUCA, LLP<br>2445 M Street NW, Suite 740<br>Washington, DC 20037<br>202-789-3960<br><br>Marco Cercone<br>cercone@rupppfalzgraf.com<br>RUPP PFALZGRAF LLC<br>1600 Liberty Building<br>Buffalo, NY 14202<br>716-854-3400<br><br>Don Barrett<br>donbarrettpa@gmail.com<br>Sterling Aldridge<br>saldridge@barrettlawgroup.com<br>BARRETT LAW GROUP, P.A.<br>404 Court Square North<br>Lexington, MS 39095-0927<br>662-834-9168<br><br>Richard R. Barrett<br>rrb@rrblawfirm.net | Brian G. Weber<br>brian@johnsflaherty.com<br>JOHNS, FLAHERTY & COLLINS, S.C.<br>Exchange Building<br>205 Fifth Avenue South, Suite 600<br>La Crosse, WI 54601<br>608-784-5678<br><br>Daniel E. Gustafson<br>dgustafson@gustafsongluek.com<br>Daniel C. Hedlund<br>dhedlund@gustafsongluek.com<br>Joshua J. Rissman<br>jrissman@gustafsongluek.com<br>Gabrielle M. Kolb<br>gkolb@gustafsongluek.com<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>120 S. Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>612-333-8844<br><br>*Counsel for Plaintiff City of Onalaska*<br>*Case Nos. 1:25-cv-01252, 1:25-cv-01717*<br>*(E.D. Wis.)* |

| | |
|---|---|
| LAW OFFICES OF RICHARD R. BARRETT, PLLC<br>2086 Old Taylor Road, Suite 1011<br>Oxford, MS 38655<br>662-380-5018<br><br>Patrick W. Pendley<br>pwpendley@pbclawfirm.com<br>Christopher L. Coffin<br>ccoffin@pbclawfirm.com<br>PENDLEY BAUDIN COFFIN<br>24110 Eden Street<br>Plaquemine, LA 70765<br>225-687-6396<br><br>*Counsel for Plaintiff The Newstead Fire Co., Inc.*<br>*Case Nos. 1:25-cv-01252, 1:25-cv-01543, 1:25-cv-01693 (E.D. Wis.)* | |
| Stephen R. Basser<br>sbasser@barrack.com<br>Samuel M. Ward<br>sward@barrack.com<br>BARRACK, RODOS & BACINE<br>600 West Broadway, Suite 900<br>San Diego, CA 92101<br>619-230-0800<br><br>Jeffrey A. Barrack<br>jbarrack@barrack.com<br>Danielle M. Weiss<br>dweiss@barrack.com<br>BARRACK, RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>215-963-0600<br><br>William J. Ban<br>wban@barrack.com<br>BARRACK, RODOS & BACINE<br>Eleven Times Square<br>640 8th Avenue, 10th Floor<br>New York, NY 10036<br>212-688-0782 | Guri Ademi<br>gademi@ademilaw.com<br>Shpetim Ademi<br>sademi@ademilaw.com<br>John D. Blythin<br>jblythin@ademilaw.com<br>ADEMI & FRUCHTER LLP<br>3620 E. Layton Avenue<br>Cudahy, WI 53110<br>414-482-8000<br><br>Paul F. Novak<br>pnovak@weitzlux.com<br>Milena Lai<br>mlai@weitzlux.com<br>Casey Thal Verville<br>cverville@weitzlux.com<br>WEITZ & LUXENBERG P.C.<br>Fisher Building<br>3011 West Grand Blvd., 24th Floor<br>Detroit, MI 48202<br>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<br><br>*Counsel for Plaintiff City of Ann Arbor*<br>*Case Nos. 1:25-cv-01252, 1:25-cv-01973 (E.D. Wis.)* |

| Via Electronic Mail | |
|---|---|
| *Counsel for Plaintiff City of Philadelphia Case Nos. 1:25-cv-01252, 1:25-cv-01543, 1:25-cv-01801 (E.D. Wis.)* | |
| David H. Weber<br>dhw@lcojlaw.com<br>LAW FIRM OF CONWAY, OLEJNICZAK & JERRY S.C.<br>231 South Adams Street<br>P. O. Box 23200<br>Green Bay, WI 54305-3200<br>920-437-0476<br><br>Michael A. Williams<br>mwilliams@williamsdirks.com<br>Matthew L. Dameron<br>matt@williamsdirks.com<br>Claire M. Terrebonne<br>cterrebonne@williamsdirks.com<br>WILLIAMS DIRKS DAMERON LLC<br>1100 Main Street, Suite 2600<br>Kansas City, MO 64105<br>816-945-7110<br><br>*Counsel for Plaintiff City of Liberty Case Nos. 1:25-cv-01252, 1:25-cv-01543, 1:25-cv-02002 (E.D. Wis.)* | Alex Phillips<br>aphillips@straussborrelli.com<br>Brittany Resch<br>bresch@straussborrelli.com<br>Sam Strauss<br>sam@straussborrelli.com<br>Raina Borrelli<br>raina@straussborrelli.com<br>STRAUSS BORRELLI PLLC<br>One Magnificent Mile<br>980 Michigan Avenue, Suite 1610<br>Chicago, IL 60611<br>872-263-1100<br><br>Adam J. Zapala<br>azapala@cpmlegal.com<br>Elizabeth T. Castillo<br>ecastillo@cpmlegal.com<br>Christopher F. Jeu<br>cjeu@cpmlegal.com<br>Christian S. Ruano<br>cruano@cpmlegal.com<br>Lauren A. Devens<br>ldevens@cpmlegal.com<br>COTCHETT, PITRE & McCARTHY LLP<br>840 Malcolm Road<br>Burlingame, CA 94010<br>650-697-6000<br><br>*Counsel for Plaintiff City of Arcadia Case Nos. 1:25-cv-01252, 1:25-cv-02005 (E.D. Wis.)* |
| Brian G. Weber<br>brian@johnsflaherty.com<br>JOHNS, FLAHERTY & COLLINS, S.C.<br>Exchange Building<br>205 Fifth Avenue South, Suite 600<br>La Crosse, WI 54602<br>608-784-5678<br><br>Kevin Landau<br>klandau@tcllaw.com | Douglas P. Dehler<br>doug.dehler@wilaw.com<br>Joseph D. Newbold<br>joseph.newbold@wilaw.com<br>O'NEIL, CANNON, HOLLMAN, DeJONG & LAING S.C.<br>111 E. Wisconsin Avenue, Suite 1400<br>Milwaukee, Wisconsin 53202<br>414-276-5000 |

| Via Electronic Mail | |
|---|---|
| Brett Cebulash<br>bcebulash@tcllaw.com<br>Miles Greaves<br>mgreaves@tcllaw.com<br>TAUS, CEBULASH & LANDAU, LLP<br>123 William Street, Suite 1900A<br>New York, NY 10038<br>212-931-0704<br><br>*Counsel for Plaintiff Commack Fire District*<br>*Case Nos. 1:25-cv-01252, 1:25-cv-02013*<br>*(E.D. Wis.)* | James C. Shah<br>jcs@millersha.com<br>Natalie Finkelman Bennett<br>nfinkelman@millershah.com<br>MILLER SHAH LLP<br>1845 Walnut Street, Suite 806<br>Philadelphia, PA 19103<br>866-540-5505<br><br>*Counsel for Plaintiff City of Milwaukee*<br>*Case Nos. 1:25-cv-01252, 1:26-cv-00271*<br>*(E.D. Wis.)* |
| Christian Uehlein<br>cuehlein@tenlaw.com<br>David C. Strouss<br>dstrouss@tenlaw.com<br>Michael A. Lesser<br>mlesser@tenlaw.com<br>Brian J. Freer<br>bfreer@tenlaw.com<br>THORNTON LAW FIRM LLP<br>84 State Street, 4th Floor<br>Boston, MA 02109<br>617-720-1333<br><br>Joseph R. Saveri<br>jsaveri@saverilawfirm.com<br>David Seidel<br>dseidel@saverilawfirm.com<br>Cadio Zirpoli<br>czirpoli@saverilawfirm.com<br>Ronnie Spiegel<br>rspiegel@saverilawfirm.com<br>JOSEPH SAVERI LAW FIRM, LLP<br>601 California Street, Suite 1505<br>San Francisco, CA 94108<br>415-500-6800<br><br>Benjamin J. Widlanski<br>bwidlanski@kttlaw.com<br>Gail A. McQuilkin<br>gam@kttlaw.com<br>Brandon Sadowsky<br>bsadowsky@kttlaw.com | Michael B. Homer<br>mhomer@dynamisllp.com<br>Brooke C. Watson<br>bwatson@dynamisllp.com<br>DYNAMIS LLP<br>175 Federal Street, Suite 1200<br>Boston, MA 02110<br>617-693-9732<br><br>Joseph J. DePalma<br>jdepalma@litedepalma.com<br>LITE DEPALMA GREENBERG &<br>AFANADOR, LLC<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>973-623-3000<br><br>Laura K. Mummert<br>lmummert@litedepalma.com<br>Steven J. Greenfogel<br>sgreenfogel@litedepalma.com<br>LITE DEPALMA GREENBERG &<br>AFANADOR, LLC<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102<br>267-314-7980<br><br>*Counsel for Plaintiff City of Chelsea*<br>*Case No. 1:25-cv-13643 (D. Mass.)* |

| Via Electronic Mail | |
|---|---|
| KOZYAK TROPIN & THROCKMORTON LLP<br>2525 Ponce de Leon Boulevard, 9th Floor<br>Miami, FL 33134<br>305-372-1800<br><br>Jeffrey K. Brown<br>jbrown@leedsbrownlaw.com<br>Michael A. Tompkins<br>mtompkins@leedsbrownlaw.com<br>Brett R. Cohen<br>bcohen@leedsbrownlaw.com<br>Anthony Alesandro<br>aalesandro@leedsbrownlaw.com<br>LEEDS BROWN LAW, P.C.<br>1 Old Country Road, Suite 347<br>Carle Place, NY 11514<br>516-873-9550<br><br>*Counsel for Plaintiff City of Revere*<br>*Case No. 1:25-cv-13462 (D. Mass.)* | |
| Victor A. Afanador<br>vafanador@litedepalma.com<br>Joseph J. DePalma<br>jdepalma@litedepalma.com<br>LITE DEPALMA GREENBERG & AFANADOR, LLC<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>973-623-3000<br><br>Laura K. Mummert<br>lmummert@litedepalma.com<br>Steven J. Greenfogel<br>sgreenfogel@litedepalma.com<br>LITE DEPALMA GREENBERG & AFANADOR, LLC<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102<br>267-314-7980<br><br>*Counsel for Plaintiff Borough of Roseland*<br>*Case No. 2:25-cv-18312 (D.N.J.)* | Jamie Nicole Powell<br>j.powell@swrllp.com<br>Sean M. Sturdivan<br>s.sturdivan@swrllp.com<br>Sanders Warren & Russell, LLP - OP<br>Compass Corporate Centre<br>11225 College Blvd., Suite 450<br>Overland Park, KS 66210<br>314-496-1800<br><br>*Counsel for Plaintiff the Unified Government of Wyandotte County and Kansas City, Kansas*<br>*Case No. 2:26-cv-02057 (D. Kan.)* |
| Scott Kuhn<br>SKuhn@counsel.lacounty.gov | Daniel T. Flaherty<br>dflaherty@gklaw.com |

8

Andrea Ross
ARoss@counsel.lacounty.gov
Anik Banerjee
ABanerjee@counsel.lacounty.gov
Joseph Mellis
JMellis@counsel.lacounty.gov
Office of the County Counsel of Los Angeles
648 Kenneth Hahn Hall of Administration
Los Angeles, CA 90012
213-232-2326

Catherine S. Simonsen
catherine@simonsensussman.com
Thomas G. Mattes
thomas.mattes@simonsensussman.com
SIMONSEN SUSSMAN LLP
418 Bamboo Lane, Suite C-18
Los Angeles, CA 90012
917-747-5196

Shaoul Sussman
shaoul@simonsensussman.com
Nico Gurian
nico.gurian@simonsensussman.com
Paul M. Goodrich
paul.goodrich@simonsensussman.com
SIMONSEN SUSSMAN LLP
307 West 38th Street, 16th Floor
New York, NY 10018
646-693-3929

Nicolas A. Stebinger
nicolas@simonsensussman.com
Victoria R. Sims
victoria.sims@simonsensussman.com
SIMONSEN SUSSMAN LLP
1629 K Street NW, Suite 300
Washington, DC 20006
202-384-3130

John P. Fiske
jfiske@baronbudd.com
Lindsay Stevens
lstevens@baronbudd.com
BARON & BUDD, P.C.

GODFREY & KAHN SC
100 W Lawrence Street
PO Box 2728
Appleton, WI 54913-2728
920-830-3530

Allison W Reimann
areimann@gklaw.com
GODFREY & KAHN SC
1 E Main Street, Suite 500
PO Box 2719
Madison, WI 53701-2719
608-257-0609

Reid J Schar
rschar@jenner.com
JENNER & BLOCK LLP
525 Market Street, 29th Floor
San Francisco, CA 94105
628-267-6800

Douglas E. Litvack
dlitvack@jenner.com
Jariel A Rendell
jrendell@jenner.com
JENNER & BLOCK LLP
1099 New York Ave NW, Suite 900
Washington, DC 20001
202-637-6357

Shoba Pillay
spillay@jenner.com
Jacob Wentzel
jwentzel@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
312-222-9350

Christina M. Isnardi
cisnardi@jenner.com
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
212-891-1600

9

| Via Electronic Mail | |
|---|---|
| 11440 West Bernardo Court, Suite 265<br>San Diego, CA 92127<br>858-251-7424<br><br>*Counsel for Plaintiffs People of the State of California, County of Los Angeles, and Consolidated Fire Protection District of Los Angeles County*<br>*Case No. 2:26-cv-01468 (C.D. Cal.)* | *Counsel for Defendants Oshkosh Corporation, Pierce Manufacturing, Inc., and Maxi-Metal, Inc.*<br>*Case Nos. 1:25-cv-01252, 1:25-cv-01543, 1:25-cv-01693, 1:25-cv-01717, 1:25-cv-01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1:25-cv-02013, 1:26-cv-00271 (E.D. Wis);*<br>*Case Nos. 1:25-cv-13462, 1:25-cv-13643 (D. Mass.);*<br>*Case No. 2:25-cv-18312 (D.N.J.);*<br>*Case No. 2:26-cv-02057 (D. Kan.);*<br>*Case No. 2:26-cv-01468 (C.D. Cal.)* |
| Arthur J Burke<br>arthur.burke@davispolk.com<br>Edmund Polubinski, III<br>edmund.polubinski@davispolk.com<br>Lara Samet Buchwald<br>lara.buchwald@davispolk.com<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Ave<br>New York, NY 10017<br>212-450-4352<br><br>Mari Grace<br>mari.grace@davispolk.com<br>Sean Stefanik<br>sean.stefanik@davispolk.com<br>DAVIS POLK & WARDWELL LLP<br>1050 17th Street NW<br>Washington, DC 20036<br>202-962-7000<br><br>Austin A. Wesner<br>austin.wesner@michaelbest.com<br>Daniel J. Vaccaro<br>djvaccaro@michaelbest.com<br>Ena M. Allen<br>ena.allen@michaelbest.com<br>Joseph L. Olson<br>jlolson@michaelbest.com<br>MICHAEL BEST & FRIEDRICH LLP<br>790 N. Water Street, Suite 2500<br>Milwaukee, WI 53202<br>414-277-0656 | Ashley B. Eickhof<br>ashley.eickhof@bakermckenzie.com<br>Creighton J. Macy<br>creighton.macy@bakermckenzie.com<br>Stephen T. Loertscher<br>stephen.loertscher@bakermckenzie.com<br>BAKER MCKENZIE LLP<br>815 Connecticut Ave NW<br>Washington, DC 20006<br>202-923-6870<br><br>Joshua Scott Wolkoff<br>joshua.wolkoff@bakermckenzie.com<br>BAKER MCKENZIE LLP<br>452 Fifth Avenue<br>New York, NY 10018<br>212-310-0010<br><br>David J. Turek<br>turek@gassturek.com<br>Joshua S. Greenberg<br>greenberg@gassturek.com<br>GASS TUREK LLC<br>241 N. Broadway, Suite 300<br>Milwaukee, WI 53202<br>414-224-3445<br>Joshua L. Solomon<br>jsolomon@psdfirm.com<br>POLLACK SOLOMON DUFFY LLP<br>31 St. James Avenue, Suite 940<br>Boston, MA 02116<br>617-439-9800 |

10

| Via Electronic Mail | |
|---|---|
| *Counsel for Defendants REV Group, Inc., E-One, Inc., Ferrara Fire Apparatus, Inc., Kovatch Mobile Equipment Corp., Spartan Fire, LLC, Smeal SFA, LLC, Smeal LTC, LLC, KME Global LLC, KME Holdings, LLC, KME RE Holdings LLC, FFA Holdco, Inc., FFA Acquisition Co., Inc., Ferrara Fire Apparatus Holding Company, Inc., Smeal Holding, LLC, and Detroit Truck Manufacturing, LLC*<br><br>*Case Nos. 1:25-cv-01252, 1:25-cv-01543, 1:25-cv-01693, 1:25-cv-01717, 1:25-cv-01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1:25-cv-02013, 1:26-cv-00271 (E.D. Wis.);*<br>*Case Nos. 1:25-cv-13462, 1:25-cv-13643 (D. Mass.);*<br>*Case No. 2:25-cv-18312 (D.N.J.);*<br>*Case No. 2:26-cv-02057 (D. Kan.);*<br>*Case No. 2:26-cv-01468 (C.D. Cal.)* | *Counsel for Defendants Rosenbauer America, LLC, Rosenbauer South Dakota, LLC, and Rosenbauer Minnesota, LLC*<br>*Case Nos. 1:25-cv-01252, 1:25-cv-01543, 1:25-cv-01693, 1:25-cv-01717, 1:25-cv-01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1:25-cv-02013, 1:26-cv-00271 (E.D. Wis.);*<br>*Case No. 1:25-cv-13643, 1:25-cv-13462 (D. Mass.);*<br>*Case No. 2:25-cv-18312 (D.N.J.);*<br>*Case No. 2:26-cv-02057 (D. Kan.)* |
| John P. Loringer<br>john.loringer@wilsonelser.com<br>Marcella Spoto<br>marcella.spoto@wilsonelser.com<br>WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER LLP<br>555 E. Wells Street, Suite 1730<br>Milwaukee, WI 53202<br>414-292-3014<br><br>Roy W Bjorlin, III<br>roy.bjorlin@wilsonelser.com<br>WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER, LLP<br>260 Franklin Street, Suite 14th Floor<br>Boston, MA 02110-3112<br>617-422-5347<br><br>Mark Robert Vespole<br>mark.vespole@wilsonelser.com<br>WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER, LLP<br>7 Giralda Farms, Suites 100/110<br>Madison, NJ 07940 | Edward William Duffy<br>ed.duffy@bakerbotts.com<br>Paul Christopher Cuomo<br>paul.cuomo@bakerbotts.com<br>Alexander Kraszewski<br>alexander.kraszewski@bakerbotts.com<br>BAKER BOTTS LLP<br>700 K Street, NW<br>Washington, DC 20001<br>707-628-0439<br><br>Daniel V. McCaughey<br>daniel.mccaughey@ropesgray.com<br>Jane E. Willis<br>jane.willis@ropesgray.com<br>Kathryn E. Caldwell<br>kathryn.caldwell@ropesgray.com<br>ROPES & GRAY – MA<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>617-915-7681<br><br>*Counsel for Defendants AIP, LLC, American* |

| Via Electronic Mail | |
|---|---|
| 973-624-0800<br><br>*Counsel for Defendant Fire Apparatus Manufacturers' Association*<br>*Case Nos. 1:25-cv-01252, 1:25-cv-01543, 1:25-cv-01693, 1:25-cv-01717, 1:25-cv-01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1:25-cv-02013, 1:26-cv-00271 (E.D. Wis.);*<br>*Case Nos. 1:25-cv-13462, 1:25-cv-13643 (D. Mass.);*<br>*Case No. 2:25-cv-18312 (D.N.J.)* | *Industrial Partners Capital Fund IV, LP, American Industrial Partners Capital Fund IV (Parallel), LP, AIP/CHC Holdings, LLC, AIP CF IV, LLC, and AIP/CHC Investors, LLC*<br><br>*Case No. 1:25-cv-02005 (E.D. Wis.);*<br>*Case No. 1:25-cv-13462 (D. Mass.);*<br>*Case No. 2:26-cv-01468 (C.D. Cal.)* |